**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

May 2, 2023

**PATRICK ET AL V. RAMSEY ET AL**
Case # 2:23–cv–00630–JLR

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Summons Form Incomplete**
> Summons(es) as filed did not include complete and/or correct party information as required by Federal Rule of Civil Procedure 4(a)(1). Please file the corrected summons(es) with complete party information by going to **Other Documents** and selecting **Praecipe for a Summons**. All summons(es) should be posted under this one event. Please refer to the Attorneys Guide to Opening a Civil Case for more information.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file