IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>  Defendants. | Case No. 2:23-cv-00630<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE – PAGE 1
Case No. 2:23-cv-00630

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Patricia A. Eakes, Damon C. Elder, Tyler Weaver, and Andrew DeCarlow of Morgan Lewis & Bockius LLP hereby appear in this action on behalf of Defendants DAVID L. RAMSEY, III and THE LAMPO GROUP, LLC, without waiving any objections as to insufficiency of service of process, venue, or jurisdiction, and requests that all further papers and pleadings be served upon the undersigned attorneys at the address stated below.

DATED this 26th day of May, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patricia Eakes*
Patricia A. Eakes, WSBA No. 18888

By: *s/ Damon Elder*
Damon C. Elder, WSBA No. 46754

By: *s/ Tyler Weaver*
Tyler Weaver, WSBA No. 29413

By: *s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA No. 54471

1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
damon.elder@morganlewis.com
tyler.weaver@morganlewis.com
andrew.decarlow@morganlewis.com

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

NOTICE OF APPEARANCE – PAGE 2
Case No. 2:23-cv-00630

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401