UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630<br><br>**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS TO DAVID L. RAMSEY, III** |

TO: **DAVID L. RAMSEY, III**

**Why are you getting this?**

---

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
NOTICE OF A LAWSUIT AND REQUEST TO
WAIVE SERVICE OF SUMMONS
Page- 1

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within (give at least 30 days or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
NOTICE OF A LAWSUIT AND REQUEST TO
WAIVE SERVICE OF SUMMONS
Page- 2

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

I certify that this request is being sent to you on the date below.

DATED this 25th day of May, 2023.

**ALBERT LAW, PLLC**

By: *s/Gregory W. Albert*
    Gregory W. Albert, WSBA #42673
    Jonah Ohm Campbell, WSBA# 55701
    Tallman Trask IV, WSBA# 60280
    3131 Western Ave., Suite 410
    Seattle, WA 98121
    (206)576-8044
    greg@albertlawpllc.com
    tallman@albertlawpllc.com
    jonah@albertlawpllc.com

And —

**FRIEDMAN | RUBIN®**

By: *s/Roger S. Davidheiser*
    Roger S. Davidheiser, WSBA #18638
    1109 First Ave., Ste. 501
    Seattle, WA 98101
    (206)501-4446
    rdavidheiser@friedmanrubin.com
    ***Attorneys for Plaintiffs***

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS
Page- 3

ALBERT LAW PLLC
3131 Western Avenue, SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA 98101
(206) 501-4446