UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>    Defendants. | Case No. 2:23-cv-00630<br><br>**NOTICE OF APPEARANCE OF JONAH OHM CAMPBELL** |

PLEASE TAKE NOTICE that Jonah Ohm Campbell of Albert Law, PLLC, hereby enters his appearance in the above-entitled case as one of the attorneys for Plaintiffs, and

---

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
Page- 1

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

requests that any and all pleadings, except original process, in the above-entitled case be served upon the undersigned attorney for Plaintiffs at the address below stated.

DATED this 31st day of May, 2023.

        **ALBERT LAW, PLLC**

By: _____
Jonah Ohm Campbell, WSBA# 55701
3131 Western Ave., Suite 410
Seattle, WA 98121
(206)576-8044
jonah@albertlawpllc.com

*Attorneys for Plaintiffs*

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
Page- 2

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446