THE HONORABLE JAMES L. ROBART

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630-JLR<br><br>**CORPORATE DISCLOSURE OF DEFENDANT THE LAMPO GROUP, LLC** |

CORPORATE DISCLOSURE OF DEFENDANT THE LAMPO GROUP, LLC – PAGE 1
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1  Pursuant to Local Rule 7.1(a)(1), Defendant The Lampo Group, LLC hereby discloses
2  that it has two owners: (i) The Lampo Trust, and (ii) the David L. Ramsey, III 2015 Children's
3  Trust.

5  DATED this 20th day of June, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Patricia A. Eakes, WSBA No. 18888
Damon C. Elder, WSBA No. 46754
Tyler Weaver, WSBA No. 29413
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
damon.elder@morganlewis.com
tyler.weaver@morganlewis.com
andrew.decarlow@morganlewis.com

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

CORPORATE DISCLOSURE OF DEFENDANT THE LAMPO GROUP, LLC – PAGE 2
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401