THE HONORABLE JAMES L. ROBART

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,

   Plaintiffs,

v.

DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,

   Defendants.

Case No. 2:23-cv-00630- JLR

**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES TO RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULES**

**Noted: July 6, 2023.**

STIPULATION AND [PROPOSED] ORDER REGARDING
DEADLINES TO RESPOND TO COMPLAINT AND
RELATED BRIEFING SCHEDULES – PAGE 1
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1    WHEREAS, Defendants David L. Ramsey III and The Lampo Group, LLC waived service

2  of process on May 25, 2023, and Defendant Happy Hour Media Group, LLC waived service of

3  process on July 6, 2023,

4    WHEREAS, under the Federal Rules of Civil Procedure, the current deadlines for

5  Defendants to answer or otherwise respond to the Complaint are July 24, 2023, and August 14,

6  2023, respectively,

7    WHEREAS, each of the Defendants anticipate that they will respond to the Complaint by

8  filing motions to dismiss pursuant to Fed. R. Civ. P. 12, and

9    WHEREAS, the parties have met and conferred regarding the motions to dismiss and an

10  appropriate briefing schedule.

11    THEREFORE, in order to provide a single, coordinated schedule for briefing Defendants'

12  anticipated motions to dismiss, and to accommodate counsels' schedules on both sides, the parties

13  have agreed to the following deadlines and ask that the Court enter an Order adopting them:

14    Date by which any motions to dismiss will be due:                August 10, 2023

15    Date by which oppositions will be due:                September 7, 2023

16    Date on which motions will be noted and reply briefs will be due:    September 15, 2023

17    In addition to the above, one or more Defendants anticipate they will file a motion to stay

18  discovery and to stay issuance of a case schedule pending the resolution of the motions to dismiss.

19  The parties stipulate and agree that the motion to stay should be filed on August 10, 2023.  The

20  parties further agree that while any party may issue written discovery prior to August 10, no party

21  shall be required to respond substantively to discovery until the Court resolves the motion to stay.

22  This stipulation is without prejudice to any party's position regarding the merits of a stay.

23  //

24  //

25  //

26

STIPULATION AND [PROPOSED] ORDER REGARDING
DEADLINES TO RESPOND TO COMPLAINT AND
RELATED BRIEFING SCHEDULES – PAGE 2
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1

2          STIPULATED TO this 6th day of July, 2023.

3

4     **ALBERT LAW PLLC**                          **MORGAN, LEWIS & BOCKIUS LLP**

5     By: *s/ Gregory Albert*                       By: *s/ Damon Elder*
      Gregory W Albert, WSBA #42673                 Patricia A. Eakes, WSBA No. 18888
6     Jonah L Ohm Campbell, WSBA #55701             Damon C. Elder, WSBA No. 46754
      Tallman Harlow Trask, IV, WSBA #60280         Tyler Weaver, WSBA No. 29413
7     3131 Western Ave, Suite 410                   Andrew DeCarlow, WSBA No. 54471
      Seattle, WA 98121
8     Phone: (206) 576-8044                         1301 Second Avenue, Suite 2800
      Fax: 425-659-2678                             Seattle, WA 98101
9     Email: greg@albertlawpllc.com                 Phone: (206) 274-6400
             jonah@albertlawpllc.com                Email: patty.eakes@morganlewis.com
10            tallman@albertlawpllc.com                    damon.elder@morganlewis.com
                                                           tyler.weaver@morganlewis.com
11                                                         andrew.decarlow@morganlewis.com
      **FRIEDMAN RUBIN PLLC (SEATTLE-**
12    **DOWNTOWN)**                                  *Attorneys for Defendants David L. Ramsey, III*
                                                     *and The Lampo Group, LLC*
13    By: *s/Roger Davidheiser*
14    Roger S. Davidheiser, WSBA #18638
      1109 1st Ave Ste 501                           **CORR CRONIN LLP**
15    Seattle, WA 98101-2988                         By: *s/Jack Lovejoy*
      Phone: (206) 501-4446                          Jack Lovejoy
16    Fax: 206-623-0794                              1015 Second Avenue, Floor 10
17    Email: rdavidheiser@friedmanrubin.com          Seattle, WA 98104-1001
                                                     Phone: (206) 625-8600
18    *Attorneys for Plaintiffs*                     Email: jlovejoy@corrcronin.com

19                                                   *Attorney for Defendant Happy Hour Media*
                                                     *Group, LLC*
20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER REGARDING
DEADLINES TO RESPOND TO COMPLAINT AND
RELATED BRIEFING SCHEDULES – PAGE 3
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1

**[PROPOSED] ORDER**

2

IT IS SO ORDERED.

3

4

DATED this _____ day of _____, 2023.

5

6

_____

7

The Honorable James L. Robart
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER REGARDING
DEADLINES TO RESPOND TO COMPLAINT AND
RELATED BRIEFING SCHEDULES – PAGE 4
Case No. 2:23-cv-00630-JLR