THE HONORABLE JAMES L. ROBART

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630- JLR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES TO RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULES**<br><br>Noted: July 6, 2023. |

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES TO RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULES – PAGE 1
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1   WHEREAS, Defendants David L. Ramsey III and The Lampo Group, LLC waived service of process on May 25, 2023, and Defendant Happy Hour Media Group, LLC waived service of process on July 6, 2023,

WHEREAS, under the Federal Rules of Civil Procedure, the current deadlines for Defendants to answer or otherwise respond to the Complaint are July 24, 2023, and August 14, 2023, respectively,

WHEREAS, each of the Defendants anticipate that they will respond to the Complaint by filing motions to dismiss pursuant to Fed. R. Civ. P. 12, and

WHEREAS, the parties have met and conferred regarding the motions to dismiss and an appropriate briefing schedule.

THEREFORE, in order to provide a single, coordinated schedule for briefing Defendants' anticipated motions to dismiss, and to accommodate counsels' schedules on both sides, the parties have agreed to the following deadlines and ask that the Court enter an Order adopting them:

| | |
|---|---|
| Date by which any motions to dismiss will be due: | August 10, 2023 |
| Date by which oppositions will be due: | September 7, 2023 |
| Date on which motions will be noted and reply briefs will be due: | September 15, 2023 |

In addition to the above, one or more Defendants anticipate they will file a motion to stay discovery and to stay issuance of a case schedule pending the resolution of the motions to dismiss. The parties stipulate and agree that the motion to stay should be filed on August 10, 2023. The parties further agree that while any party may issue written discovery prior to August 10, no party shall be required to respond substantively to discovery until the Court resolves the motion to stay. This stipulation is without prejudice to any party's position regarding the merits of a stay.

//
//
//

STIPULATION AND [PROPOSED] ORDER REGARDING
DEADLINES TO RESPOND TO COMPLAINT AND
RELATED BRIEFING SCHEDULES – PAGE 2
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

STIPULATED TO this 6th day of July, 2023.

**ALBERT LAW PLLC**

By: *s/ Gregory Albert*
Gregory W Albert, WSBA #42673
Jonah L Ohm Campbell, WSBA #55701
Tallman Harlow Trask, IV, WSBA #60280
3131 Western Ave, Suite 410
Seattle, WA 98121
Phone: (206) 576-8044
Fax: 425-659-2678
Email: greg@albertlawpllc.com
jonah@albertlawpllc.com
tallman@albertlawpllc.com

**FRIEDMAN RUBIN PLLC (SEATTLE-DOWNTOWN)**

By: *s/Roger Davidheiser*
Roger S. Davidheiser, WSBA #18638
1109 1st Ave Ste 501
Seattle, WA 98101-2988
Phone: (206) 501-4446
Fax: 206-623-0794
Email: rdavidheiser@friedmanrubin.com

*Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon Elder*
Patricia A. Eakes, WSBA No. 18888
Damon C. Elder, WSBA No. 46754
Tyler Weaver, WSBA No. 29413
Andrew DeCarlow, WSBA No. 54471

1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
damon.elder@morganlewis.com
tyler.weaver@morganlewis.com
andrew.decarlow@morganlewis.com

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

**CORR CRONIN LLP**

By: *s/Jack Lovejoy*
Jack Lovejoy
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Phone: (206) 625-8600
Email: jlovejoy@corrcronin.com

*Attorney for Defendant Happy Hour Media Group, LLC*

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES TO RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULES – PAGE 3
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

DATED this 6th day of July, 2023.

*[signature]*

The Honorable James L. Robart
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING
DEADLINES TO RESPOND TO COMPLAINT AND
RELATED BRIEFING SCHEDULES – PAGE 4
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401