THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, ET AL., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-00630 JLR<br><br>**NOTICE OF APPEARANCE** |

TO: Clerk of the Court;

AND TO: All parties and counsel of record.

PLEASE TAKE NOTICE that Jack M. Lovejoy and Maia R. Robbins of Corr Cronin LLP hereby enter appearance in the above-entitled proceeding on behalf of Defendant Happy Hour Media Group, LLC ("Defendant"). All further pleadings or notices of any nature whatsoever, except original process, in this case may be served upon Defendant by delivering a copy thereof to the undersigned at the address below. Defendant reserves and does not

NOTICE OF APPEARANCE
Case No.: 2:23-cv-00630 JLR - 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  waive any defenses, including, but not limited to, insufficiency of service or lack of
2  jurisdiction.
3  DATED this 14th day of July, 2023.

1 waive any defenses, including, but not limited to, insufficiency of service or lack of jurisdiction.

DATED this 14th day of July, 2023.

CORR CRONIN LLP

By: s/ *Jack M. Lovejoy*
Jack M. Lovejoy, WSBA No. 36962

By: s/ *Maia R. Robbins*
Maia R. Robbins, WSBA No. 54451
1015 Second Avenue, 10th Floor
Seattle, Washington 98104
Phone: (206) 625-8600
jlovejoy@corrcronin.com
mrobbins@corrcronin.com

*Attorneys for Defendant Happy Hour Media Group, LLC*

NOTICE OF APPEARANCE
Case No.: 2:23-cv-00630 JLR - 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

NOTICE OF APPEARANCE
Case No.: 2:23-cv-00630 JLR - 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Wen Cruz*
Wen Cruz

NOTICE OF APPEARANCE
Case No.: 2:23-cv-00630 JLR - 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900