THE HONORABLE JAMES L. ROBART

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

ANNA PATRICK, ET AL., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,

Defendants.

Case No.: 2:23-cv-00630 JLR

**DEFENDANT HAPPY HOUR MEDIA GROUP, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, and Local Civil Rule 7.1, Defendant Happy Hour Media Group, LLC ("Happy Hour") states:

1. Happy Hour is a Washington limited liability company;
2. No publicly held corporation owns more than 10% of Happy Hour's stock;
3. Happy Hour's members are Christopher Holcomb and Makaymax, Inc.;
4. Makaymax, Inc. is a Washington corporation with its principal place of business in Washington;
5. Makaymax has no parent corporation and no publicly held corporation owns more than 10% of Makaymax's stock.

CORPORATE DISCLOSURE STATEMENT – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2      DATED this 14th day of July, 2023.

3                                                    CORR CRONIN LLP

4
                                                     By: *Jack M. Lovejoy*
5                                                    Jack M. Lovejoy, WSBA No. 36962
                                                     Maia R. Robbins, WSBA No. 54451
6                                                    1015 Second Avenue, 10th Floor
                                                     Seattle, Washington 98104
7                                                    Phone: (206) 625-8600
8                                                    jlovejoy@corrcronin.com
                                                     mrobbins@corrcronin.com
9
                                                     *Attorneys for Defendant Happy Hour Media*
10                                                   *Group, LLC*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CORPORATE DISCLOSURE STATEMENT – 2

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Wen Cruz*
Wen Cruz

CORPORATE DISCLOSURE STATEMENT – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900