THE HONORABLE JAMES L. ROBART

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>  Defendants. | Case No. 2:23-cv-00630- JLR<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT HAPPY HOUR MEDIA GROUP, LLC**<br>**AND**<br>**[PROPOSED] ORDER AMENDING DEFENDANT HAPPY HOUR'S DEADLINE TO RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULES**<br><br>**Noted:** August 9, 2023. |

STIPULATION BETWEEN PLAINTIFFS AND HAPPY HOUR AND [PROPOSED] ORDER AMENDING DEADLINE TO RESPOND TO COMPLAINT FOR HAPPY HOUR – PAGE 1
Case No. 2:23-cv-00630-JLR

WHEREAS, the Court entered a stipulated Order Regarding Deadlines to Respond to Complaint and Related Briefing Schedules on July 6, 2023 (Dkt. 17), which set August 10, 2023, as the deadline for motions to dismiss,

WHEREAS, counsel for the Plaintiffs and counsel for Defendant Happy Hour Media Group, LLC ("Happy Hour") have had several discussions about the possibility of resolving this lawsuit with respect to Happy Hour, a settlement proposal has been made, each plaintiff, Happy Hour, and the relevant insurer are aware of and contributing to the settlement discussions,

WHEREAS, Plaintiffs' counsel at Albert Law, PLLC, and defense counsel at Corr Cronin, LLP, have settled at least a dozen cases in which they represented adversaries during the past 3 years,

WHEREAS, Plaintiffs and Happy Hour believe it would be productive to allow settlement discussions to continue without a motion to dismiss from Happy Hour pending.

THEREFORE, in the interest of efficiency and of encouraging settlement discussions, Plaintiffs and Happy Hour have agreed to the following deadlines and ask that the Court enter an Order adopting them:

| | |
|---|---|
| Date by which any motion to dismiss by Happy Hour will be due: | October 5, 2023 |
| Date by which any opposition will be due: | November 2, 2023 |
| Date on which any motion will be noted and reply brief will be due: | November 10, 2023 |

STIPULATED TO this 9th day of August, 2023.

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
DEADLINES TO RESPOND TO COMPLAINT AND
RELATED BRIEFING SCHEDULES – PAGE 2
Case No. 2:23-cv-00630-JLR

| | |
|---|---|
| **ALBERT LAW PLLC** | **CORR CRONIN LLP** |
| | By: *s/ Jack Lovejoy* |
| By: *s/ Gregory W. Albert* | Jack Lovejoy |
| Gregory W Albert, WSBA #42673 | 1015 Second Avenue, Floor 10 |
| Jonah L Ohm Campbell, WSBA #55701 | Seattle, WA 98104-1001 |
| Tallman Harlow Trask, IV, WSBA #60280 | Phone: (206) 625-8600 |
| 3131 Western Ave, Suite 410 | Email: jlovejoy@corrcronin.com |
| Seattle, WA 98121 | |
| Phone: (206) 576-8044 | *Attorney for Defendant Happy Hour Media* |
| Fax: 425-659-2678 | *Group, LLC* |
| Email: greg@albertlawpllc.com | |
|        jonah@albertlawpllc.com | |
|        tallman@albertlawpllc.com | |

**FRIEDMAN RUBIN PLLC (SEATTLE-DOWNTOWN)**

By: *s/ Roger S. Davidheiser*
Roger S. Davidheiser, WSBA #18638
1109 1st Ave Ste 501
Seattle, WA 98101-2988
Phone: (206) 501-4446
Fax: 206-623-0794
Email: rdavidheiser@friedmanrubin.com

*Attorneys for Plaintiffs*

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
DEADLINES TO RESPOND TO COMPLAINT AND
RELATED BRIEFING SCHEDULES – PAGE 3
Case No. 2:23-cv-00630-JLR

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this 10th day of August, 2023.

                                                  _____
The Honorable James L. Robart
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING
DEADLINES TO RESPOND TO COMPLAINT AND
RELATED BRIEFING SCHEDULES – PAGE 4
Case No. 2:23-cv-00630-JLR