THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; and THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br>Defendants. | Case No. 2:23-cv-00630-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS DAVID L. RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' COMPLAINT |

Having considered Defendants David L. Ramsey, III and The Lampo Group, LLC's Motion to Dismiss and/or Strike Plaintiffs' Complaint and the related briefing, the Court hereby

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' COMPLAINT (Case No. 2:23-cv-00630-JLR) - 1

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1  GRANTS Defendants David L. Ramsey, III and The Lampo Group, LLC's Motion to Dismiss
2  and/or Strike Plaintiffs' Complaint [Dkt. 1].

4      DONE this _____ day of September, 2023.

        _____
        THE HONORABLE JAMES L. ROBART
        UNITED STATES DISTRICT COURT JUDGE

Presented by

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Patty A. Eakes, WSBA No. 18888
Tyler Weaver, WSBA No. 29413
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
       damon.elder@morganlewis.com
       tyler.weaver@morganlewis.com
       andrew.decarlow@morganlewis.com

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
AND/OR STRIKE PLAINTIFFS' COMPLAINT
(Case No. 2:23-cv-00630-JLR) - 2

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401