THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; and THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS DAVID L. RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION TO STAY DISCOVERY AND ISSUANCE OF A CASE SCHEDULE |

Having fully considered Defendants' David L. Ramsey, III, and The Lampo Group, LLC's Motion to Stay Discovery and the Issuance of a Case Schedule, Plaintiffs' response, and Defendants' reply, as well as the pleadings on file, the Court hereby GRANTS the Motion to Stay

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY
(Case No. 2:23-cv-00630-JLR) - 1

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

Discovery.  Accordingly, discovery is HEREBY STAYED pending the Court's decision on Defendants David L. Ramsey, III, and The Lampo Group, LLC's Motion to Dismiss [Dkt. No. 25].  The parties shall not be required to respond to any discovery requests until 30 days after the Court'a order on that motion.

DONE this _____ day of August, 2023.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Patricia A. Eakes, WSBA No. 18888
Tyler Weaver, WSBA No. 29413
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
damon.elder@morganlewis.com
tyler.weaver@morganlewis.com
andrew.decarlow@morganlewis.com

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY
(Case No. 2:23-cv-00630-JLR) - 2

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401