THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23−cv−00630−JLR<br><br>**PLAINTIFFS' RESPONSE AND NON-OPPOSITION TO DEFENDANTS DAVID RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION TO STAY DISCOVERY AND ISSUANCE OF A CASE SCHEDULE** |

## I. INTRODUCTION

Plaintiffs do not oppose the relief requested in Defendants David L. Ramsey, III and The Lampo Group, LLC's Motion to Stay Discovery and Issuance of a Case Schedule. Defendants

PLAINTIFFS' RESPONSE TO
MOTION TO STAY DISCOVERY – 1

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN ®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

have filed a Motion to Dismiss with a hearing date of September 15, 2023. A brief discovery stay while the Defendants' Motion to Dismiss is pending is in the interest of judicial economy and will help ensure that discovery is relevant to the case.

Dated this 17th day of August, 2023.

**ALBERT LAW, PLLC**

By: __/s/ Gregory W. Albert__
Gregory W. Albert, WSBA #42673
3131 Western Ave., Suite 410
Seattle, WA 98121
(206)576-8044
greg@albertlawpllc.com

And—

**FRIEDMAN | RUBIN®**

By: __/s/ Roger S. Davidheiser__
Roger S. Davidheiser, WSBA #18638
1109 First Ave., Ste. 501
Seattle, WA 98101
(206)501-4446
rdavidheiser@friedmanrubin.com
***Attorneys for Plaintiffs***

PLAINTIFFS' RESPONSE TO
MOTION TO STAY DISCOVERY – 2

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN ®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446