1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNA PATRICK, et al.,

              Plaintiffs,

   v.

DAVID L. RAMSEY, III, et al.,

              Defendants.

CASE NO. C23-0630JLR

ORDER

     Before the court is Defendants David L. Ramsey, III and The Lampo Group, LLC's (together, the "Lampo Defendants") motion to stay discovery and issuance of a case schedule pending the court's decision on their motion to dismiss and/or strike Plaintiffs' class action complaint.  (Mot. to Stay (Dkt. # 26); *see* Mot. to Dismiss (Dkt. # 25); Compl. (Dkt. # 1).)  Plaintiffs agree with the Lampo Defendants' assertion that a brief stay pending the court's resolution of the motion to dismiss is in the interest of judicial economy and will help ensure that the parties' discovery efforts are relevant to the issues in this case.  (Resp. (Dkt. # 27).)  Accordingly, the court GRANTS the Lampo

1   Defendants' motion to stay discovery and issuance of a case schedule (Dkt. # 26) pending

2   its decision on the Lampo Defendants' motion to dismiss.

3        Dated this 18th day of August, 2023.

4

5

6                     JAMES L. ROBART
                     United States District Judge

ORDER - 2