THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, ET AL., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:21-cv-01378-BJR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HAPPY HOUR MEDIA GROUP, LLC'S MOTION TO DISMISS THE COMPLAINT**<br><br>**NOTE OF MOTION CALENDAR:**<br>**October 27, 2023**<br><br>**(Clerk's Action Required)** |

THIS MATTER, having come on for hearing before the undersigned Judge of the above-entitled Court on Defendant Happy Hour Media Group, LLC's Motion to Dismiss, and the Court having considered the following submissions:

    1.    Defendant's Motion to Dismiss;

    2.    Supportive Declaration of Jack Lovejoy;

    3.    Plaintiff's Response and Supportive Documents (if any);

    4.    Defendant's Reply (if any); and

[PROPOSED] ORDER GRANTING HAPPY HOUR MEDIA GROUP, LLC'S MOTION TO DISMISS - 1

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

5.  _____.

And the files and records herein, and deeming itself full advised; now, therefore it is hereby ORDERED that Defendant Happy Hour Media Group, LLC's Motion to Dismiss is GRANTED and all claims against Happy Hour Media Group, LLC, in the Plaintiffs' Complaint are DISMISSED WITH PREJUDICE.

DATED this \_\_\_ day of October, 2023.

_____
THE HONORABLE JAMES L. ROBART

Presented By:

DATED this 5th day of October, 2023.

CORR CRONIN LLP

By: s/ Jack M. Lovejoy
Jack M. Lovejoy, WSBA No. 36962
Maia R. Robbins, WSBA No. 54451
1015 Second Avenue, 10th Floor
Seattle, Washington 98104
Phone: (206) 625-8600
jlovejoy@corrcronin.com
mrobbins@corrcronin.com

*Attorneys for Defendant Happy Hour Media Group, LLC*

[PROPOSED] ORDER GRANTING HAPPY HOUR MEDIA GROUP, LLC'S MOTION TO DISMISS - 2

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Wen Cruz*
Wen Cruz

[PROPOSED] ORDER GRANTING HAPPY HOUR
MEDIA GROUP, LLC'S MOTION TO DISMISS - 3

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900