THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, ET AL., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-00630 JLR<br><br>**NOTICE OF MOTION RE-NOTED**<br><br>**RE-NOTED ON MOTION CALENDAR:**<br><br>**November 10, 2023** |

PLEASE NOTE that the noting date for Defendant Happy Hour Media Group, LLC's Motion to Dismiss (Dkt. No. 32) is hereby changed from October 27, 2023 to November 10, 2023.

DATED this 11th day of October, 2023.

CORR CRONIN LLP

By: s/ *Jack M. Lovejoy*
Jack M. Lovejoy, WSBA No. 36962
Maia R. Robbins, WSBA No. 54451
1015 Second Avenue, 10th Floor

NOTICE OF MOTION RE-NOTED
(Case No.: 2:23-cv-00630 JLR) - 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Seattle, Washington 98104
Phone: (206) 625-8600
jlovejoy@corrcronin.com
mrobbins@corrcronin.com

*Attorneys for Defendant Happy Hour Media Group, LLC*

NOTICE OF MOTION RE-NOTED
(Case No.: 2:23-cv-00630 JLR) - 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Wen Cruz*
Wen Cruz

NOTICE OF MOTION RE-NOTED
(Case No.: 2:23-cv-00630 JLR) - 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900