1          THE HONORABLE JAMES L. ROBART

2

3

4

5

6

7              IN THE UNITED STATE DISTRICT COURT
         FOR THE WESTERN DISTRICT OF WASHINGTON
8                        AT SEATTLE

9
   ANNA PATRICK, DOUGLAS MORRILL,        Case No. 2:23-cv-00630- JLR
10 ROSEANNE MORRILL, LEISA
   GARRETT, ROBERT NIXON,                **STIPULATION AND [PROPOSED] ORDER**
11 SAMANTHA NIXON, DAVID                 **REGARDING DEADLINE FOR LAMPO**
   BOTTONFIELD, ROSEMARIE                **DEFENDANTS TO ANSWER COMPLAINT**
12 BOTTONFIELD, TASHA RYAN,
   ROGELIO VARGAS, MARILYN DEWEY,        Noted: October 23, 2023.
13 PETER ROLLINS, RACHAEL ROLLINS,
14 KATRINA BENNY, SARA ERICKSON,
   GREG LARSON, and JAMES KING,
15 individually and on behalf of all others
   similarly situated,
16
17     Plaintiffs,

18 v.

19 DAVID L. RAMSEY, III, individually;
20 HAPPY HOUR MEDIA GROUP, LLC, a
   Washington limited liability company; THE
21 LAMPO GROUP, LLC, a Tennessee
   limited liability company,
22
23     Defendants.

24

25

26

STIPULATION AND [PROPOSED]
ORDER REGARDING DEADLINE FOR LAMPO
DEFENDANTS TO ANSWER COMPLAINT
(Case No. 2:23-cv-00630-JLR) - 1

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1       WHEREAS, the Court issued an order on October 12, 2023, granting in part and denying

2  in part the motion to dismiss filed by Defendants David L. Ramsey III and The Lampo Group,

3  LLC ("the Lamp Defendants"),

4       WHEREAS, under the Federal Rules of Civil Procedure, the current deadline for the

5  Lampo Defendants to answer the Complaint is October 26, 2023, and

6       WHEREAS, Plaintiffs and the Lampo Defendants have met and conferred regarding that

7  deadline,

8       THEREFORE, Plaintiffs and the Lampo Defendants stipulate that the deadline should be

9  extended to November 9, 2023, and ask that the Court enter an Order setting that deadline for the

10  Lampo Defendants' answer.

11  *//*

12

13

14  *//*

15

16

17  *//*

18

19

20  *//*

21

22

23  *//*

24

25

26

STIPULATED TO this 23rd day of October, 2023.

**ALBERT LAW PLLC**

By: *s/ Gregory Albert*
Gregory W Albert, WSBA No. 42673
Jonah L Ohm Campbell, WSBA No. 55701
Tallman Harlow Trask, IV, WSBA No. 60280
3131 Western Ave, Suite 410
Seattle, WA 98121
Phone: (206) 576-8044
Email: greg@albertlawpllc.com
        jonah@albertlawpllc.com
        tallman@albertlawpllc.com

**FRIEDMAN RUBIN PLLC (SEATTLE-DOWNTOWN)**

By: *s/Roger Davidheiser*
Roger S. Davidheiser, WSBA No. 18638
1109 1st Ave Ste 501
Seattle, WA 98101-2988
Phone: (206) 501-4446
Email: rdavidheiser@friedmanrubin.com

*Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Patricia A. Eakes, WSBA No. 18888
Damon C. Elder, WSBA No. 46754
Tyler Weaver, WSBA No. 29413
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
        damon.elder@morganlewis.com
        tyler.weaver@morganlewis.com
        andrew.decarlow@morganlewis.com

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

STIPULATION AND [PROPOSED]
ORDER REGARDING DEADLINE FOR LAMPO
DEFENDANTS TO ANSWER COMPLAINT
(Case No. 2:23-cv-00630-JLR) - 3

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1

**[PROPOSED] ORDER**

2

IT IS SO ORDERED.

3

4

DATED this _____ day of October, 2023.

5

6

_____

7

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401