THE HONORABLE JAMES L. ROBART

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>    Defendants. | Case No. 2:23-cv-00630- JLR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR LAMPO DEFENDANTS TO ANSWER COMPLAINT**<br><br>Noted: October 23, 2023. |

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR LAMPO DEFENDANTS TO ANSWER COMPLAINT
(Case No. 2:23-cv-00630-JLR) - 1

1  WHEREAS, the Court issued an order on October 12, 2023, granting in part and denying in part the motion to dismiss filed by Defendants David L. Ramsey III and The Lampo Group, LLC ("the Lamp Defendants"),

WHEREAS, under the Federal Rules of Civil Procedure, the current deadline for the Lampo Defendants to answer the Complaint is October 26, 2023, and

WHEREAS, Plaintiffs and the Lampo Defendants have met and conferred regarding that deadline,

THEREFORE, Plaintiffs and the Lampo Defendants stipulate that the deadline should be extended to November 9, 2023, and ask that the Court enter an Order setting that deadline for the Lampo Defendants' answer.

//

//

//

//

//

STIPULATION AND [~~PROPOSED~~]
ORDER REGARDING DEADLINE FOR LAMPO
DEFENDANTS TO ANSWER COMPLAINT
(Case No. 2:23-cv-00630-JLR) - 2

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

STIPULATED TO this 23rd day of October, 2023.

| | |
|---|---|
| **ALBERT LAW PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Gregory Albert*<br>Gregory W Albert, WSBA No. 42673<br>Jonah L Ohm Campbell, WSBA No. 55701<br>Tallman Harlow Trask, IV, WSBA No. 60280<br>3131 Western Ave, Suite 410<br>Seattle, WA 98121<br>Phone: (206) 576-8044<br>Email: greg@albertlawpllc.com<br>        jonah@albertlawpllc.com<br>        tallman@albertlawpllc.com | By: *s/ Damon C. Elder*<br>Patricia A. Eakes, WSBA No. 18888<br>Damon C. Elder, WSBA No. 46754<br>Tyler Weaver, WSBA No. 29413<br>Andrew DeCarlow, WSBA No. 54471<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: patty.eakes@morganlewis.com<br>        damon.elder@morganlewis.com<br>        tyler.weaver@morganlewis.com<br>        andrew.decarlow@morganlewis.com<br><br>*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC* |
| **FRIEDMAN RUBIN PLLC (SEATTLE-DOWNTOWN)**<br><br>By: *s/Roger Davidheiser*<br>Roger S. Davidheiser, WSBA No. 18638<br>1109 1st Ave Ste 501<br>Seattle, WA 98101-2988<br>Phone: (206) 501-4446<br>Email: rdavidheiser@friedmanrubin.com<br><br>*Attorneys for Plaintiffs* | |

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEADLINE FOR LAMPO DEFENDANTS TO ANSWER COMPLAINT (Case No. 2:23-cv-00630-JLR) - 3

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

DATED this __23rd__ day of October, 2023.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~]
ORDER REGARDING DEADLINE FOR LAMPO
DEFENDANTS TO ANSWER COMPLAINT
(Case No. 2:23-cv-00630-JLR) - 4

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401