THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated, | Case No. 2:23-cv-00630 |
| Plaintiffs, | **PLAINTIFFS' MOTION TO AMEND THE COMPLAINT** |
| v. | **NOTED ON MOTION CALENDAR: NOVEMBER 17, 2023** |
| DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company, | |
| Defendants. | |

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

## I.   RELIEF REQUESTED

Plaintiffs seek leave to file an Amended Complaint to 1) add causes of action for conversion and constructive trust, 2) add additional factual matters related to their claims and Defendants actions, and 3) correct typographical and formatting errors. Although there is no Answer filed and Plaintiffs may still amend the Complaint as a matter of right, Plaintiffs are simultaneously filing a motion for reconsideration based on the amended complaint and submit this motion in the interests of full disclosure and transparency about their reasoning and approach. However, Plaintiffs seek to amend the complaint regardless of the Court's ruling on their Motion for Reconsideration.

## II.   STATEMENT OF FACTS

Attached is Plaintiffs' proposed Amended Complaint with interlineated changes. *See* Albert Decl., Ex. 1. The proposed Amended Complaint also adds facts related to the existence of a constructive trust. *Id.*, ¶¶ 106, 111-114, 135. It also alleges facts regarding the recordkeeping of Reed Hein and the Ramsey Defendants regarding Ramsey referrals. *Id.*, ¶¶ 12, 145-153. Finally, the proposed Amended Complaint includes additional facts relevant to the alleged conspiracy, settlement of *Adolph v. Reed Hein & Associates*, defendant Happy Hour Media Group's role in the conspiracy and other violations. *Id.*, ¶¶ 93, 107, 115, 119-120, 137, 177, 219.

The proposed amended complaint alleges a new cause of action for conversion and a standalone cause of action for constructive trust. *Id.*, ¶¶ 236-248. Finally, the proposed Amended Complaint corrects typographical and formatting errors. *See*, *e.g.*, *id.*, ¶¶ 45, 102.

//

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

### III.    ARGUMENT

**a. The Court Should Permit Amendment Because Plaintiffs are Entitled to Amend as a Matter of Course**

A party "may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. Pro. 15(a)(1). In other circumstances, "a party may amend its pleading only with the opposing party's consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. Pro. 15(a)(2). The Ninth Circuit has held that the policy of granting leave to amend is "to be applied with extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003).

Defendant Happy Hour Media Group filed and served a motion under Rule 12(b) on October 5, 2023. *See* Dkt. 32. October 5, 2023 is within 21 days of the days of the date of this motion. None of the Defendants have filed a pleading responsive to Plaintiffs' Complaint. No responsive pleading is due until November 9, 2023. *See* Dkt. 37. Plaintiffs have a right to amend as a matter of civil procedure.

**b. Plaintiffs Seek to Leave to Amend the Complaint to Support Conversion, Unjust Enrichment, and a Standalone Claim for Constructive Trust, and to Make Updated Allegations about the Recordkeeping of Dave Ramsey Referrals**

Plaintiffs' proposed Amended Complaint alleges Reed Hein had statutory and regulatory duties under 16 C.F.R. § 310, RCW 18.28 *et seq*., and RCW 19.134 *et seq*. to keep customer funds in trust. Albert Decl., Ex. 1, ¶¶ 111-114. It also alleges additional facts to invoke the constructive trust doctrine. *Id.*; *see id.*, ¶¶ 106, 135, 243-248. Based on those facts and duties, Plaintiffs seek to add a claim for conversion, add a standalone claim for constructive trust, and

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

seek reconsideration on their unjust enrichment claim. In addition, their allegations about the record-keeping of Reed Hein referrals is to support the plausibility of class certification.

## IV.   CONCLUSION

Plaintiffs put this motion before the Court in the interest of full transparency seek to amend their complaint to add additional factual support and causes of action supported by the same facts, and to correct typographical and formatting errors. Plaintiffs are entitled to amend their complaint as a matter of course. However, Plaintiffs also would like their proposed Amended Complaint to be before the Court as it considers their Motion for Reconsideration on the Issue of Prejudice. Hence, Plaintiffs submit this Motion to Amend and the proposed Amended Complaint alongside their Motion for Reconsideration on the Issue of Prejudice.

DATED this 26th day of October, 2023.

*I certify that this memorandum contains 690 words, in compliance with the Local Civil Rules.*

**ALBERT LAW, PLLC**

By: *s/Gregory W. Albert*
Gregory W. Albert, WSBA #42673
Jonah Ohm Campbell, WSBA# 55701
Tallman Trask IV, WSBA# 60280
3131 Western Ave., Suite 410
Seattle, WA 98121
(206)576-8044
greg@albertlawpllc.com
tallman@albertlawpllc.com
jonah@albertlawpllc.com

And—

*PLTFFS' MOTION TO AMEND* - Page 4
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

1

2

**FRIEDMAN | RUBIN®**

By:  *s/Roger S. Davidheiser*

3    Roger S. Davidheiser, WSBA #18638
     1109 First Ave., Ste. 501

4    Seattle, WA  98101
     (206)501-4446

5    rdavidheiser@friedmanrubin.com
     ***Attorneys for Plaintiffs***

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446