THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company, <br><br> Defendants. | Case No. 2:23-cv-00630 <br><br> **DECLARATION OF GREGORY W. ALBERT IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE COMPLAINT** |

*DECL. OF ALBERT IN SUPPORT OF PLTFFS' MOTION TO AMEND THE COMPLAINT* - Page 1
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

1    My name is Gregory W. Albert. My Washington State Bar Association Number is
2    42573. I am over the age of eighteen years and make this declaration under penalty of perjury.
3
4    1. Attached to this declaration as Exhibit 1 is an interlineated copy of Plaintiffs' proposed
5       Amended Complaint.
6
7       DATED this 26th day of October, 2023.
8
9                                           By: s/Gregory W. Albert
                                                Gregory W. Albert, WSBA #42673
10                                              3131 Western Ave., Suite 410
                                                Seattle, WA 98121
11                                              (206) 576-8044
                                                greg@albertlawpllc.com
12
13
14
15
16
17
18
19
20
21
22
23

DECL. OF ALBERT IN SUPPORT OF PLTFFS' MOTION TO AMEND THE COMPLAINT - Page 2
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446