UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>DAVID L. RAMSEY, III, et al.,<br><br>                Defendants. | CASE NO. C23-0630JLR<br><br>MINUTE ORDER |

Before the court is Plaintiffs' motion for reconsideration of the court's October 12, 2023 order granting in part and denying in part Defendants David L. Ramsey, III and The Lampo Group, LLC's (together, the "Lampo Defendants") motion to dismiss and/or strike Plaintiffs' complaint. (MFR (Dkt. # 38); *see* 10/12/23 Order (Dkt. # 35).) Plaintiffs seek reconsideration only of the court's ruling dismissing their unjust enrichment claim with prejudice and without leave to amend. (MFR at 1; *see* 10/12/23 Order at 7-9.) They ask the court to instead dismiss the unjust enrichment claim without prejudice and grant them leave to amend. (*See generally* MFR.)

ORDER - 1

1    Pursuant to Local Civil Rule 7(h)(3), the court DIRECTS the Lampo Defendants

2  to respond to Plaintiffs' motion for reconsideration by no later than **November 6, 2023**.

3  *See* Local Rules W.D. Wash. LCR 7(h)(3).  The Lampo Defendants' response shall be

4  limited to 2,100 words in length.  Plaintiffs may file an optional reply limited to 1,100

5  words in length by no later than **November 10, 2023**.  The Clerk is DIRECTED to re-

6  note Plaintiffs' motion for reconsideration (Dkt. # 28) for November 10, 2023.

7    Filed and entered this 27th day of October, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk