THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATE DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630- JLR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR LAMPO DEFENDANTS TO ANSWER COMPLAINT**<br><br>**Noted: October 30, 2023** |

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR LAMPO DEFENDANTS TO ANSWER COMPLAINT (Case No. 2:23-cv-00630-JLR) – 1

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1   WHEREAS, the current deadline for Defendants David L. Ramsey III and The Lampo Group, LLC ("the Lampo Defendants") to answer Plaintiffs' current complaint is November 9, 2023,

WHEREAS, on October 26, 2023, Plaintiffs moved to amend their complaint with a noted hearing date of November 17, 2023,

WHEREAS this means that under the present schedule, the Lampo Defendants' answer to the current complaint would be due on November 9, four days before the Lampo Defendants would respond to Plaintiffs' motion to amend,

WHEREAS, Plaintiffs and the Lampo Defendants have met and conferred regarding those deadlines and agree that the current schedule may cause confusion and inefficiencies for the parties, the Court, and the docket in this matter,

THEREFORE, Plaintiffs and the Lampo Defendants stipulate that the deadline for the Lampo Defendants should be reset to 20 days after either (1) the motion for leave to amend is denied; or (2) Plaintiffs file their amended complaint after being given leave to do so.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER
REGARDING DEADLINE FOR LAMPO
DEFENDANTS TO ANSWER COMPLAINT
(Case No. 2:23-cv-00630-JLR) – 2

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

STIPULATED TO this 30th day of October, 2023.

| | |
|---|---|
| **ALBERT LAW PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Gregory Albert*<br>Gregory W Albert, WSBA #42673<br>Jonah L Ohm Campbell, WSBA #55701<br>Tallman Harlow Trask, IV, WSBA #60280<br>3131 Western Ave., Suite 410<br>Seattle, WA 98121<br>Phone: (206) 576-8044<br>Email: greg@albertlawpllc.com<br>          jonah@albertlawpllc.com<br>          tallman@albertlawpllc.com | By: *s/ Damon C. Elder*<br>Patricia A. Eakes, WSBA No. 18888<br>Damon C. Elder, WSBA No. 46754<br>Tyler Weaver, WSBA No. 29413<br>Andrew DeCarlow, WSBA No. 54471<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: patty.eakes@morganlewis.com<br>          damon.elder@morganlewis.com<br>          tyler.weaver@morganlewis.com<br>          andrew.decarlow@morganlewis.com |
| **FRIEDMAN RUBIN PLLC (SEATTLE-DOWNTOWN)**<br><br>By: *s/Roger Davidheiser*<br>Roger S. Davidheiser, WSBA No. 18638<br>1109 1st Avenue, Suite 501<br>Seattle, WA 98101<br>Phone: (206) 501-4446<br>Email: rdavidheiser@friedmanrubin.com<br><br>*Attorneys for Plaintiffs* | *Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC* |

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR LAMPO DEFENDANTS TO ANSWER COMPLAINT (Case No. 2:23-cv-00630-JLR) – 3

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this _____ day of October, 2023.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR LAMPO DEFENDANTS TO ANSWER COMPLAINT
(Case No. 2:23-cv-00630-JLR) – 4

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401