THE HONORABLE JAMES L. ROBART

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,

Defendants.

Case No. 2:23-cv-00630- JLR

**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT HAPPY HOUR MEDIA GROUP, LLC**
**AND**
**[PROPOSED] ORDER AMENDING DEADLINES RELATED TO HAPPY HOUR'S MOTION TO DISMISS**

**Noted:** October 31, 2023.

STIPULATION BETWEEN PLAINTIFFS AND HAPPY HOUR AND [PROPOSED] ORDER AMENDING DEADLINES RELATED TO HAPPY HOUR'S MOTION TO DISMISS – PAGE 1
Case No. 2:23-cv-00630-JLR

1

2

WHEREAS, Happy Hour has filed a motion to dismiss the Complaint (Dkt. 32), which is noted for consideration on November 10, 2023,

3

4

5

WHEREAS, by stipulated order (Dkt. 24), the Opposition to Happy Hour's motion to dismiss is due on November 2 and the reply is due on November 10, 2023,

6

7

WHEREAS, on October 26, 2023, Plaintiffs moved to amend their complaint with a noted hearing date of November 17, 2023 (Dkt. 40),

8

9

10

WHEREAS, under the present schedule, the Plaintiffs and Happy Hour would complete the briefing on the motion to dismiss before knowing whether and to what extent the Complaint will be amended,

11

12

13

14

WHEREAS, having the Court consider the motion to dismiss before it decides the motion to amend could lead to a need to renew or alter the motion to dismiss or otherwise use judicial time inefficiently or create confusion,

15

16

WHEREAS, the Plaintiffs and Happy Hour have met and conferred in an attempt to promote efficiency,

17

THEREFORE, Plaintiffs and Happy Hour stipulate that:

18

19

20

21

1.  Happy Hour may withdraw its pending motion to dismiss without prejudice to Happy Hour's right to re-file the motion to dismiss or to file an amended motion to dismiss; and

22

23

24

25

2.  The deadline for Happy Hour to file its motion to dismiss will be the first Thursday that is not fewer than ten court days after the Court denies the pending motion for leave to amend the complaint or the Plaintiffs file their first amended complaint after being given leave to do so.

26

STIPULATION BETWEEN PLAINTIFFS AND HAPPY
HOUR AND [PROPOSED] ORDER AMENDING
DEADLINES RELATED TO HAPPY HOUR'S MOTION TO
DISMISS – PAGE 2
Case No. 2:23-cv-00630-JLR

1

2

**ALBERT LAW PLLC**

3
By: *s/ Gregory W Albert*
Gregory W Albert, WSBA #42673
4
Jonah L Ohm Campbell, WSBA #55701
Tallman Harlow Trask, IV, WSBA #60280
5
3131 Western Ave, Suite 410
Seattle, WA 98121
6
Phone: (206) 576-8044
7
Fax: 425-659-2678
Email: greg@albertlawpllc.com
8
        jonah@albertlawpllc.com
        tallman@albertlawpllc.com
9

**FRIEDMAN RUBIN PLLC (SEATTLE-**
10
**DOWNTOWN)**

11
By: *s/ Roger S. Davidheiser*
12
Roger S. Davidheiser, WSBA #18638
1109 1st Ave Ste 501
13
Seattle, WA 98101-2988
Phone: (206) 501-4446
14
Fax: 206-623-0794
15
Email: rdavidheiser@friedmanrubin.com

16
*Attorneys for Plaintiffs*

17

18

19

20

21

22

23

24

25

26
STIPULATION BETWEEN PLAINTIFFS AND HAPPY
HOUR AND [PROPOSED] ORDER AMENDING
DEADLINES RELATED TO HAPPY HOUR'S MOTION TO
DISMISS – PAGE 3
Case No. 2:23-cv-00630-JLR

**CORR CRONIN LLP**

By: *s/ Jack Lovejoy*
Jack Lovejoy
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Phone: (206) 625-8600
Email: jlovejoy@corrcronin.com

*Attorney for Defendant Happy Hour Media Group, LLC*

1

## **[PROPOSED] ORDER**

2          IT IS SO ORDERED.

3

4          DATED this _____ day of _____, 2023.

5

6                                                    _____

7                                                    The Honorable James L. Robart
                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    STIPULATION BETWEEN PLAINTIFFS AND HAPPY
      HOUR AND [PROPOSED] ORDER AMENDING
      DEADLINES RELATED TO HAPPY HOUR'S MOTION TO
      DISMISS – PAGE 4
      Case No. 2:23-cv-00630-JLR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Wen Cruz*
Wen Cruz

STIPULATION BETWEEN PLAINTIFFS AND HAPPY
HOUR AND [PROPOSED] ORDER AMENDING
DEADLINES RELATED TO HAPPY HOUR'S MOTION TO
DISMISS – PAGE 5
Case No. 2:23-cv-00630-JLR