THE HONORABLE JAMES L. ROBART

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>    Defendants. | Case No. 2:23-cv-00630- JLR<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT HAPPY HOUR MEDIA GROUP, LLC AND** ~~[PROPOSED]~~ **ORDER AMENDING DEADLINES RELATED TO HAPPY HOUR'S MOTION TO DISMISS**<br><br>**Noted:** October 31, 2023. |

STIPULATION BETWEEN PLAINTIFFS AND HAPPY HOUR AND [PROPOSED] ORDER AMENDING DEADLINES RELATED TO HAPPY HOUR'S MOTION TO DISMISS – PAGE 1
Case No. 2:23-cv-00630-JLR

1    WHEREAS, Happy Hour has filed a motion to dismiss the Complaint (Dkt. 32), which is

2    noted for consideration on November 10, 2023,

3    WHEREAS, by stipulated order (Dkt. 24), the Opposition to Happy Hour's motion to

4    dismiss is due on November 2 and the reply is due on November 10, 2023,

5    WHEREAS, on October 26, 2023, Plaintiffs moved to amend their complaint with a noted

6    hearing date of November 17, 2023 (Dkt. 40),

7

8    WHEREAS, under the present schedule, the Plaintiffs and Happy Hour would complete

9    the briefing on the motion to dismiss before knowing whether and to what extent the Complaint

10   will be amended,

11   WHEREAS, having the Court consider the motion to dismiss before it decides the motion

12   to amend could lead to a need to renew or alter the motion to dismiss or otherwise use judicial time

13   inefficiently or create confusion,

14

15   WHEREAS, the Plaintiffs and Happy Hour have met and conferred in an attempt to

16   promote efficiency,

17   THEREFORE, Plaintiffs and Happy Hour stipulate that:

18   1.  Happy Hour may withdraw its pending motion to dismiss without prejudice to Happy

19       Hour's right to re-file the motion to dismiss or to file an amended motion to dismiss;

20       and

21

22   2.  The deadline for Happy Hour to file its motion to dismiss will be the first Thursday that

23       is not fewer than ten court days after the Court denies the pending motion for leave to

24       amend the complaint or the Plaintiffs file their first amended complaint after being

25       given leave to do so.

26   STIPULATION BETWEEN PLAINTIFFS AND HAPPY
     HOUR AND [PROPOSED] ORDER AMENDING
     DEADLINES RELATED TO HAPPY HOUR'S MOTION TO
     DISMISS – PAGE 2
     Case No. 2:23-cv-00630-JLR

1

2

**ALBERT LAW PLLC**

3     By: *s/ Gregory W Albert*
      Gregory W Albert, WSBA #42673
4     Jonah L Ohm Campbell, WSBA #55701
      Tallman Harlow Trask, IV, WSBA #60280
5     3131 Western Ave, Suite 410
      Seattle, WA 98121
6     Phone: (206) 576-8044
7     Fax: 425-659-2678
      Email: greg@albertlawpllc.com
8            jonah@albertlawpllc.com
             tallman@albertlawpllc.com
9

**FRIEDMAN RUBIN PLLC (SEATTLE-**
10   **DOWNTOWN)**

11    By: *s/ Roger S. Davidheiser*
12    Roger S. Davidheiser, WSBA #18638
      1109 1st Ave Ste 501
13    Seattle, WA 98101-2988
      Phone: (206) 501-4446
14    Fax: 206-623-0794
15    Email: rdavidheiser@friedmanrubin.com

16    *Attorneys for Plaintiffs*

17

**CORR CRONIN LLP**

By: *s/ Jack Lovejoy*
Jack Lovejoy
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Phone: (206) 625-8600
Email: jlovejoy@corrcronin.com

*Attorney for Defendant Happy Hour Media
Group, LLC*

18

19

20

21

22

23

24

25

26   STIPULATION BETWEEN PLAINTIFFS AND HAPPY
      HOUR AND [PROPOSED] ORDER AMENDING
      DEADLINES RELATED TO HAPPY HOUR'S MOTION TO
      DISMISS – PAGE 3
      Case No. 2:23-cv-00630-JLR

1                          ~~[PROPOSED]~~ ORDER

2          IT IS SO ORDERED.

3

4          DATED this __31ˢᵀ__ day of __Oct.__, 2023.

5

6

7                                            The Honorable James L. Robart
                                             United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26        STIPULATION BETWEEN PLAINTIFFS AND HAPPY
          HOUR AND [PROPOSED] ORDER AMENDING
          DEADLINES RELATED TO HAPPY HOUR'S MOTION TO
          DISMISS – PAGE 4
          Case No. 2:23-cv-00630-JLR