THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, ET AL., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-00630 JLR<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS** |

PLEASE NOTE that Defendant Happy Hour Media Group, LLC, hereby withdraws its Motion to Dismiss (Dkt. No. 32) noted for consideration on November 10, 2023, without prejudice to its ability to re-file the motion or a modified motion to dismiss in compliance with the Court's October 31, 2023, Order (Dkt. 46).

DATED this 1st day of November, 2023.

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS
(Case No.: 2:23-cv-00630 JLR) - 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

CORR CRONIN LLP

By: s/ *Jack M. Lovejoy*
Jack M. Lovejoy, WSBA No. 36962
Maia R. Robbins, WSBA No. 54451
1015 Second Avenue, 10th Floor
Seattle, Washington 98104
Phone: (206) 625-8600
jlovejoy@corrcronin.com
mrobbins@corrcronin.com

*Attorneys for Defendant Happy Hour Media Group, LLC*

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS
(Case No.: 2:23-cv-00630 JLR) - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Wen Cruz*
Wen Cruz

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS
(Case No.: 2:23-cv-00630 JLR) - 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900