THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; and THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630- JLR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL TYLER WEAVER** |

NOTICE OF WITHDRAWAL
OF COUNSEL TYLER WEAVER
(Case No. 2:23-cv-00630-JLR)

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE of the withdrawal of Tyler Weaver as an attorney of record for Defendants David L. Ramsey, III and The Lampo Group, LLC in the above-captioned matter. Defendants David L. Ramsey, III and The Lampo Group, LLC will continue to be represented by Patricia A. Eakes, Damon C. Elder, Andrew S. DeCarlow, and Staci M. Holthus at Morgan Lewis & Bockius LLP, who have entered their appearances in this action, and there will therefore be no disruption to the Court's calendar or the representation of Defendants David L. Ramsey, III and The Lampo Group, LLC in this matter.

DATED this 3rd day of November, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Patricia A. Eakes, WSBA No. 18888
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
damon.elder@morganlewis.com
andrew.decarlow@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Staci M. Holthus*
Staci M. Holthus, (*pro hac vice*)
110 N. Wacker Dr., Suite 2800
Chicago, IL 60606
Phone: (312) 324-1000
Email: staci.holthus@morganlewis.com

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

-and-

NOTICE OF WITHDRAWAL
OF COUNSEL TYLER WEAVER
(Case No. 2:23-cv-00630-JLR) – 1

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Tyler Weaver*
Tyler Weaver, WSBA No. 29413
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: tyler.weaver@morganlewis.com

*Withdrawing Attorney for Defendant David L. Ramsey, III and The Lampo Group, LLC*

NOTICE OF WITHDRAWAL
OF COUNSEL TYLER WEAVER
(Case No. 2:23-cv-00630-JLR) – 2

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401