UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; and THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630- JLR<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO AMEND THE COMPLAINT**<br><br>Hearing Date: November 17, 2023 |

This matter came before the Court on Plaintiffs' Motion to Amend the Complaint (the "Motion"). Having considered the Motion, together with the materials submitted in support thereof, and being fully advised; now, therefore,

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO
AMEND THE COMPLAINT
(Case No. 2:23-cv-00630- JLR) - 1

IT IS HEREBY ORDERED that: the Motion to Amend the Complaint is DENIED.

DATED this _____ day of _____, 2023

_____
THE HONORABLE JAMES L. ROBART

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Patricia A. Eakes, WSBA No. 18888
Tyler Weaver, WSBA No. 29413
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
damon.elder@morganlewis.com
tyler.weaver@morganlewis.com
andrew.decarlow@morganlewis.com

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO AMEND THE COMPLAINT
(Case No. 2:23-cv-00630- JLR) - 2

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA 98101
+1.206.274.6400