UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, et al.,<br><br>                    Plaintiffs,<br>     v.<br><br>DAVID L. RAMSEY, III, et al.,<br><br>                    Defendants. | CASE NO. C23-0630JLR<br><br>RULE 16(B) AND SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |

| | |
|---|---|
| Deadline for motions relating to admissibility of experts on issues pertaining to class certification | *July 11, 2024* |
| Deadline for dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification | *July 11, 2024* |
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | *30 days after expert motions and dispositive motions or motions to compel arbitration affecting class certification are decided by the Court* |

ORDER - 1

| Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda). | *60 days after expert motions and dispositive motions or motions to compel arbitration affecting class certification are decided by the Court* |
|---|---|

This Order is issued at the outset of the case, and a copy is sent by the clerk to counsel for plaintiff (or plaintiff, if pro se) and any defendants who have appeared. Plaintiff's counsel (or plaintiff, if pro se) is directed to serve copies of this Order on all parties who appear after this Order is filed. Such service shall be accomplished within ten (10) days after each appearance.

The court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiff(s) shall inform the court immediately should Plaintiff(s) at any time decide not to seek class certification. The dates set in this scheduling order are firm dates that can be changed only by order of the court, not by agreement of the parties. The court will alter these dates only upon good cause shown. The failure to complete discovery within the time allowed will not ordinarily constitute good cause. As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying

//

Ashleigh Drecktrah, Courtroom Deputy, at Ashleigh_Drecktrah@wawd.uscourts.gov.

See Fed. R. Civ. P. 16(b)(3)(B)(v).

Dated this 8th day of December, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge