THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630-JLR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL STACI M. HOLTHUS** |

NOTICE OF WITHDRAWAL OF COUNSEL
STACI M. HOLTHUS - 1
(Case No. 2:23-cv-00630-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  TO:          THE CLERK OF THE COURT

2  AND TO:      ALL PARTIES AND THEIR COUNSEL OF RECORD

3  PLEASE TAKE NOTICE of the withdrawal of Staci M. Holthus as an attorney of record for Defendants David L. Ramsey, III and The Lampo Group, LLC in the above-captioned matter. Defendants David L. Ramsey, III and The Lampo Group, LLC will continue to be represented by Patty A. Eakes, Damon C. Elder, and Andrew DeCarlow of Morgan, Lewis & Bockius LLP, who have entered their appearances in this action, and there will therefore be no disruption to the Court's calendar or the representation of Defendants David L. Ramsey, III and The Lampo Group, LLC in this matter.

DATED this 27th day of December, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Patty A. Eakes, WSBA No. 18888
Damon C. Elder, WSBA No. 46754
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
       damon.elder@morganlewis.com
       andrew.decarlow@morganlewis.com

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

*and*

By: *s/ Staci M. Holthus*
Staci M. Holthus (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Dr., Suite 2800
Chicago, IL 60606
Phone: (312) 324-1000
Email: staci.holthus@morganlewis.com

*Withdrawing Attorney for Defendants David L. Ramsey, III and The Lampo Group, LLC*

NOTICE OF WITHDRAWAL OF COUNSEL
STACI M. HOLTHUS - 2
(Case No. 2:23-cv-00630-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401