THE HONORABLE JAMES L. ROBART

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNA PATRICK, DOUGLAS MORRILL,
ROSEANNE MORRILL, LEISA
GARRETT, ROBERT NIXON,
SAMANTHA NIXON, DAVID
BOTTONFIELD, ROSEMARIE
BOTTONFIELD, TASHA RYAN,
ROGELIO VARGAS, MARILYN DEWEY,
PETER ROLLINS, RACHAEL ROLLINS,
KATRINA BENNY, SARA ERICKSON,
GREG LARSON, and JAMES KING,
individually and on behalf of all others
similarly situated,

   Plaintiffs,

v.

DAVID L. RAMSEY, III, individually;
HAPPY HOUR MEDIA GROUP, LLC, a
Washington limited liability company; THE
LAMPO GROUP, LLC, a Tennessee
limited liability company,

   Defendants.

Case No. 2:23-cv-00630- JLR

STIPULATED MOTION AND [PROPOSED]
ORDER REGARDING LAMPO DEFENDANTS'
DEADLINE TO ANSWER COMPLAINT

Noted: January 4, 2024.

STIPULATION AND [PROPOSED] ORDER RE LAMPO
DEFENDANTS' ANSWER DEADLINE
(Case No. 2:23-cv-00630-JLR)

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1    Plaintiffs Anna Patrick, Douglas Morrill, Roseanne Morrill, Leisa Garrett, Robert Nixon,

2    Samantha Nixon, David Bottonfield, Rosemarie Bottonfield, Tasha Ryan, Rogelio Vargas,

3    Marilyn Dewey, Peter Rollins, Rachel Rollins, Katrina Benny, Sara Erickson, Greg Largson, and

4    James King ("Plaintiffs") and Defendants David L. Ramsey III and the Lampo Group, LLC

5    ("Lampo Defendants"), hereby STIPULATE and AGREE, and so jointly move the Court, as

6    follows:

7        WHEREAS, the Lampo Defendants currently have a deadline to answer the Amended

8    Complaint (Dkt. No. 55) on January 4, 2024 (*see* Dkt. No. 44);

9        WHEREAS, the Parties have conferred and agree that there is good cause to extend the

10   Lampo Defendants' answer deadline by one week to January 11, 2024;

11       THEREFORE, the Plaintiffs and Lampo Defendants hereby stipulate and jointly move the

12   Court for an order setting the Lampo Defendants' deadline to answer the Amended Complaint to

13   January 11, 2024.

14       STIPULATED TO this 4th day of January, 2024.

15

16   **ALBERT LAW PLLC**                                **MORGAN, LEWIS & BOCKIUS LLP**

17   By: *s/ Gregory W. Albert*                          By: *s/ Damon C. Elder*
     Gregory W Albert, WSBA No. 42673                    Patricia A. Eakes, WSBA No. 18888
18   Jonah L Ohm Campbell, WSBA No. 55701                Damon C. Elder, WSBA No. 46754
     Tallman Harlow Trask, IV, WSBA No. 60280            Tyler Weaver, WSBA No. 29413
19   3131 Western Ave, Suite 410                         Andrew DeCarlow, WSBA No. 54471
     Seattle, WA 98121                                   1301 Second Avenue, Suite 3000
20   Phone: (206) 576-8044                               Seattle, WA 98101
     Email: greg@albertlawpllc.com                       Phone: (206) 274-6400
21         jonah@albertlawpllc.com                       Email: patty.eakes@morganlewis.com
           tallman@albertlawpllc.com                            damon.elder@morganlewis.com
22                                                              tyler.weaver@morganlewis.com
                                                                andrew.decarlow@morganlewis.com
23

24                                                       *Attorneys for Defendants David L. Ramsey, III*
                                                         *and The Lampo Group, LLC*
25
     -and-
26
     STIPULATION AND [PROPOSED] ORDER REGARDING          **MORGAN, LEWIS & BOCKIUS LLP**
     LAMPO DEFENDANTS' ANSWER DEADLINE                   1301 SECOND AVENUE, SUITE 3000
     (Case No. 2:23-cv-00630-JLR) – 1                    SEATTLE, WASHINGTON 98101
                                                         TEL (206) 274-6400 FAX (206) 274-6401

1

2

**FRIEDMAN RUBIN PLLC (SEATTLE-DOWNTOWN)**

3

By: *s/Roger Davidheiser*
Roger S. Davidheiser, WSBA No. 18638

4

1109 1st Ave Ste 501
Seattle, WA 98101-2988

5

Phone: (206) 501-4446
Email: rdavidheiser@friedmanrubin.com

6

7

*Attorneys for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER REGARDING
LAMPO DEFENDANTS' ANSWER DEADLINE
(Case No. 2:23-cv-00630-JLR) – 2

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

**[PROPOSED] ORDER**

IT IS SO ORDERED.


DATED this _____ day of January, 2024.


_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING
LAMPO DEFENDANTS' ANSWER DEADLINE
(Case No. 2:23-cv-00630-JLR) – 3

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401