THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, ET AL., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-00630 JLR<br><br>**DECLARATION OF JACK M. LOVEJOY IN SUPPORT OF DEFENDANT HAPPY HOUR MEDIA GROUP, LLC'S RENEWED MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>**NOTED ON MOTION CALENDAR:**<br><br>**JANUARY 26, 2024** |

Jack M. Lovejoy states and declares as follows:

1. I am an attorney at Corr Cronin LLP, attorneys of record for Defendant Happy Hour Media Group, LLC in the above-captioned matter. I am over eighteen years of age, competent to testify and submit this declaration based upon personal knowledge in support of Happy Hour Media Group, LLC's Motion to Dismiss.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed in *State of Washington v. Reed Hein & Associates, LLC, et al.*, King County Superior Court Case No. 20-2-03141-1 SEA.

DECLARATION OF JACK M. LOVEJOY IN SUPPORT OF DEFENDANT HAPPY HOUR MEDIA GROUP, LLC'S RENEWED MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT - Case No.: 2:23-cv-00630 JLR - 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

3. Attached hereto as **Exhibits 1, 23, 24, 24-1, 25, 25-1, 26, 27, 38, 43, 44, 44-1,** and **45** are true and correct copies of docket entries from *Adolph v. Reed Hein & Associates et al.*, United States District Court, Western District of Washington, Case No. 2:21-cv-01378-BJR. Each exhibit is numbered with its corresponding number on the docket of the *Adolph* lawsuit. For example, Exhibit 1 is Dkt. 1, Exhibit 23 is Dkt. 23, and so on.

I declare under penalty of perjury that the foregoing is true.

DATED this 4th day of January, 2024 at Seattle, Washington.

*s/ Jack M. Lovejoy*
Jack M. Lovejoy, WSBA No. 36962

DECLARATION OF JACK M. LOVEJOY IN SUPPORT OF DEFENDANT HAPPY HOUR MEDIA GROUP, LLC'S RENEWED MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT - Case No.: 2:23-cv-00630 JLR - 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Wen Cruz*
Wen Cruz

DECLARATION OF JACK M. LOVEJOY IN SUPPORT OF DEFENDANT HAPPY HOUR MEDIA GROUP, LLC'S RENEWED MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT - Case No.: 2:23-cv-00630 JLR - 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900