THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,

Defendants.

Case No. 2:23-cv-00630-JLR

**DEFENDANTS DAVID L. RAMSEY, III, AND THE LAMPO GROUP, LLC'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT FOR DAMAGES WITH CLASS ACTION ALLEGATIONS**

**JURY OF TWELVE REQUESTED**

Defendants David L. Ramsey, III and The Lampo Group, LLC (collectively, "the Lampo Defendants") hereby answer Plaintiffs' Amended Complaint for Damages with Class Allegations. The Lampo Defendants note that Plaintiffs' unjust enrichment claim has been dismissed with prejudice.

LAMPO DEFENDANTS' ANSWER TO PLAINTIFFS'
AMENDED COMPLAINT - 1

# I.  OVERVIEW

1.      The allegations in this paragraph relate exclusively to a third party, Reed Hein & Associates ("RHA").  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

2.      The Lampo Defendants deny the allegations in this paragraph. The Lampo Defendants further note that Plaintiffs' unjust enrichment claim has been dismissed with prejudice.

3.      The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

4.      The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

5.      The Lampo Defendants admit that The Lampo Group, LLC entered into various different contracts with RHA beginning in 2015, with varying terms and conditions, and that the Lampo Group, LLC terminated the final such contract in early 2021.  The Lampo Defendants deny that Mr. Ramsey personally entered into contracts with RHA or was paid by RHA.  The Lampo Defendants further deny that they received "greater than $30 million" from RHA. The remainder of the allegations in this paragraph are speculative, overbroad, and inaccurate, and The Lampo Defendants therefore deny those allegations.

6.      The Lampo Defendants admit that David Ramsey is a Christian and that he hosts a nationally syndicated radio show and podcast on which he gives financial advice. The Lampo Defendants also admit that they provide a service known as Financial Peace University and that their programming has millions of listeners.  The Lampo Defendants deny the remaining allegations in paragraph 6.

7.      The Lampo Defendants deny that Mr. Ramsey personally accepted payment from RHA or made false statements on behalf of RHA.  The Lampo Defendants admit that Mr. Ramsey

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -2

endorsed Timeshare Exit Team in a number of promotions between 2015 and 2021, but deny that he made any statements alleged in this paragraph "[t]hroughout" his promotions.  The recordings of any statements made by Mr. Ramsey in promotions regarding the Timeshare Exit Team speak for themselves.  For the avoidance of doubt, the Lampo Defendants further respond that the statements made in such promotions varied at different times, and that the Lampo Defendants always understood and believed all such statements to be true and accurate.  To the extent Plaintiffs allege that statements made by the Lampo Defendants were false, the Lampo Defendants deny those allegations.

8.     The Lampo Defendants admit several timeshare companies, the Washington Attorney General, and some RHA customers sued RHA .  The Lampo Defendants lack knowledge or information sufficient to admit or deny the details of those cases.   The Lampo Defendants lack sufficient knowledge or information to admit or deny Plaintiffs' allegations regarding the Better Business Bureau or the arbitration awards in this paragraph, and therefore deny those allegations. The Lampo Defendants also note that on May 23, 2019, the court in *Wyndham Vacation Ownership, et. al.  v. Reed Hein & Assoc., LLC, et. al.*, pending in the U.S. District Court for the Middle District of Florida, dismissed the plaintiffs' Florida Deceptive and Unfair Trade Practices Act claim against RHA and others. The Lampo Defendants deny the remainder of the allegations in this paragraph.

9.     The Lampo Defendants admit their endorsement of RHA terminated by March 2021, and therefore so did any obligation by RHA or Happy Hour Media Group to pay The Lampo Group, LLC for that endorsement.  The Lampo Defendants deny that RHA or Happy Hour ever paid Mr. Ramsey directly.

10.     The Lampo Defendants deny the allegations in this paragraph.

11.     The Lampo Defendants admit that during a radio broadcast in 2021, David Ramsey discussed timeshares and RHA. The contents of the recording of that broadcast speaks for itself.

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -3

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1    To the extent this paragraph characterizes the contents of the broadcast in a manner inconsistent

2    with the recording, the Lampo Defendants deny those allegations.

3          12.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

4    the allegations in this paragraph, and therefore deny those allegations.

5          13.    The Lampo Defendants deny the allegations in this paragraph.  For the avoidance

6    of doubt, the Lampo Defendants further respond that they were never paid anything by their

7    listeners in connection with any of the allegations in this case.

8          14.    The Lampo Defendants deny the allegations that "Ramsey unjustly took [millions]

9    from his own listeners," that RHA "sent a portion" of the Plaintiffs' money to Ramsey, or that

10   Plaintiffs are entitled to any relief whatsoever.  For the avoidance of doubt, the Lampo Defendants

11   further respond that they were never paid anything by their listeners in connection with the

12   allegations in this case.  The remaining allegations in this paragraph relate to a third party, RHA,

13   and the Lampo Defendants therefore do not have sufficient knowledge or information to admit or

14   deny those allegations, and therefore deny them.

