THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company, <br><br> Defendants. | Case No. 2:23-cv-00630 <br><br> **DECLARATION OF GREGORY W. ALBERT IN OPPOSITION TO DEFENDANT HAPPY HOUR MEDIA GROUP'S MOTION TO DISMISS THE COMPLAINT** |

*DECL. OF ALBERT IN OPPOSITION TO HAPPY HOUR MEDIA GROUP'S MOTION TO DISMISS - i*
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

My name is Gregory W. Albert. My Washington State Bar Association Number is 42573. I am over the age of eighteen years and make this declaration under penalty of perjury.

1. I was class counsel for the certified class in *Adolph v. Reed Hein & Associates et al.*, United States District Court, Western District of Washington, Case No. 2:21-cv-1378-BJR.
2. I participated in mediation during that case. During and around mediation sessions in that case, the *Adolph* parties negotiated a settlement agreement, settling the class's claims against Reed Hein, Makaymax, and Brandon Reed in exchange for an assignment of rights to certain claims against other parties. Happy Hour Media Group ("Happy Hour") did not participate in those mediation sessions and negotiations. No one acting on Happy Hour's behalf participated in the mediation nor in the settlement negotiations.
3. Resultingly, no one acting on behalf of Happy Hour signed any settlement documents.
4. The *Adolph* parties participated in multiple proceedings regarding the fairness and propriety of the settlement agreement they had negotiated, including hearings on preliminary and final approval of that settlement. Happy Hour as not mentioned in any of those proceedings.
5. During the negotiations and subsequent proceedings seeking approval of the settlement, neither Mr. Reed nor his counsel informed the *Adolph* class or the court that he was seeking the release of claims against Happy Hour, a solvent third-party, for that Happy Hour's own independent tortious acts against members of the class.
6. Happy Hour did not seek to participate or intervene in the case in any other way. It did not appear at the fairness hearing or any other proceedings in the *Adolph* case and did not file any documents in support of or in opposition to the *Adolph* settlement.
7. Attached to this declaration are true and correct copies the following pleadings and filings from the *Adolph* case:

| | | |
|---|---|---|
| *DECL. OF ALBERT IN OPPOSITION TO HAPPY HOUR MEDIA GROUP'S MOTION TO DISMISS* - Page 1<br>*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630 | ALBERT LAW PLLC<br>3131 Western Avenue,<br>SUITE 410<br>SEATTLE, WA 98121<br>(206) 576-8044 | FRIEDMAN \| RUBIN®<br>1109 FIRST AVENUE,<br>SUITE 501<br>SEATTLE, WA 98101<br>(206) 501-4446 |

a. Dkt. No. 1, the complaint, attached to this declaration as **Exhibit 1**;

b. Dkt. No. 24, Plaintiff's unopposed motion for 1) preliminary approval of class action settlement, 2) direction of notice to class members, and 3) a fairness hearing date, attached to this declaration as **Exhibit 2**;

c. Dkt. No. 25, the declaration of Gregory Albert in support of motion for preliminary settlement approval, attached to this declaration as **Exhibit 3**;

d. Dkt. No. 25-3, the email notification approved by the *Adolph* court, attached to this declaration as **Exhibit 4**;

e. Dkt. No. 25-4, the long-form notice approved by the *Adolph* court, attached to this declaration as **Exhibit 5**;

f. Dkt. No. 25-5, the short-form notice approved by the *Adolph* court, attached to this declaration as **Exhibit 6**;

g. Dkt. No. 26, the declaration of Brandon Reed, attached to this declaration as **Exhibit 7**;

h. Dkt. No. 27, the order granting preliminary approval of class settlement, attached to this declaration as **Exhibit 8**;

i. Dkt. No. 41-1, the CR2A stipulation and settlement agreement, attached to this declaration as **Exhibit 9**;

j. Dkt. No. 41-2, the confession of judgment and judgment with covenant not to execute, attached to this declaration as **Exhibit 10**;

8. A true and correct copy of the November 2, 2015 Letter of Caution from the North Carolina State Bar Authorized Practice Committee to Reed Hein & Associates is attached to this declaration as **Exhibit 11**.

9. True and correct copies of North Carolina General Statues Section 84-2.1, 84-37, 84-4, and 84-5 are compiled in and attached to this declaration as **Exhibit 12**.

*DECL. OF ALBERT IN OPPOSITION TO HAPPY HOUR MEDIA GROUP'S MOTION TO DISMISS* - Page 2
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630

ALBERT LAW PLLC
3131 Western Avenue, SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA 98101
(206) 501-4446

1     DATED this 22nd day of January, 2024.

By: _s/ Gregory W. Albert_
Gregory W. Albert, WSBA #42673
3131 Western Ave., Suite 410
Seattle, WA 98121
(206) 576-8044
greg@albertlawpllc.com

*DECL. OF ALBERT IN OPPOSITION TO HAPPY HOUR MEDIA GROUP'S MOTION TO DISMISS* - Page 3
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630

ALBERT LAW PLLC
3131 Western Avenue, SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA 98101
(206) 501-4446