EXHIBIT 7

**EXHIBIT 7** 

DocuSign Envelope ID: 19260527C-F955-46A8-9B00-D3756AAA0E86

Case 2:23-cv-00630-JLR   Document 66-7   Filed 01/22/24   Page 2 of 3
Case 2:21-cv-01378-BJR   Document 26   Filed 12/05/22   Page 1 of 2

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN ADOLPH, individually and on behalf of all others similarly situated; KERRI ADOLPH, individually and on behalf of all others similarly situated;<br><br>    Plaintiff,<br><br>v.<br><br>REEDHEIN & ASSOCIATES d/b/a TIMESHARE EXIT TEAM; MAKAYMAX INC.; HEIN & SONS INDUSTRIES, INC.; BRANDON REED, individually; and TREVOR HEIN, individually,<br><br>    Defendants. | Case No. 2:21-cv-01378-BJR<br><br>DECLARATION OF BRANDON REED |

I, Brandon Reed, hereby declare as follows:

      1.     I am over the age of 18 and competent to testify to the matters set forth herein. I make this declaration based on my own personal knowledge. I am the Chief Executive Officer of Reed Hein & Associates LLC dba Timeshare Exit Team ("Reed Hein").

      2.     The following comprise substantially all of my assets:

DECLARATION OF BRANDON REED - 1

a) A 50% ownership interest in Happy Hour Media Group LLC. A true and correct copy of a current balance sheet for this entity is attached as Exhibit A.

b) An ownership interest in Reed Hein. This company has no assets other than those assigned pursuant to my settlement with the Plaintiffs and has no remaining business activities.

c) Various ownership interests in other business entities that no longer have operations or material assets.

d) A Chase Bank account. The account balance is currently less than $10,000.00.

e) A Robin Hood brokerage account. The account balance is currently less than $500.00.

f) I have liquidated my 401(k) retirement account, and it has no remaining funds.

g) An overdue account receivable from a loan I made to a Canadian Company with a current balance of approximately $850,000.00 Canadian or $623,730.00 US.

h) The following vehicles: 1970 Ford F100, 2021 Ford Bronco.

i) I own no real estate.

*I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.*

Signed this 1st day of October, 2022 in Seattle, WA.



DocuSigned by:

EAB05AAA95894CC...

_____

Brandon Reed

DECLARATION OF BRANDON REED - 2