THE HONORABLE JAMES L. ROBART

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630- JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION DEADLINES<br><br>Noted: February 20, 2024. |

Plaintiffs Anna Patrick, Douglas Morrill, Roseanne Morrill, Leisa Garrett, Robert Nixon, Samantha Nixon, David Bottonfield, Rosemarie Bottonfield, Tasha Ryan, Rogelio Vargas, Marilyn Dewey, Peter Rollins, Rachel Rollins, Katrina Benny, Sara Erickson, Greg Largson, and

STIPULATION AND [PROPOSED] ORDER REGARDING
CLASS CERTIFICATION DEADLINES – PAGE 1
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

James King ("Plaintiffs") and Defendants David L. Ramsey III and the Lampo Group, LLC ("Lampo Defendants") and Happy Hour Media Group, LLC ("Happy Hour") (collectively, the "Parties"), hereby STIPULATE and AGREE, and so jointly move the Court, as follows:

WHEREAS, the Court issued an Order on December 8, 2023 (Dkt. No. 54), setting the following deadlines:

- Deadline for motions relating to admissibility of experts on issues pertaining to class certification: July 11, 2024

- Deadline for dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification: July 11, 2024

- Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery): 30 days after expert motions and dispositive motions or motions to compel arbitration affecting class certification are decided by the Court

- Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda): 60 days after expert motions and dispositive motions or motions to compel arbitration affecting class certification are decided by the Court

WHEREAS, the Parties have conferred and agree that good cause exists to extend these deadlines, given the complexity of legal and factual issues and the discovery necessary prior to the foregoing motions, including the need to add intervening case deadlines regarding expert disclosures pertaining to class certification;

WHEREAS, the Parties agree that the Court should set the following deadlines at this stage of litigation:

- Deadline for Plaintiffs' disclosure of experts upon whom they may rely in connection with class certification: August 16, 2024

- Deadline for Defendants' disclosure of experts upon whom they may rely in connection with class certification: October 4, 2024

- Deadline for Plaintiffs' disclosure of rebuttal experts upon whom they may rely in connection with class certification: October 25, 2024

STIPULATION AND [PROPOSED] ORDER REGARDING
CLASS CERTIFICATION DEADLINES– PAGE 2
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

- Deadline for motions relating to admissibility of experts on issues pertaining to class certification: January 10, 2025

- Deadline for dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification: January 10, 2025

- Deadline for responses or oppositions to motions relating to admissibility of experts on issues pertaining to class certification and/or dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification: February 10, 2025

- Deadline for replies regarding motions relating to admissibility of experts on issues pertaining to class certification and/or dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification: February, 28 2025

WHEREAS, the Parties further agree that the following deadlines should remain in effect, as ordered (*see* Dkt. No. 54):

- Deadline to complete discovery on class certification: 30 days after expert motions and dispositive motions or motions to compel arbitration affecting class certification are decided by the Court;

- Deadline for Plaintiffs to file motion for class certification: 60 days after expert motions and dispositive motions or motions to compel arbitration affecting class certification are decided by the Court.

THEREFORE, the Parties stipulate and jointly move the Court for an order setting the deadlines as set forth above.

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION DEADLINES– PAGE 3
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

STIPULATED TO this 20th day of February, 2024.

| | |
|---|---|
| **ALBERT LAW PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Gregory W. Albert* | By: *s/ Damon C. Elder* |
| Gregory W Albert, WSBA No. 42673 | Patricia A. Eakes, WSBA No. 18888 |
| Jonah L Ohm Campbell, WSBA No. 55701 | Damon C. Elder, WSBA No. 46754 |
| Tallman Harlow Trask, IV, WSBA No. 60280 | Andrew DeCarlow, WSBA No. 54471 |
| 3131 Western Ave, Suite 410 | 1301 Second Avenue, Suite 3000 |
| Seattle, WA 98121 | Seattle, WA 98101 |
| Phone: (206) 576-8044 | Phone: (206) 274-6400 |
| Email: greg@albertlawpllc.com | Email: patty.eakes@morganlewis.com |
| jonah@albertlawpllc.com | damon.elder@morganlewis.com |
| tallman@albertlawpllc.com | tyler.weaver@morganlewis.com |
| | andrew.decarlow@morganlewis.com |

**FRIEDMAN RUBIN PLLC (SEATTLE-DOWNTOWN)**

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

By: *s/Roger Davidheiser*
Roger S. Davidheiser, WSBA No. 18638
1109 1st Ave Ste 501
Seattle, WA 98101-2988
Phone: (206) 501-4446
Fax: 206-623-0794
Email: rdavidheiser@friedmanrubin.com

*Attorneys for Plaintiffs*

**CORR CRONIN, LLP**

By: *Jack Lovejoy*
Jack Lovejoy
1015 Second Ave. Floor 10
Seattle, WA 98104
Phone: (206) 812-0894
Email: jlovejoy@corrcronin.com

*Attorneys for Happy Hour Media Group, LLC*

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CLASS CERTIFICATION DEADLINES– PAGE 4
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this 21st day of February, 2024.

*[signature]*

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

**ALBERT LAW PLLC**

By: *s/ Gregory W. Albert*
Gregory W Albert, WSBA No. 42673
Jonah L Ohm Campbell, WSBA No. 55701
Tallman Harlow Trask, IV, WSBA No. 60280
3131 Western Ave, Suite 410
Seattle, WA 98121
Phone: (206) 576-8044
Email: greg@albertlawpllc.com
　　　jonah@albertlawpllc.com
　　　tallman@albertlawpllc.com

**FRIEDMAN RUBIN PLLC (SEATTLE-DOWNTOWN)**

By: *s/Roger Davidheiser*
Roger S. Davidheiser, WSBA No. 18638
1109 1st Ave Ste 501
Seattle, WA 98101-2988
Phone: (206) 501-4446
Fax: 206-623-0794
Email: rdavidheiser@friedmanrubin.com

*Attorneys for Plaintiffs*

-and-

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION DEADLINES– PAGE 5
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Patricia A. Eakes, WSBA No. 18888
Damon C. Elder, WSBA No. 46754
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
       damon.elder@morganlewis.com
       tyler.weaver@morganlewis.com
       andrew.decarlow@morganlewis.com

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

**CORR CRONIN, LLP**


By: *Jack Lovejoy*
Jack Lovejoy
1015 Second Ave. Floor 10
Seattle, WA 98104
Phone: (206) 812-0894
Email: jlovejoy@corrcronin.com

*Attorneys for Happy Hour Media Group, LLC*

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION DEADLINES– PAGE 6
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401