THE HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,

   Plaintiffs,

v.

DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,

   Defendants.

Case No. 2:23-cv-00630

**PLAINTIFFS' NOTICE OF INTENT TO NOT AMEND**

On February 23, 2023, the Court dismissed Plaintiffs' conversion claim against defendant Happy Hour Media Group with leave to amend the complaint by March 6, 2024. Plaintiffs hereby

*NOTICE OF INTENT TO NOT AMEND*
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
Page- 1

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

give notice that they will not seek to amend the complaint at this time. Plaintiffs do not mean to waive any objection or right to amend the complaint at a later date upon completion of further discovery.

DATED this 6th day of March, 2024.

**ALBERT LAW, PLLC**

By: *s/Gregory W. Albert*
Gregory W. Albert, WSBA #42673
Tallman Trask IV, WSBA# 60280
3131 Western Ave., Suite 410
Seattle, WA 98121
(206)576-8044
greg@albertlawpllc.com
tallman@albertlawpllc.com

And—

**FRIEDMAN | RUBIN®**

By: *s/Roger S. Davidheiser*
Roger S. Davidheiser, WSBA #18638
1109 First Ave., Ste. 501
Seattle, WA 98101
(206)501-4446
rdavidheiser@friedmanrubin.com
**Attorneys for Plaintiffs**

*NOTICE OF INTENT TO NOT AMEND*
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
Page- 2

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446