THE HONORABLE JAMES L. ROBART

Noted Date: May 10, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-00630-JLR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS DAVID RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS REGARDING PLAINTIFFS' CONVERSION CLAIM**<br><br>Noted Date: May 10, 2024 |

[PROPOSED] ORDER GRANTING DEFENDANTS DAVID RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS REGARDING PLAINTIFFS' CONVERSION CLAIM
(Case No.: 2:21-cv-00526-JCC) – 0

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

Having considered Defendants David Ramsey, III and The Lampo Group, LLC's Motion for Judgment on The Pleadings Regarding Plaintiffs' Conversion Claim, and all the related briefing, the Court hereby GRANTS Defendants David Ramsey, III and The Lampo Group, LLC's Motion for Judgment on The Pleadings Regarding Plaintiffs' Conversion Claim.

DONE this ____ day of May, 2024.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Patty A. Eakes, WSBA No. 18888
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
       damon.elder@morganlewis.com
       andrew.decarlow@morganlewis.com

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

[PROPOSED] ORDER GRANTING DEFENDANTS DAVID RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS REGARDING PLAINTIFFS' CONVERSION CLAIM
(Case No.: 2:21-cv-00526-JCC) – 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

(Case No.: 2:21-cv-00526-JCC) – 1

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401