THE HONORABLE JAMES L. ROBART

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>　Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>　Defendants. | Case No. 2:23-cv-00630- JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE AND CLASS CERTIFICATION DEADLINES<br><br>Noted: June 11, 2024. |

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CASE SCHEDULE AND CLASS CERTIFICATION DEADLINES – PAGE 0
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

Plaintiffs Anna Patrick, Douglas Morrill, Roseanne Morrill, Leisa Garrett, Robert Nixon, Samantha Nixon, David Bottonfield, Rosemarie Bottonfield, Tasha Ryan, Rogelio Vargas, Marilyn Dewey, Peter Rollins, Rachel Rollins, Katrina Benny, Sara Erickson, Greg Largson, and James King ("Plaintiffs") and Defendants David L. Ramsey III and the Lampo Group, LLC ("Lampo Defendants") and Happy Hour Media Group, LLC ("Happy Hour") (collectively, the "Parties"), hereby STIPULATE and AGREE, and so jointly move the Court, as follows:

WHEREAS, the Court issued an Order on February 21, 2024 (Dkt. No. 71), setting the following deadlines:

- Deadline for Plaintiffs' disclosure of experts upon whom they may rely in connection with class certification: August 16, 2024

- Deadline for Defendants' disclosure of experts upon whom they may rely in connection with class certification: October 4, 2024

- Deadline for Plaintiffs' disclosure of rebuttal experts upon whom they may rely in connection with class certification: October 25, 2024

- Deadline for motions relating to admissibility of experts on issues pertaining to class certification: January 10, 2025

- Deadline for dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification: January 10, 2025

- Deadline for responses or oppositions to motions relating to admissibility of experts on issues pertaining to class certification and/or dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification: February 10, 2025

- Deadline for replies regarding motions relating to admissibility of experts on issues pertaining to class certification and/or dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification: February, 28 2025

WHEREAS, the Lampo Defendants will shortly move this Court to compel arbitration as to those plaintiffs who have produced contracts containing arbitration clauses, and at this time the parties are working cooperatively to complete the first phase of discovery and schedule depositions, if the Court denies the motion to compel arbitration (and without prejudice to Defendants' right to request a stay of all such proceedings pending arbitration);

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CASE SCHEDULE AND CLASS CERTIFICATION DEADLINES– PAGE 1
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1  WHEREAS, the Parties have conferred and agree that in light of the status of the litigation at this stage, good cause exists to extend the existing case deadlines;

WHEREAS, the Parties agree that the Court should extend the existing case schedule and set the following deadlines at this stage of litigation, without prejudice to any party's right or ability to seek a stay pending any request for arbitration or other revisions to the case schedule in the future:

- Deadline for Plaintiffs' disclosure of experts upon whom they may rely in connection with class certification: November 21, 2024

- Deadline for Defendants' disclosure of experts upon whom they may rely in connection with class certification: January 17, 2024

- Deadline for Plaintiffs' disclosure of rebuttal experts upon whom they may rely in connection with class certification: February 14, 2024

- Deadline for motions relating to admissibility of experts on issues pertaining to class certification: April 25, 2025

- Deadline for dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification: April 25, 2025[1]

- Deadline for responses or oppositions to motions relating to admissibility of experts on issues pertaining to class certification and/or dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification: May 30, 2025

- Deadline for replies regarding motions relating to admissibility of experts on issues pertaining to class certification and/or dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification: June 20, 2025

WHEREAS, the Parties further agree that the following deadlines should remain in effect, as ordered (*see* Dkt. Nos. 54 & 71), without prejudice to any party's right to seek a stay of such deadlines pending arbitration:

- Deadline to complete discovery on class certification: 30 days after expert motions and dispositive motions or motions to compel arbitration affecting class certification are decided by the Court

---

[1] As referenced above, the Lampo Defendants anticipate filing a motion to compel arbitration near-term, rather than waiting until the stipulated deadline, having recently learned that many of the named Plaintiffs have arbitration agreements.

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CASE SCHEDULE AND CLASS CERTIFICATION DEADLINES– PAGE 2
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

- Deadline for Plaintiffs to file motion for class certification: 60 days after expert motions and dispositive motions or motions to compel arbitration affecting class certification are decided by the Court

THEREFORE, the Parties stipulate and jointly move the Court for an order setting the deadlines as set forth above. This stipulation is made without prejudice to any party, individually or collectively, to seek extension of the deadlines herein, as litigation continues.

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE AND CLASS CERTIFICATION DEADLINES– PAGE 3
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

STIPULATED TO this 11th day of June, 2024.

| | |
|---|---|
| **ALBERT LAW PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Greg Albert* | By: *s/ Damon C. Elder* |
| Gregory W Albert, WSBA No. 42673 | Patricia A. Eakes, WSBA No. 18888 |
| Jonah L Ohm Campbell, WSBA No. 55701 | Damon C. Elder, WSBA No. 46754 |
| Tallman Harlow Trask, IV, WSBA No. 60280 | Andrew S. DeCarlow, WSBA No. 54471 |
| 3131 Western Ave, Suite 410 | 1301 Second Avenue, Suite 3000 |
| Seattle, WA 98121 | Seattle, WA 98101 |
| Phone: (206) 576-8044 | Phone: (206) 274-6400 |
| Email: greg@albertlawpllc.com | Email: patty.eakes@morganlewis.com |
|          jonah@albertlawpllc.com |           damon.elder@morganlewis.com |
|          tallman@albertlawpllc.com |           andrew.decarlow@morganlewis.com |

**FRIEDMAN RUBIN PLLC (SEATTLE-DOWNTOWN)**

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

By: *s/ Roger Davidheiser*
Roger S. Davidheiser, WSBA No. 18638
1109 1st Avenue, Suite 501
Seattle, WA 98101
Phone: (206) 501-4446
Email: rdavidheiser@friedmanrubin.com

*Attorneys for Plaintiffs*

**CORR CRONIN, LLP**

By: *Jack Lovejoy*
Jack Lovejoy, WSBA No. 36962
1015 Second Avenue, Floor 10
Seattle, WA 98104
Phone: (206) 812-0894
Email: jlovejoy@corrcronin.com

*Attorneys for Happy Hour Media Group, LLC*

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CASE SCHEDULE AND CLASS CERTIFICATION DEADLINES– PAGE 4
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

DATED this 11th day of June, 2024.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CASE SCHEDULE AND CLASS CERTIFICATION DEADLINES– PAGE 5
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401