THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630-JLR<br><br>**DECLARATION OF DAMON C. ELDER IN SUPPORT OF RESPONSE TO DEFENDANTS DAVID RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION TO COMPEL ARBITRATION OF ALL CLAIMS AND STAY CASE PENDING ARBITRATION**<br><br>Hearing Date: July 18, 2024 |

DECLARATION OF DAMON C. ELDER IN SUPPORT OF RESPONSE TO DEFENDANTS DAVID RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION TO COMPEL ARBITRATION OF ALL CLAIMS AND STAY CASE PENDING ARBITRATION
(Case No. 2:23-cv-00630-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

I, Damon C. Elder, hereby declare as follows:

1. I am an attorney with Morgan, Lewis & Bockius LLP and represent Defendants David Ramsey, III and The Lampo Group, LLC in the above-captioned action. I am over eighteen years of age and am competent to testify herein. I make the following statements based on my personal knowledge.

2. On February 21, 2024, the Lampo Defendants propounded requests for production asking Plaintiffs to produce, among other things, their contracts with Reed Hein.

3. On May 8, 2024, for the first time, Plaintiffs produced to the Lampo Defendants the contracts that nine Plaintiffs signed with Reed Hein, all of which have arbitration clauses.

4. On June 3, 2024, I emailed Plaintiffs' counsel to inform them of the Lampo Defendants' intent to move to compel arbitration and requested to meet and confer regarding the anticipated motion.

5. The parties conferred on June 5, 2024, and Plaintiffs' counsel agreed to produce all remaining contracts by June 13, 2024, to the extent they could be found, so the parties could assess whether all or only some of them contained arbitration clauses before the Lampo Defendants brought this motion.

6. On June 13, 2024, Plaintiffs produced two more Plaintiff contracts, both of which also have arbitration clauses. One of those contracts indicates that it was for Ms. Dewey. The other contract is labelled as belonging to Plaintiffs Sara Erickson, both in the electronic file name and in the Bates label but has the names of Sara and Tyrone So in the contract. We have assumed that this is the contract produced for Sara Erickson.

7. Also on June 13, Plaintiffs' counsel acknowledged that their other clients could not find their contracts, but that they had determined that the unfound contracts likely also contain arbitration clauses. Attached as **Exhibit 1** is a true and correct copy of the June 13, 2024 email from Tallman Trask to me RE: Patrick et al v. Ramsey et al – eservice – 30(b)(6).

DECLARATION OF DAMON C. ELDER IN SUPPORT OF RESPONSE TO DEFENDANTS DAVID RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION TO COMPEL ARBITRATION OF ALL CLAIMS AND STAY CASE PENDING ARBITRATION
(Case No. 2:23-cv-00630-JLR) - 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

8. Attached as **Exhibit 2** is a true and correct copy of a document produced by Plaintiffs as the August 30, 2019 Timeshare Owner Exit Agreement between David Bottonfield and Reed Hein & Associates, LLC.

9. Attached as **Exhibit 3** is a true and correct copy of a document produced by Plaintiffs as the April 22, 2019 Timeshare Owner Exit Agreement between Marilyn Dewey and Reed Hein & Associates, LLC.

10. Attached as **Exhibit 4** is a true and correct copy of a document produced by Plaintiffs as the May 7, 2020 Timeshare Owner Exit Agreement between Sara and Tyrone So and Reed Hein & Associates, LLC. As explained above in Paragraph 6, we understand this to have bene produced on behalf of Sara Erickson.

11. Attached as **Exhibit 5** is a true and correct copy of a document produced by Plaintiffs as the December 27, 2019 Timeshare Owner Exit Agreement between Leisa Garrett and Reed Hein & Associates, LLC.

12. Attached as **Exhibit 6** is a true and correct copy of a document produced by Plaintiffs as the September 25, 2019 Timeshare Owner Exit Agreement between Anna Patrick and Reed Hein & Associates, LLC.

13. Attached as **Exhibit 7** is a true and correct copy of a document produced by Plaintiffs as the August 15, 2019 Timeshare Owner Exit Agreement between Peter Rollins and Reed Hein & Associates, LLC.

14. Attached as **Exhibit 8** is a true and correct copy of a document produced by Plaintiffs as the August 19, 2019 Timeshare Owner Exit Agreement between Tasha Ryan and Reed Hein & Associates, LLC.

15. Attached as **Exhibit 9** is a true and correct copy of a document produced by Plaintiffs as the May 30, 2021 Timeshare Owner Exit Agreement between Katrina and David Benny and Reed Hein & Associates, LLC.

DECLARATION OF DAMON C. ELDER IN SUPPORT OF RESPONSE TO DEFENDANTS DAVID RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION TO COMPEL ARBITRATION OF ALL CLAIMS AND STAY CASE PENDING ARBITRATION
(Case No. 2:23-cv-00630-JLR) - 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

16. Attached as **Exhibit 10** is a true and correct copy of a document produced by Plaintiffs as the July 7, 2021 Timeshare Owner Exit Agreement between Rogelio and Jeannette Vargas and Reed Hein & Associates, LLC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of June, 2024 at Seattle, Washington.

By: *s/ Damon C. Elder*
     Damon C. Elder

DECLARATION OF DAMON C. ELDER IN SUPPORT OF RESPONSE TO DEFENDANTS DAVID RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION TO COMPEL ARBITRATION OF ALL CLAIMS AND STAY CASE PENDING ARBITRATION
(Case No. 2:23-cv-00630-JLR) - 3

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401