# Exhibit 1

# Holman, Amy

| | |
|---|---|
| **From:** | Tallman Trask <tallman@albertlawpllc.com> |
| **Sent:** | Thursday, June 13, 2024 3:43 PM |
| **To:** | Elder, Damon; Roger Davidheiser |
| **Cc:** | Brooke Marvin; DeCarlow, Andrew Steven; Carmen Albert; Gregory Albert; Holman, Amy |
| **Subject:** | RE: Patrick et al v. Ramsey et al - eservice -30(b)(6) |

[EXTERNAL EMAIL]
Damon,

Regarding your first item below, a secondary review of documents has uncovered additional client contracts with Reed Hein, which we'll be producing shortly. Despite additional searching, a limited number of named plaintiffs were unable to locate their contracts with Reed Hein. We will continue searching and, if copies of the contracts turn up in that ongoing search, we will produce them in a future supplement.

In the meantime, however, I have reviewed our copies of the Reed Hein customer record spreadsheets (which were produced in our initial disclosures) to locate information about which contract form each of the named plaintiffs signed. Reed Hein used only a small number of form contracts for its customers throughout its existence. The customer record spreadsheets show that each named plaintiff for whom we have not produced a contract signed a form contract matching a form contract signed by a named plaintiff for whom we have produced a contract. I have no information to suggest that there were any changes to the arbitration clauses in those form contracts between customers.

Please let me know if you have any questions.

Thanks,

Tallman


Tallman Trask
Albert Law PLLC
3131 Western Ave., Suite 410
Seattle, WA 98121
(206) 576-8044
tallman@albertlawpllc.com
www.albertlawpllc.com

*NOTICE: This email message may contain confidential attorney-client or work product privileged information. If you are not the intended recipient, you may not use, copy, disclose or distribute this message or any information contained herein. If you have received this message in error, please contact the sender by reply email and delete all copies of this communication. Thank you.*

---

**From:** Elder, Damon <damon.elder@morganlewis.com>
**Sent:** Friday, June 7, 2024 12:30 PM
**To:** Roger Davidheiser <rdavidheiser@friedmanrubin.com>
**Cc:** Brooke Marvin <bmarvin@friedmanrubin.com>; DeCarlow, Andrew Steven <andrew.decarlow@morganlewis.com>; Carmen Albert <carmen@albertlawpllc.com>; Gregory Albert <greg@albertlawpllc.com>; Tallman Trask <tallman@albertlawpllc.com>; Holman, Amy <amy.holman@morganlewis.com>
**Subject:** RE: Patrick et al v. Ramsey et al - eservice -30(b)(6)

1

Hi Roger,

Thank you for conferring with us yesterday. As always, we appreciate how we've been able to work together cooperatively throughout this case. We wanted to document a few of the items we discussed on our call, as set forth below.

First, we discussed the fact that the Lampo Defendants recently learned from your production that all the Reed Hein contracts the Plaintiffs have produced have contained arbitration clauses, which the Lampo Defendants will seek to enforce. For the eight plaintiffs who have yet to produce their contracts, you indicated that you would follow up with your clients and let us know by June 13 whether they have been able to locate their contracts or whether they no longer have copies. You also indicated that you believed the plaintiffs who have not produced their agreements probably had similar arbitration clauses, but said you would try to confirm whether that's correct.

Second, we discussed several specific RFPs issued by Plaintiffs, as follows:

- RFP 4: With respect to the request for "campaign materials," you clarified that this request sought documents concerning advertising or endorsements for TSET, for which are already conducting a search and production.
- RFP 13: With respect to the request for policies and procedures on potential advertisers or endorsed entities, you confirmed that this request was not seeking information on other advertisers or endorsers other than Reed Hein (aka TSET), for which are already conducting a search and production.
- RFP 15: We agreed to limit this request to complaints relating to Reed Hein. Again, we are already conducting a search and production for responsive documents.
- RFP 22: You clarified that the word "with" was included inadvertently and was not intended to narrow the scope of the request. We are conducting a search and production for responsive documents.

