THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, ET AL., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630 JLR<br><br>**[PROPOSED] ORDER GRANTING JOINDER IN MOTION TO COMPEL ARBITRATION AND MOTION TO COMPEL ARBITRATION**<br><br>**NOTED FOR CONSIDERATION: AUGUST 2, 2024** |

THIS MATTER came before the Court on Defendant Happy Hour Media Group, LLC's ("Happy Hour") Joinder in Motion to Compel Arbitration and Motion to Compel Arbitration. Having considered the filings of the parties, and the evidence submitted therewith, and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED. It is further ORDERED that Plaintiffs' claims against Happy Hour are STAYED pending arbitration.

[PROPOSED] ORDER GRANTING JOINDER IN MOTION TO COMPEL ARBITRATION AND MOTION TO COMPEL ARBITRATION –
Case No.: 2:23-cv-00630 JLR - 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

IT IS OS ORDERED.

Done this \_\_\_\_ day of _____, 2024.

_____
The Honorable James L. Robart

Presented by:

CORR CRONIN LLP

By: *s/Jack M. Lovejoy*
Jack M. Lovejoy, WSBA No. 36962
Maia R. Robbins, WSBA No. 54451
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Phone: (206) 625-8600
jlovejoy@corrcronin.com
mrobbins@corrcronin.com

*Attorneys for Defendant Happy Hour Media Group, LLC*

[PROPOSED] ORDER GRANTING JOINDER IN MOTION TO COMPEL ARBITRATION AND MOTION TO COMPEL ARBITRATION –
Case No.: 2:23-cv-00630 JLR - 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/Wen Cruz*
Wen Cruz

[PROPOSED] ORDER GRANTING JOINDER IN MOTION TO COMPEL ARBITRATION AND MOTION TO COMPEL ARBITRATION –
Case No.: 2:23-cv-00630 JLR - 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900