THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, ET AL., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630 JLR<br><br>**NOTICE OF MOTION RE-NOTED**<br><br>**NOTED FOR CONSIDERATION: AUGUST 9, 2024** |

PLEASE TAKE NOTICE that Defendant Happy Hour Media Group, LLC re-notes its Joinder in Motion to Compel Arbitration and Motion to Compel Arbitration [DKT. 84] from August 2, 2024 to August 9, 2024.

[PROPOSED] ORDER GRANTING JOINDER IN MOTION TO COMPEL ARBITRATION AND MOTION TO COMPEL ARBITRATION –
Case No.: 2:23-cv-00630 JLR - 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 11th day of July, 2024.

CORR CRONIN LLP

By: *s/ Jack M. Lovejoy*
Jack M. Lovejoy, WSBA No. 36962
Maia R. Robbins, WSBA No. 54451
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Phone: (206) 625-8600
jlovejoy@corrcronin.com
mrobbins@corrcronin.com

*Attorneys for Defendant Happy Hour Media Group, LLC*

[PROPOSED] ORDER GRANTING JOINDER IN MOTION TO COMPEL ARBITRATION AND MOTION TO COMPEL ARBITRATION –
Case No.: 2:23-cv-00630 JLR - 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/Wen Cruz*
Wen Cruz

[PROPOSED] ORDER GRANTING JOINDER IN MOTION TO COMPEL ARBITRATION AND MOTION TO COMPEL ARBITRATION –
Case No.: 2:23-cv-00630 JLR - 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900