THE HONORABLE JAMES L. ROBART

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>    Defendants. | Case No. 2:23-cv-00630- JLR<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS AND [PROPOSED] ORDER AMENDING DEADLINES RELATED BRIEFING SCHEDULES**<br><br>Noted: July 11, 2024. |

Defendants David Ramsey, III and The Lampo Group, LLC have noted a Motion to Compel Arbitration of all Claims and Stay Case pending Arbitration for July 18, 2024. Defendant Happy Hour Media Group has noted a motion joining the foregoing Defendants noted for August 2, 2024. The Plaintiff's response to the first motion is due on July 11, 2024 and the second motion is July 26, 2024. The Plaintiffs and Defendants have conferred and agree that it is more efficient and in the best interests of all parties to align the response dates and noting dates.

THEREFORE, Plaintiffs and the foregoing Defendants have agreed to the following deadlines and ask that the Court enter an Order adopting them:

Date by which any opposition will be due to all Defendants' Motions:

**July 26, 2024**

Date by which any reply brief to the same will be due:

**August 9, 2024**

STIPULATED TO this 11th day of July, 2024.

| | |
|---|---|
| **ALBERT LAW PLLC** | **MORGAN, LEWIS & BOCKIUS, LLP** |
| By: *s/ Gregory W. Albert*<br>Gregory W Albert, WSBA #42673<br>Tallman Harlow Trask, IV, WSBA #60280<br>3131 Western Ave, Suite 410<br>Seattle, WA 98121<br>Phone: (206) 576-8044<br>Fax: 425-659-2678<br>Email: greg@albertlawpllc.com<br>           tallman@albertlawpllc.com | By: s/ *Damon C. Elder*<br>Patricia A. Eakes, WSBA No. 18888<br>Damon C. Elder, WSBA No. 46754<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Tel: (206) 274-6400<br>Email: patty.eakes@morganlewis.com<br>damon.elder@morganlewis.com |
| **FRIEDMAN RUBIN PLLC**<br><br>By: *s/ Roger S. Davidheiser*<br>Roger S. Davidheiser, WSBA #18638<br>1109 1st Ave Ste 501 | *Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC* |

Seattle, WA 98101-2988
Phone: (206) 501-4446
Fax: 206-623-0794
Email: rdavidheiser@friedmanrubin.com

*Attorneys for Plaintiffs*

**CORR CRONIN LLP**

By: s/ Jack M. Lovejoy
Jack M. Lovejoy, WSBA No. 36962
Maia R. Robbins, WSBA No. 54451
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Phone: (206) 625-8600
jlovejoy@corrcronin.com
mrobbins@corrcronin.com

**Attorneys for Defendant Happy Hour Media Group**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED. <u>The Clerk is DIRECTED to renote the motions to compel arbitration (Dkt. ## 82, 84) for August 9, 2024.</u>

DATED this <u>12th</u> day of <u>July</u>, 2024.

_____
The Honorable James L. Robart
United States District Judge