THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS DAVID RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION TO STAY PROCEEDINGS PENDING RULING ON MOTION TO COMPEL ARBITRATION<br><br>(Clerk's Action Required) |

[PROPOSED] ORDER GRANTING DEFENDANTS DAVID RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION TO STAY PROCEEDINGS PENDING RULING ON MOTION TO COMPEL ARBITRATION
(Case No. 2:23-cv-00630-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401

THIS MATTER came before the Court on the Lampo Defendants' Motion to Stay Proceedings Pending Ruling on Motion to Compel Arbitration. Having considered the filings of the parties, and the evidence submitted therewith, and for good cause shown, IT IS HEREBY ORDERED that the Lampo Defendants' Motion to STAY is GRANTED. It is further ORDERED that all proceedings in this case are hereby STAYED pending a ruling on the Lampo Defendants' Motion to Compel Arbitration.

IT IS SO ORDERED.

DONE this _____ day of _____, 2024.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Patty A. Eakes, WSBA No. 18888
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
        damon.elder@morganlewis.com
        andrew.decarlow@morganlewis.com

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

[PROPOSED] ORDER GRANTING DEFENDANTS DAVID RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION TO STAY PROCEEDINGS PENDING RULING ON MOTION TO COMPEL ARBITRATION
(Case No. 2:23-cv-00630-JLR)- 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401