## II.  PARTIES

15

16         15.    This paragraph is limited to legal conclusions to which no response is required.  For

17   the avoidance of doubt, the Lampo Defendants deny that Plaintiffs are entitled to any relief

18   whatsoever in this case.

19   **a. Plaintiffs**

20   **Anna Patrick**

21         16.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

22   the allegations in this paragraph, and therefore deny those allegations.

23         17.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

24   the allegations in this paragraph, and therefore deny those allegations.

25         18.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

26   the allegations in this paragraph, and therefore deny those allegations.

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -4

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1      19.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

2  the allegations in this paragraph, and therefore deny those allegations.

3      **Douglas and Roseanne Morrill**

4      20.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

5  the allegations in this paragraph, and therefore deny those allegations.

6      21.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

7  the allegations in this paragraph, and therefore deny those allegations.

8      22.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

9  the allegations in this paragraph, and therefore deny those allegations.

10      23.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

11  the allegations in this paragraph, and therefore deny those allegations.

12      24.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

13  the allegations in this paragraph, and therefore deny those allegations.

14      **Leisa Garrett**

15      25.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

16  the allegations in this paragraph, and therefore deny those allegations.

17      26.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

18  the allegations in this paragraph, and therefore deny those allegations.

19      27.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

20  the allegations in this paragraph, and therefore deny those allegations.

21      28.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

22  the allegations in this paragraph, and therefore deny those allegations.

23      29.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

24  the allegations in this paragraph, and therefore deny those allegations.

25

26

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -5

30.     The Lampo Defendants deny the allegation that Ms. Garrett's experience is typical of members of the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or deny the other allegations in this paragraph, and therefore deny those allegations.

**Robert and Samantha Nixon**

31.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

32.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

33.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

34.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

35.     The Lampo Defendants deny the allegation that Mr. and Mrs. Nixon's experience is typical of members of the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or deny the other allegations in this paragraph, and therefore deny those allegations.

**David and Rosemarie Bottonfield**

36.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

37.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

38.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

**Tasha Ryan**

39.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

40.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

41.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

42.     The Lampo Defendants deny the allegations in this paragraph.

**Rogelio Vargas**

43.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

44.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

45.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

46.     The Lampo Defendants deny the allegation that Mr. Vargas' experience is typical of members of the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or deny the other allegations in this paragraph, and therefore deny those allegations.

**Marilyn Dewey**

47.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

48.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

49.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

50.     The Lampo Defendants deny the allegations in this paragraph.

**Peter and Rachael Rollins**

51.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

52.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

53.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

**Katrina Benny**

54.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

55.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

56.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

57.     The Lampo Defendants deny the allegation that Mr. Vargas' experience is typical of members of the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or deny the other allegations in this paragraph, and therefore deny them.

**Sara Erickson**

58.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

59.     The Lampo Defendants deny the allegation that Mr. Vargas' experience is typical of members of the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or deny the other allegations in this paragraph, and therefore deny them.

**Greg Larson**

60.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

61.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -8

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1   62.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

2   the allegations in this paragraph, and therefore deny those allegations.

3   **James King**

4   63.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

5   the allegations in this paragraph, and therefore deny those allegations.

6   64.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

7   the allegations in this paragraph, and therefore deny those allegations.

8   65.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

9   the allegations in this paragraph, and therefore deny those allegations.

10  66.     The Lampo Defendants deny the allegation that Mr. Vargas' experience is typical

11  of members of the putative class. The Lampo Defendants lack sufficient knowledge or information

12  to admit or deny the other allegations in this paragraph and therefore deny those allegations.

13  **b.     Defendants**

14  67.     The Lampo Defendants lack sufficient knowledge or information to admit or deny

15  the allegations in this paragraph, and therefore deny those allegations.

16  68.     The Lampo Defendants admit the allegations in this paragraph.

17  69.     The Lampo Defendants admit the allegations in this paragraph.

18  70.     The Lampo Defendants admit that Dave Ramsey is the founder and chief executive

19  officer of The Lampo Group, LLC. The Lampo Defendants deny Dave Ramsey is the owner of the

20  Lampo Group, LLC.

21  71.     The Lampo Defendants admit that Dave Ramsey is the sole manager of The Lampo

22  Group, LLC. The Lampo Defendants deny that Dave Ramsey is a member of The Lampo Group,

23  LLC.

24  72.     This paragraph contains legal allegations and conclusions to which no response is

25  required.

26

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -9

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

### III.  JURISDICTION & VENUE

73.     This paragraph contains legal allegations and conclusions to which no response is required.

74.     This paragraph contains legal allegations and conclusions to which no response is required.

75.     This paragraph contains legal allegations and conclusions to which no response is required.

76.     This paragraph contains legal allegations and conclusions to which no response is required.

77.     This paragraph contains legal allegations and conclusions to which no response is required.

78.     This paragraph contains legal allegations and conclusions to which no response is required.

79.     This paragraph contains legal allegations and conclusions to which no response is required.

80.     This paragraph contains legal allegations and conclusions to which no response is required.

### IV.  FACTS[1]

81.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

82.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

---

[1] Plaintiffs have interspersed subheadings in the statement of facts in the Amended Complaint. The Lampo Defendants have not used those subheadings in this Answer, and instead have used only the paragraph numbers.  For the avoidance of doubt, the Lampo Defendants deny any allegations in the headings and subheadings in the Amended Complaint.