In light of the above, there did not appear to be any disagreements over any of the specific RFPs that we discussed on the call.

Finally, we discussed the case schedule more generally. You suggested extending the case deadlines by around three months. We also discussed the possibility that the motion to compel arbitration might obviate the need for both sides to spend resources on discovery in the litigation, so we agreed to put on hold expensive discovery items (specifically including scheduling depositions or transcribing pre-2020 recordings) until you receive a copy of our motion in the next couple of weeks, at which point we will talk again about whether a longer hold on those items makes sense. I said I would speak with my clients to find out whether the three-month extension is agreeable at this stage, and they confirmed their approval today. As a result, we will prepare a stip and send it to you for review.

If you think any aspect of the above summary misstates or misses anything, please let us know.

Best,

Damon


**Damon Elder**
**Morgan, Lewis & Bockius LLP**
1301 Second Avenue, Suite 3000 | Seattle, WA 98101
Direct: +1.206.274.0180 | Main: +1.206.274.6400 | Fax: +1.206.274.6401
Assistant: Lixi Aylin-Magallanes Stitt | +1.206.274.0137 | lixi.stitt@morganlewis.com
damon.elder@morganlewis.com | www.morganlewis.com

**From:** Roger Davidheiser <rdavidheiser@friedmanrubin.com>
**Sent:** Tuesday, June 4, 2024 3:54 PM

**To:** Elder, Damon <damon.elder@morganlewis.com>
**Cc:** Brooke Marvin <bmarvin@friedmanrubin.com>; DeCarlow, Andrew Steven <andrew.decarlow@morganlewis.com>; Carmen Albert <carmen@albertlawpllc.com>; Gregory Albert <greg@albertlawpllc.com>; Tallman Trask <tallman@albertlawpllc.com>; Holman, Amy <amy.holman@morganlewis.com>
**Subject:** RE: Patrick et al v. Ramsey et al - eservice -30(b)(6)

[EXTERNAL EMAIL]
With respect to withheld documents to discuss, see attached spreadsheet.

Roger

**Roger S. Davidheiser**

**Friedman | Rubin ® PLLP**

1109 1st Avenue, Suite 501

Seattle, WA 98101-3614

Tel (206) 501-4446  Fax (206) 623-0794

https://friedmanrubin.com/attorneys/of-counsel/roger-davidheiser/


This email transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure.  If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately and delete the information.

**From:** Elder, Damon <damon.elder@morganlewis.com>
**Sent:** Tuesday, June 4, 2024 11:19 AM
**To:** Roger Davidheiser <rdavidheiser@friedmanrubin.com>
**Cc:** Brooke Marvin <bmarvin@friedmanrubin.com>; DeCarlow, Andrew Steven <andrew.decarlow@morganlewis.com>; Carmen Albert <carmen@albertlawpllc.com>; Gregory Albert <greg@albertlawpllc.com>; Tallman Trask <tallman@albertlawpllc.com>; Holman, Amy <amy.holman@morganlewis.com>
**Subject:** RE: Patrick et al v. Ramsey et al - eservice -30(b)(6)

Sounds good, Roger.  Can your team send a calendar invite?

On #2, what "withheld documents" are you referencing?  If we identify a responsive, non-privileged document, we have no intention of withholding it.  Is #2 just asking about privileged documents?