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -10

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

83.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

84.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

85.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

86.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

87.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

88.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

89.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

90.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

91.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

92.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

93.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

94.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

95.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

96.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

97.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

98.     The allegations in this paragraph relate exclusively to a third party, RHA.  As a result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

99.     The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations. The Lampo Defendants note

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1    that in the apparently referenced case, there was a May 31, 2019, finding about the actions of

2    Mitchell Reed Sussman, not RHA.

3        100.    The allegations in this paragraph relate exclusively to a third party, RHA.  As a

4    result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the

5    allegations in this paragraph, and therefore deny those allegations.

6        101.    The allegations in this paragraph relate exclusively to a third party, RHA.  As a

7    result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the

8    allegations in this paragraph, and therefore deny those allegations.

9        102.    The Lampo Defendants admit that the Washington State Attorney General filed an

10   action against RHA in King County Superior Court in February 2020.

11       103.    The Lampo Defendants admit the Washington State Attorney General's complaint

12   contained the quoted statements and that the Attorney General and RHA entered a consent decree

13   that included RHA paying $2.61 million. The Lampo Defendants lack sufficient knowledge or

14   information to admit or deny the remaining allegations in this paragraph, and therefore deny those

15   allegations.

16       104.    The allegations in this paragraph relate exclusively to a third party, RHA.  As a

17   result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the

18   allegations in this paragraph, and therefore deny those allegations.

19       105.    The allegations in this paragraph relate exclusively to a third party, RHA.  As a

20   result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the

21   allegations in this paragraph, and therefore deny those allegations.

22       106.    The allegations in this paragraph relate exclusively to a third party, RHA.  As a

23   result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the

24   allegations in this paragraph, and therefore deny those allegations.

25       107.    The Lampo Defendants admit that Brian and Keri Adolph filed a putative class

26   action against RHA with the name and case number stated in this paragraph, and that a final

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -13

1  settlement was reached and approved by the Court in May 2023, and that it included a Covenant

2  of Judgment. The records from that case speak for themselves. To the extent this paragraph alleges

3  more, the Lampo Defendants lack sufficient knowledge or information to admit or deny the

4  allegations in this paragraph, and therefore deny any such allegations.

5       108.    The allegations in this paragraph relate exclusively to a third party, RHA.  As a

6  result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the

7  allegations in this paragraph, and therefore deny those allegations.

8       109.    The allegations in this paragraph relate exclusively to a third party, RHA.  As a

9  result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the

10  allegations in this paragraph, and therefore deny those allegations.

11       110.    The allegations in this paragraph relate exclusively to a third party, RHA.  As a

12  result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the

13  allegations in this paragraph, and therefore deny those allegations.  For the avoidance of doubt, to

14  the extent this paragraph impliedly alleges that RHA paid Mr. Ramsey directly, and/or that the

15  Lampo Defendants were involved in any "scheme" by RHA, the Lampo Defendants deny those

16  allegations.

17       111.    This paragraph contains legal allegations and conclusions that do not require a

18  response.  Further, the allegations in this paragraph relate exclusively to a third party, RHA.  As a

19  result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the

20  allegations in this paragraph, and therefore deny those allegations.

21       112.    This paragraph contains legal allegations and conclusions that do not require a

22  response.  Further, the allegations in this paragraph relate exclusively to a third party, RHA.  As a

23  result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the

24  allegations in this paragraph, and therefore deny those allegations.

25       113.    This paragraph contains legal allegations and conclusions that do not require a

26  response.  Further, the allegations in this paragraph relate exclusively to a third party, RHA.  As a

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1   result, the Lampo Defendants lack sufficient knowledge or information to admit or deny the

2   allegations in this paragraph, and therefore deny those allegations.

3        114.    This paragraph contains legal allegations and conclusions that do not require a

4   response.  The allegations in this paragraph relate exclusively to a third party, RHA.  As a result,

5   the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations

6   in this paragraph, and therefore deny those allegations.

7        115.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

8   the allegations in this paragraph, which relate solely to RHA and Happy Hour, and therefore deny

9   those allegations.

10        116.    The Lampo Defendants deny the allegations in this paragraph.

11        117.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

12   the allegations in this paragraph, which relate solely to Happy Hour, and therefore deny those

13   allegations.

14        118.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

15   the allegations in this paragraph, which relate solely to RHA and Happy Hour, and therefore deny

16   those allegations.

17        119.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

18   the allegations in this paragraph, to the extent they relate solely to RHA and Happy Hour, and

19   therefore deny such allegations.  The Lampo Group admits that Happy Hour provided feedback at

20   times on advertising that was aired on the Lampo Group, LLC's programming.