Best,

Damon

**Damon Elder**
**Morgan, Lewis & Bockius LLP**

3

1301 Second Avenue, Suite 3000 | Seattle, WA 98101
Direct: +1.206.274.0180 | Main: +1.206.274.6400 | Fax: +1.206.274.6401
Assistant: Lixi Aylin-Magallanes Stitt | +1.206.274.0137 | lixi.stitt@morganlewis.com
damon.elder@morganlewis.com | www.morganlewis.com

---

**From:** Roger Davidheiser <rdavidheiser@friedmanrubin.com>
**Sent:** Tuesday, June 4, 2024 10:46 AM
**To:** Elder, Damon <damon.elder@morganlewis.com>
**Cc:** Brooke Marvin <bmarvin@friedmanrubin.com>; DeCarlow, Andrew Steven <andrew.decarlow@morganlewis.com>; Carmen Albert <carmen@albertlawpllc.com>; Gregory Albert <greg@albertlawpllc.com>; Tallman Trask <tallman@albertlawpllc.com>; Holman, Amy <amy.holman@morganlewis.com>
**Subject:** RE: Patrick et al v. Ramsey et al - eservice -30(b)(6)

[EXTERNAL EMAIL]
Thank you, Damon,

Let's do Thursday from 1-2.

I wanted to discuss 1) the RFPs that you requested a meet and confer on; 2) the withheld documents; 3) the organization of your production; 4) the 30(b)6 deposition and the deposition of individual witnesses; and 5) the current case schedule.

I know you would like to discuss a few issues outlined in your email below. Please add anything else you would like to discuss.

All the best,

Roger

**Roger S. Davidheiser**

**Friedman | Rubin ® PLLP**

1109 1st Avenue, Suite 501

Seattle, WA 98101-3614

Tel (206) 501-4446  Fax (206) 623-0794

https://friedmanrubin.com/attorneys/of-counsel/roger-davidheiser/

This email transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and delete the information.

**From:** Elder, Damon <damon.elder@morganlewis.com>
**Sent:** Monday, June 3, 2024 4:38 PM
**To:** Roger Davidheiser <rdavidheiser@friedmanrubin.com>
**Cc:** Brooke Marvin <bmarvin@friedmanrubin.com>; DeCarlow, Andrew Steven <andrew.decarlow@morganlewis.com>; Carmen Albert <carmen@albertlawpllc.com>; Gregory Albert <greg@albertlawpllc.com>; Tallman Trask <tallman@albertlawpllc.com>; Holman, Amy <amy.holman@morganlewis.com>
**Subject:** RE: Patrick et al v. Ramsey et al - eservice -30(b)(6)

Hi Roger,

Thanks for reaching out. Our document productions are ongoing and I'm happy to confer about them, along with the deposition schedule. I'd also like to confer about the documents produced by Plaintiffs, including the fact that several Plaintiffs have not yet produced their TSET agreements. Now that we have had a chance to review the agreements that several of the Plaintiffs did produce, we understand they include arbitration clauses. We anticipate that our clients will move to compel arbitration under those agreements very near-term, unless those Plaintiffs are willing to stipulate to arbitration, and we should include that topic on the agenda for our call.

To the extent you have specific items you'd like to discuss, can you similarly outline them for us before the call so we can be prepared for them?

I'm traveling today and tomorrow out-of-state, but I could talk on Wednesday between 4-5pm or on Thursday between 1-2pm. Would either of those work for you?

Best,

Damon


**Damon Elder**
**Morgan, Lewis & Bockius LLP**
1301 Second Avenue, Suite 3000 | Seattle, WA 98101
Direct: +1.206.274.0180 | Main: +1.206.274.6400 | Fax: +1.206.274.6401
Assistant: Lixi Aylin-Magallanes Stitt | +1.206.274.0137 | lixi.stitt@morganlewis.com
damon.elder@morganlewis.com | www.morganlewis.com

**From:** Roger Davidheiser <rdavidheiser@friedmanrubin.com>
**Sent:** Monday, June 3, 2024 4:31 PM
**To:** Elder, Damon <damon.elder@morganlewis.com>
**Cc:** Brooke Marvin <bmarvin@friedmanrubin.com>; DeCarlow, Andrew Steven <andrew.decarlow@morganlewis.com>; Carmen Albert <carmen@albertlawpllc.com>; Kollm, Clara <clara.kollm@morganlewis.com>; Gregory Albert <greg@albertlawpllc.com>; Tallman Trask <tallman@albertlawpllc.com>
**Subject:** RE: Patrick et al v. Ramsey et al - eservice -30(b)(6)

[EXTERNAL EMAIL]
Damon,

I would like to schedule a meet and confer to discuss your responses to our RFPs and the scheduling of depositions. Do you have time sometime this week to have such a call?