21        120.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

22   the allegations in this paragraph, to the extent they relate solely to RHA and Happy Hour, and

23   therefore deny such allegations.  The Lampo Group admits that Happy Hour provided feedback at

24   times on advertising that was aired on the Lampo Group, LLC's programming.

25

26

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -15

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1   121.   The Lampo Defendants lack sufficient knowledge or information to admit or deny

2   the allegations in this paragraph, which relate solely to RHA and Happy Hour, and therefore deny

3   those allegations.

4   122.   The Lampo Defendants deny the allegations in this paragraph.

5   123.   The Lampo Defendants admit David Ramsey is a radio host, and that his show and

6   seminars discuss topics related to financial advice. The Lampo Defendants further admit that they

7   have used the phrase "win with money" in relation to the Financial Peace University. To the extent

8   this paragraph alleges more, the Lampo Defendants deny those allegations.

9   124.   The Lampo Defendants admit their programs are promoted to religious

10  organizations and that Mr. Ramsey states that his advice is based on biblical principles. The Lampo

11  Defendants deny that David Ramsey "overstates the extent to which he vets his endorsees." The

12  Lampo Defendants lack sufficient information to admit or deny the remainder of the allegations in

13  this paragraph, and therefore deny those allegations.

14  125.   The Lampo Defendants respond that the recordings of any programming speak for

15  themselves.  To the extent the allegations in this paragraph are inconsistent with the recordings of

16  statements made by Mr. Ramsey, the Lampo Defendants deny those allegations.

17  126.   The Lampo Defendants respond that the recordings of any programming speak for

18  themselves.  To the extent the allegations in this paragraph are inconsistent with the recordings of

19  statements made by Mr. Ramsey, the Lampo Defendants deny those allegations.

20  127.   The Lampo Defendants respond that the recordings of any programming speak for

21  themselves.  To the extent the allegations in this paragraph are inconsistent with the recordings of

22  statements made by Mr. Ramsey, the Lampo Defendants deny those allegations.  The Lampo

23  Defendants deny the remaining allegations in this paragraph.

24  128.   The Lampo Defendants respond that the statements on any RHA website speak for

25  themselves.  To the extent the allegations in this paragraph are inconsistent with any records of

26

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1  RHA's website, the Lampo Defendants deny those allegations.  The Lampo Defendants deny the
2  remaining allegations in this paragraph.

3    129. The Lampo Defendants deny the allegations in this paragraph.

4    130. The Lampo Defendants deny the allegations in this paragraph.

5    131. The Lampo Defendants deny the allegations in this paragraph.

6    132. The Lampo Defendants admit they promote products and services on "The Dave
7  Ramsey Show" and that the show is produced by The Lampo Group. The Lampo Defendants deny
8  that The Lampo Group is "own[ed] and control[led]" by David Ramsey. To the extent this
9  paragraph alleges more, the Lampo Defendants deny it.

10    133. The Lampo Defendants deny that David Ramsey claims to be single-handedly
11  responsible for converting RHA from a small local company into a company doing hundreds of
12  millions of dollars in business. The Lampo Defendants lack sufficient knowledge or information
13  to admit or deny the remainder of the allegations in this paragraph, and therefore deny those
14  allegations.

15    134. The Lampo Defendants lack sufficient knowledge or information to admit or deny
16  the allegations in this paragraph, and therefore deny those allegations.

17    135. The Lampo Defendants deny that David Ramsey was ever paid by Reed Hein. The
18  Lampo Defendants lack sufficient knowledge or information to admit or deny the remainder of the
19  allegations in this paragraph, and therefore deny those allegations. This paragraph also contains
20  legal allegations and conclusions that do not require a response.

21    136. The Lampo Defendants deny the allegations in this paragraph.

22    137. The Lampo Defendants admit RHA ran advertisements during episodes of the Dave
23  Ramsey Show. The Lampo Defendants deny the remaining allegations in this paragraph.

24    138. The recordings of statements made on the air speak for themselves.  To the extent
25  Plaintiffs' allegations regarding those statements are inconsistent with the recordings, the Lampo

26

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -17

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1   Defendants deny those allegations.  The Lampo Defendants deny the remaining allegations in this

2   paragraph.

3        139.    The recordings of statements made on the air speak for themselves.  To the extent

4   Plaintiffs' allegations regarding those statements are inconsistent with the recordings, the Lampo

5   Defendants deny those allegations.  The Lampo Defendants deny the remaining allegations in this

6   paragraph.

7        140.    The recordings of statements made on the air speak for themselves.  To the extent

8   Plaintiffs' allegations regarding those statements are inconsistent with the recordings, the Lampo

9   Defendants deny those allegations.  The Lampo Defendants deny the remaining allegations in this

10  paragraph.

11       141.    The recordings of statements made on the air speak for themselves.  To the extent

12  Plaintiffs' allegations regarding those statements are inconsistent with the recordings, the Lampo

13  Defendants deny those allegations.  The Lampo Defendants deny the remaining allegations in this

14  paragraph.