Thank you.

Roger

**Roger S. Davidheiser**

**Friedman | Rubin ® PLLP**

1109 1st Avenue, Suite 501

Seattle, WA 98101-3614

Tel (206) 501-4446  Fax (206) 623-0794

https://friedmanrubin.com/attorneys/of-counsel/roger-davidheiser/

This email transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure.  If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately and delete the information.

**From:** Roger Davidheiser
**Sent:** Thursday, May 30, 2024 11:00 AM
**To:** Brooke Marvin <bmarvin@friedmanrubin.com>; Andrew S DeCarlow <andrew.decarlow@morganlewis.com>; Carmen Albert <carmen@albertlawpllc.com>; Clara Kollm <clara.kollm@morganlewis.com>; Damon Clay Elder <damon.elder@morganlewis.com>; Gregory Albert <greg@albertlawpllc.com>; Jack Lovejoy <jlovejoy@corrcronin.com>; Lixi <lixi.colmenero@morganlewis.com>; Lynda Rivera <lynda.rivera@morganlewis.com>; Maia Robbins <mrobbins@corrcronin.com>; Patricia A Eakes <patty.eakes@morganlewis.com>; Tallman Trask <tallman@albertlawpllc.com>; Wen Cruz <wcruz@corrcronin.com>
**Subject:** RE: Patrick et al v. Ramsey et al - eservice -30(b)(6)

Damon.

We put the 20th as a place holder.  After you have had a chance to review the topic areas, let's discuss whether this will be one or more witnesses and what schedule will work for all.

Roger

**Roger S. Davidheiser**

**Friedman | Rubin ® PLLP**

1109 1st Avenue, Suite 501

Seattle, WA 98101-3614

Tel (206) 501-4446  Fax (206) 623-0794

https://friedmanrubin.com/attorneys/of-counsel/roger-davidheiser/

This email transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and delete the information.

**From:** Brooke Marvin <bmarvin@friedmanrubin.com>
**Sent:** Thursday, May 30, 2024 10:51 AM
**To:** Andrew S DeCarlow <andrew.decarlow@morganlewis.com>; Carmen Albert <carmen@albertlawpllc.com>; Clara Kollm <clara.kollm@morganlewis.com>; Damon Clay Elder <damon.elder@morganlewis.com>; Gregory Albert <greg@albertlawpllc.com>; Jack Lovejoy <jlovejoy@corrcronin.com>; Lixi <lixi.colmenero@morganlewis.com>; Lynda Rivera <lynda.rivera@morganlewis.com>; Maia Robbins <mrobbins@corrcronin.com>; Patricia A Eakes <patty.eakes@morganlewis.com>; Roger Davidheiser <rdavidheiser@friedmanrubin.com>; Tallman Trask <tallman@albertlawpllc.com>; Wen Cruz <wcruz@corrcronin.com>
**Subject:** Patrick et al v. Ramsey et al - eservice -30(b)(6)

Good morning, please see the attached Notice of Videotaped Deposition of Rule 30(b)(6) Designee of The Lampo Group, LLC.

Thank you.



BROOKE MARVIN
*Paralegal*

Friedman | Rubin, PLLP
1109 1st Avenue, Suite 501
Seattle, Washington 98101
Direct: 206.800.2197
Main: 206.501.4446
Fax: 206.623.0794

**CONFIDENTIALITY NOTICE**: THIS MESSAGE AND/OR THE DOCUMENT(S) ACCOMPANYING THIS ELECTRONIC TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE, MAIL OR ELECTRONIC MAIL, AND DESTROY THIS COMMUNICATION.