15       142.    The recordings of statements made on the air speak for themselves.  To the extent

16  Plaintiffs' allegations regarding those statements are inconsistent with the recordings, the Lampo

17  Defendants deny those allegations.  The Lampo Defendants deny the remaining allegations in this

18  paragraph.

19       143.    The recordings of statements made on the air speak for themselves.  To the extent

20  Plaintiffs' allegations regarding those statements are inconsistent with the recordings, the Lampo

21  Defendants deny those allegations.  The Lampo Defendants deny the remaining allegations in this

22  paragraph.

23       144.    This paragraph contains hypothetical legal allegations and conclusions that do not

24  require a response.  For the avoidance of doubt, the Lampo Defendants deny the allegations in this

25  paragraph.

26       145.    The Lampo Defendants deny the allegations in this paragraph.

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -18

146.   The Lampo Defendants deny the allegations in this paragraph.

147.   The Lampo Defendants deny the allegations in this paragraph.

148.   The Lampo Defendants investigation is ongoing and, as of the filing of this Answer, they lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

149.   The Lampo Defendants admit they created a webpage called Ramsey Frontman where customers who were interested in exit services could provide information. The Lampo Defendants deny that Ramsey Frontman collected or maintained records. As to any remaining allegations in this paragraph, the Lampo Defendants' investigation is ongoing and, as of the filing of this Answer, the Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny those allegations.

150.   The Lampo Defendants deny that the Ramsey Frontman webpages contained deceptive or misleading content. The Lampo Defendants admit Happy Hour reviewed and expressed approval for some content that appeared on Ramsey Frontman. To the extent this paragraph contains additional allegations, the Lampo Defendants deny those allegations..

151.   The Lampo Defendants object that the Amended Complaint does not define the term "referred" nor related terms used in the Amended Complaint which are capable of multiple interpretations.  In light of this ambiguity, out of an abundance of caution, the Lampo Defendants deny that they "referred" listeners to RHA.  The Lampo Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph as to records kept or maintained by RHA, the content of those records, or how those records were created, and therefore deny those allegations.

152.   The Lampo Defendants object that the Amended Complaint does not define the term "referred" nor related terms used in the Amended Complaint which are capable of multiple interpretations.  In light of this ambiguity, out of an abundance of caution, the Lampo Defendants deny that they "referred" listeners to RHA.  The Lampo Defendants lack sufficient knowledge or

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1  information to admit or deny the allegations in this paragraph as to records kept or maintained by

2  RHA, or how those records were created, and therefore deny those allegations.

3       153.   The Lampo Defendants object that the Amended Complaint does not define the

4  term "referred" nor related terms used in the Amended Complaint which are capable of multiple

5  interpretations.  In light of this ambiguity, out of an abundance of caution, the Lampo Defendants

6  deny that they "referred" listeners to RHA.  The Lampo Defendants deny that they "referred" any

7  listeners to RHA. The Lampo Defendants lack sufficient knowledge or information to admit or

8  deny the allegations in this paragraph as to records kept or maintained by RHA, and therefore deny

9  those allegations.

10       154.   The Lampo Defendants object that this paragraph is vague and confusing as to

11  timeframe, as it appears to switch back and forth between present tense and past tense and does

12  not specify the referenced time period.  Accordingly, out of an abundance of caution, the Lampo

13  Defendants deny the allegations in this paragraph.

14       155.   The Lampo Defendants respond that the statements on ramseysolutions.com speak

15  for themselves.  To the extent this paragraph mischaracterizes those statements, the Lampo

16  Defendants deny the allegations in this paragraph.

17       156.   The Lampo Defendants respond that the statements on ramseysolutions.com speak

18  for themselves.  To the extent this paragraph mischaracterizes those statements, the Lampo

19  Defendants deny the allegations in this paragraph.

20       157.   The Lampo Defendants respond that the statements in newsletters speak for

21  themselves.   To the extent this paragraph mischaracterizes those statements, the Lampo

22  Defendants deny the allegations in this paragraph.  The Lampo Defendants' investigation is

23  ongoing and, as of the filing of this Answer, they lack sufficient knowledge or information to admit

24  or deny the remaining allegations in this paragraph, and therefore deny those allegations.

25       158.   The Lampo Defendants respond that the statements in newsletters speak for

26  themselves.   To the extent this paragraph mischaracterizes those statements, the Lampo

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -20

1  Defendants deny the allegations in this paragraph.  The Lampo Defendants' investigation is

2  ongoing and, as of the filing of this Answer, they lack sufficient knowledge or information to admit

3  or deny the remaining allegations in this paragraph, and therefore deny those allegations.

4      159.    The Lampo Defendants deny the allegations in this paragraph.

5      160.    The Lampo Defendants deny the allegations in this paragraph.

6      161.    The Lampo Defendants deny the allegations in this paragraph.

7      162.    The allegations in this paragraph are drafted in a misleading way, and the Lampo

8  Defendants therefore deny the same.

9      163.    The Lampo Defendants admit they have conducted live presentations at which

10  speakers, including David Ramsey, have provided advice on topics related to personal finances.

11  The Lampo Defendants admit some of these seminars have been held at churches.  The Lampo

12  Defendants' investigation is ongoing and, as of the filing of this Answer, they lack sufficient

13  knowledge or information to admit or deny the remaining allegations in this paragraph.

14      164.    The Lampo Defendants admit that many speakers, including Mr. Ramsey, are

15  Christian and have spoken about religious views in presentations.  The Lampo Defendants deny

16  that all seminars begin and end with a prayer, or that all speakers state their advice is grounded in

17  the Bible.

18      165.    The Lampo Defendants deny that it receives fees for all live seminars they conduct.

19  The remainder of these allegations in this paragraph are overgeneralized, and the Lampo

20  Defendants therefore deny the same.

21      166.    The allegations in this paragraph are overgeneralized, and the Lampo Defendants

22  therefore deny the same.

23      167.    The Lampo Defendants admit that at some but not all seminars, The Lampo Group,

24  LLC asked some participants to complete contact cards indicating whether they had timeshare

25  obligations they wanted to terminate. To the extent this paragraph alleges more, the Lampo

26  Defendants deny those allegations.

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -21

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1    168.    The Lampo Defendants admit that at some but not all seminars, when a participant

2    completed a contact card and indicated that they had a timeshare obligation they wanted to

3    terminate, The Lampo Group, LLC provided that information to RHA. To the extent this paragraph

4    alleges more, the Lampo Defendants deny those allegations.

5    169.    The Lampo Defendants deny the allegations in this paragraph.

6    170.    The Lampo Defendants deny the allegations in this paragraph.

7    171.    The Lampo Defendants deny the allegations in this paragraph.

8    172.    The Lampo Defendants deny the allegations in this paragraph.

9    173.    The Lampo Defendants admit that RHA advertised on Lampo Group radio

10   broadcasts, that Mr. Ramsey provided his endorsement for a time period beginning in 2015, and

11   that Lampo Group radio broadcasts are heard nationally. The Lampo Defendants lack sufficient

12   knowledge or information to admit or deny whether RHA's advertisements were "national in

13   scope" before advertising on Lampo Group broadcasts.

14   174.    The Lampo Defendants admit that RHA advertised on other forums. The Lampo

15   Defendants lack sufficient knowledge or information to admit or deny the remainder of the

16   allegations in this paragraph, and therefore deny those allegations.

17   175.    The Lampo Defendants deny the allegations in this paragraph.

18   176.    The Lampo Defendants deny the allegations in this paragraph.

19   177.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

20   the allegations in this paragraph, and therefore deny those allegations.

21   178.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

22   the allegations in this paragraph, and therefore deny those allegations.

23   179.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

24   the allegations in this paragraph, and therefore deny those allegations.

25   180.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

26   the allegations in this paragraph, and therefore deny those allegations.

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -22

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1    181.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

2    the allegations in this paragraph, and therefore deny those allegations.

3    182.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

4    the allegations in this paragraph, and therefore deny those allegations.

5    183.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

6    the allegations in this paragraph, and therefore deny those allegations.

7    184.    The Lampo Defendants admit the endorsement of RHA ended in early 2021, but

8    deny that David Ramsey stated at that time that "he had stopped endorsing RHA because it was

9    unable to pay his fee," which mischaracterizes Mr. Ramsey's comments.

10    185.    The Lampo Defendants deny the allegations in this paragraph.

11    186.    The Lampo Defendants deny the allegations in this paragraph.

12    187.    The Lampo Defendants lack sufficient knowledge or information to admit or deny

13    the allegations in this paragraph, and therefore deny those allegations.

14    188.    This paragraph contains legal conclusions to which no response is required.  Out of

15    an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

16    189.    The Lampo Defendants deny the allegations in this paragraph.

17    190.    This paragraph contains legal conclusions to which no response is required.  Out of

18    an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

19    191.    This paragraph contains legal conclusions to which no response is required.  Out of

20    an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

21    192.    This paragraph contains legal conclusions to which no response is required.  Out of

22    an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

23    193.    This paragraph contains legal conclusions to which no response is required.  Out of

24    an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

25    194.    The Lampo Defendants deny the allegations in this paragraph.

26    195.    The Lampo Defendants deny the allegations in this paragraph.

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -23

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1    196.    The Lampo Defendants deny the allegations in this paragraph.

2    197.    The Lampo Defendants deny the allegation that Ms. Patrick is typical of members

3    of the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or

4    deny the other allegations in this paragraph, and therefore deny those allegations.

5    198.    The Lampo Defendants deny the allegation that Mr. and Mrs. Morrill are typical of

6    members of the putative class. The Lampo Defendants lack sufficient knowledge or information

7    to admit or deny the other allegations in this paragraph, and therefore deny those allegations.

8    199.    The Lampo Defendants deny the allegation that Ms. Garrett is typical of members

9    of the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or

10   deny the other allegations in this paragraph, and therefore deny those allegations.

11   200.    The Lampo Defendants deny the allegation that Mr. and Ms. Nixon are typical of

12   members of the putative class. The Lampo Defendants lack sufficient knowledge or information

13   to admit or deny the other allegations in this paragraph, and therefore deny those allegations.

14   201.    The Lampo Defendants deny the allegation that Mr. and Ms. Bottonfield are typical

15   of members of the putative class. The Lampo Defendants lack sufficient knowledge or information

16   to admit or deny the other allegations in this paragraph, and therefore deny those allegations.

17   202.    The Lampo Defendants deny the allegation that Ms. Ryan is typical of members of

18   the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or

19   deny the other allegations in this paragraph, and therefore deny those allegations.

20   203.    The Lampo Defendants deny the allegation that Mr. Vargas and Ms. Dewey are

21   typical of members of the putative class. The Lampo Defendants lack sufficient knowledge or

22   information to admit or deny the other allegations in this paragraph, and therefore deny those

23   allegations.

24   204.    The Lampo Defendants deny the allegation that Ms. Dewey is typical of members

25   of the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or

26   deny the other allegations in this paragraph, and therefore deny those allegations.

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -24

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

205.     The Lampo Defendants deny the allegation that Mr. and Ms. Rollins are typical of members of the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or deny the other allegations in this paragraph, and therefore deny those allegations.

206.     The Lampo Defendants deny the allegation that Ms. Benny is typical of members of the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or deny the other allegations in this paragraph, and therefore deny those allegations.

207.     The Lampo Defendants deny the allegation that Ms. Erickson is typical of members of the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or deny the other allegations in this paragraph, and therefore deny those allegations.

208.     The Lampo Defendants deny the allegation that Mr. Larson is typical of members of the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or deny the other allegations in this paragraph, and therefore deny those allegations.

209.     The Lampo Defendants deny the allegation that Mr. King is typical of members of the putative class. The Lampo Defendants lack sufficient knowledge or information to admit or deny the other allegations in this paragraph.

## V.  CLASS ALLEGATIONS

210.     This paragraph contains legal conclusions to which no response is required. Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

211.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

212.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

213.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

214.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

215.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

216.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

217.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

218.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

219.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

## VI.  LEGAL ALLEGATIONS

### COUNT ONE

### Violation of the Washington Consumer Protection Act

220.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

221.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph, including subparts (a)-(i).

222.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

### COUNT TWO

### Negligent Misrepresentation

223.     [Paragraph 223 was omitted in Plaintiffs' Amended Complaint.]

224.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -26

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

225.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

226.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

227.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

228.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

## COUNT THREE

### Unjust Enrichment as to Defendants Ramsey and The Lampo Group

229.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph. This claim has been dismissed with prejudice.

230.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph. This claim has been dismissed with prejudice.

231.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph. This claim has been dismissed with prejudice.

232.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph. This claim has been dismissed with prejudice.

233.     This paragraph contains legal conclusions to which no response is required.  Out of an abundance of caution, the Lampo Defendants deny the allegations in this paragraph. This claim has been dismissed with prejudice.

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -27

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1

**COUNT FOUR**

2

**Conspiracy**

3      234.    This paragraph contains legal conclusions to which no response is required.  Out of

4   an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

5      235.    This paragraph contains legal conclusions to which no response is required.  Out of

6   an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

7

**COUNT FIVE**

8

**Conversion**

9      236.    This paragraph contains legal conclusions to which no response is required.  Out of

10   an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

11      237.    This paragraph contains legal conclusions to which no response is required.  Out of

12   an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

13      238.    This paragraph contains legal conclusions to which no response is required.  Out of

14   an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

15      239.    This paragraph contains legal conclusions to which no response is required.  Out of

16   an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

17      240.    This paragraph contains legal conclusions to which no response is required.  Out of

18   an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

19      241.    This paragraph contains legal conclusions to which no response is required.  Out of

20   an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

21      242.    This paragraph contains legal conclusions to which no response is required.  Out of

22   an abundance of caution, the Lampo Defendants deny the allegations in this paragraph.

23

**PRAYER FOR RELIEF**

24      The Lampo Defendants deny that Plaintiffs are entitled to any of the relief requested in the

25   Amended Complaint.

26

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -28

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

**AFFIRMATIVE DEFENSES**

The Lampo Defendants hereby plead the following affirmative defenses:

1.      Plaintiffs have failed to state a claim against the Lampo Defendants upon which relief may be granted.

2.      Plaintiffs have failed to adequately allege that a class action can or should be certified in this matter.

3.      Plaintiffs have failed to join one or more necessary parties, including RHA.

4.      Some or all claims asserted by Plaintiffs and/or absent class members are barred by the statute of limitations.

5.      Some or all claims asserted by Plaintiffs and/or absent class members are barred or should be reduced because they have failed to mitigate their damages.

6.      Plaintiffs and at least some absent class members failed to provide the Lampo Defendants an opportunity to assist in mitigation of their damages.

7.      Some or all claims asserted by Plaintiffs and/or absent class members are barred by unclean hands, waiver, estoppel, in pari delicto, and laches.

8.      Some or all claims asserted by Plaintiffs and/or absent class members are barred based on assumption of risk.

9.      Some or all claims asserted by Plaintiffs and/or absent class members are barred or should be reduced based on contributory/comparative fault or negligence.

10.      The damages of Plaintiffs and/or absent class members, if any, were caused by other individuals or entities, and not by the Lampo Defendants.

11.      The Lampo Defendants acted using reasonable business practices, and as a broadcaster advertising in good faith without knowledge of the advertising's allegedly false, deceptive, or misleading character.

12.      Plaintiffs cannot demonstrate that identifiable funds belonging to Plaintiffs or absent class members are traceable to and in the possession of the Lampo Defendants.

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -29

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

13.     The claims asserted by Plaintiffs and/or absent class members are barred by public policy, as well as the First Amendment to the Constitution of the United States and Section 5 of Article I of the Washington State Constitution.

14.     The claims asserted by Plaintiffs and/or absent class members are preempted by federal or state law.

15.     There is no personal jurisdiction over the Lampo Defendants with respect to claims asserted by non-Washington residents.

16.     The claims asserted by Plaintiffs and/or absent class members are barred by accord and satisfaction.

17.     Claims of Plaintiffs and/or absent class members may be subject to arbitration requirements. For the avoidance of doubt, however, the Lampo Defendants reserve all rights with respect to the issue of whether any agreement or any provision of any agreement between RHA and any customer of RHA applies to any claim of any Plaintiff or absent class member with respect to the Lampo Defendants.  Discovery on this issue is ongoing and the Lampo Defendants have not yet received Plaintiffs' production of their agreements with RHA.

18.     The claims asserted by Plaintiffs and/or absent class members are barred by the economic-loss rule and/or the independent duty doctrine.

19.     The claims asserted by Plaintiffs and/or absent class members are barred by the fact that there was an intervening or supervening cause between any alleged actions and Plaintiffs' harm.

20.     The claims asserted by Plaintiffs and/or absent class members are barred by the fact it was not foreseeable that the Lampo Defendants' alleged actions would cause Plaintiffs' harm.

21.     The claims asserted by Plaintiffs and/or absent class members are barred by a lack or failure of consideration.

22.     The claims asserted by Plaintiffs and/or absent class members are barred by the doctrine of illegality.

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

23.     The claims asserted by Plaintiffs and/or absent class members are barred by release, waiver, or discharge.

24.     The claims asserted by Plaintiffs and/or absent class members are barred by assignment, death, and/or the closing of an estate.

25.     The claims asserted by Plaintiffs and/or absent class members are barred by the doctrines of res judicata and/or collateral attack.

26.     The claims asserted by Plaintiffs and/or absent class members are barred by the rejection, revocation, or failure of conditions precedent.

27.     The claims asserted by Plaintiffs and/or absent class members are barred by a lack of proof of reliance or causation.

28.     Plaintiffs and/or absent class members lack standing to pursue their claims.

29.     The recovery sought by Plaintiffs and/or absent class members would result in a windfall and/or unjust enrichment to Plaintiffs and/or absent class members.

30.     The claims of Plaintiffs and/or absent class members are barred by the learned intermediary doctrine.

31.     The claims asserted by Plaintiffs and/or absent class members are barred because they had adequate warning of any harm.

32.     The claims asserted by Plaintiffs and/or absent class members are barred by their spoliation of evidence.

33.     The claims asserted by Plaintiffs and/or absent class members are barred by the fact that there was no benefit conferred upon the Lampo Defendants.

34.     The relief sought by Plaintiffs and/or absent class members are barred because it would result in excessive fines against the Lampo Defendants.

35.     The claims asserted by Plaintiffs and/or absent class members are barred by the voluntary payment doctrine.

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1

**PRAYER FOR RELIEF**

2      The Lampo Defendants request the following relief:

3          A.  Trial by a jury of twelve.

4          B.  Denial of certification of a class action with respect to Plaintiffs' claims;

5          C.  Dismissal of the Plaintiffs' claims against the Lampo Defendants with prejudice;

6          D.  Judgment against Plaintiffs in favor of the Lampo Defendants;

7          E.  An award of costs and attorneys' fees to the Lampo Defendants; and

8          F.  Such other and further relief as the Court deems just and equitable.

9

10     Dated: January 11, 2024                    **MORGAN, LEWIS & BOCKIUS LLP**

11                                                By: *s/ Damon C. Elder*
                                                    Patty A. Eakes, WSBA No. 18888
12                                                  Damon C. Elder, WSBA No. 46754
                                                    Andrew DeCarlow, WSBA No. 54471
13                                                  1301 Second Avenue, Suite 3000
                                                    Seattle, WA 98101
14                                                  Phone: (206) 274-6400
                                                    Email: patty.eakes@morganlewis.com
15                                                         damon.elder@morganlewis.com
                                                           andrew.decarlow@morganlewis.com
16
                                                    *Attorneys for Defendants David L. Ramsey, III*
17                                                  *and The Lampo Group, LLC*

18

19

20

21

22

23

24

25

26

LAMPO DEFENDANTS' ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT -32

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400