THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company, <br><br> Defendants. | Case No. 2:23-cv-00630-JLR <br><br> **DECLARATION OF GREGORY W. ALBERT IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFNDANTS DAVID RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION TO COMPEL ARBITRATION OF ALL CLAIMS AND STAY CASE PENDING ARBITRATION** <br><br> Noting Date: July 18, 2024 |

ALBERT DECL. IN SUPPORT OF PLTFFS' RESPONSE TO MTN TO COMPEL ARBITRATION – Page 1
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

My name is Gregory W. Albert. My Washington State Bar Association number is 42673. I am over the age of eighteen years and make this declaration under penalty of perjury.

1. I, along with other attorneys at Albert Law PLLC, represented claimants in approximately 60 arbitrations against Reed Hein & Associates LLC ("Reed Hein") in 2020 and 2021. Fourteen of those arbitrations proceeded to an evidentiary hearing. Each of those arbitrations was heard by arbitrators with the American Arbitration Association ("AAA") and under the AAA's Consumer Arbitration Rules.

2. In each hearing, the arbitrator applied Washington law, consistent with the choice of law clause in the claimants' contracts with Reed Hein. Each of those choice of law provisions was substantially similar to those in Plaintiffs' contracts in this case, as were the arbitration clauses.

3. In February 2020, I filed a putative class action complaint against Reed Hein and Associates on behalf of my first Reed Hein client, Mr. Edgin, in King County Superior Court. Reed Hein was represented by the same law firm that now represents Happy Hour Media Group. Shortly after, Reed Hein moved to compel arbitration pursuant to its arbitration clause. Since the court granted the motion, we stopped filing in superior court and began filing demands for arbitration with the AAA. At some point, Reed Hein stopped paying arbitration awards in the arbitrations it requested the court compel. Based on my records, it appears that Reed Hein declined to pay $415,234.42 of arbitration awards.

4. On September 2, 2021, we began receiving a series of letters from the AAA demanding Reed Hein pay arbitration fees in the case of *Brian Adolph v. Reed Hein and Associates* (Case No. 01-21-0005-0146) On September 24, 2021, we received a

ALBERT DECL. IN SUPPORT OF PLTFFS'
RESPONSE TO MTN TO COMPEL
ARBITRATION – Page 2
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

1  letter declining to administer *Adolph v. Reed Hein* because the fees were not paid. The letter granted the parties the right to file the claims in court for resolution. It also instructed Reed Hein not to include the AAA in its arbitration clauses. On December 14, 2022, after we stopped filing arbitrations against Reed Hein, we received a letter from AAA stating it was initiating collection proceedings against Reed Hein. **Attached as Exhibit 1 are those letters**.

5. Once Reed Hein stopped paying arbitration fees and awards, my firm's clients were able to bring a class action against Reed Hein in federal court, *Adolph v. Reed Hein & Associates LLC et al.*, Case No. 2:21-cv-01378-BJR (W.D. Wash. 2021).

6. Attached to this declaration as **Exhibits 2 through 14** are awards from AAA arbitrations in which I or attorneys associated with Albert Law PLLC represented claimants in their claims against Reed Hein. Each of these awards was produced as part of Plaintiffs' initial disclosures in this case on July 10, 2023.

7. As part of the July 10, 2023 initial disclosures, Plaintiffs produced copies of spreadsheets which include detailed information about each of Reed Hein's customers, including Plaintiffs. The spreadsheets were originally created by Reed Hein during the State of Washinton's lawsuit against it. For each customer, including Plaintiffs, the spreadsheets include information about each which form contract they signed along with referral sources recorded by Reed Hein.

8. Plaintiffs supplemented their initial disclosures on January 19, 2024. As part of their supplemental initial disclosures, Plaintiffs produced hundreds of complaints filed by Reed Hein customers with the Washington State Attorney General and other Attorneys General. The complaints include copies of form contracts signed by the

*ALBERT DECL. IN SUPPORT OF PLTFFS'*
*RESPONSE TO MTN TO COMPEL*
*ARBITRATION* – Page 3
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

complainant and Reed Hein. Those form contracts include the same form contracts as signed by Plaintiffs in this case. The form contracts contain the same arbitration clauses as Plaintiffs' contracts. Examples of the form contracts containing the same arbitration clauses and produced as part of Plaintiffs' supplemental initial disclosures are attached to this declaration as **Exhibits 15 through 18**.

9. On February 21, 2024, the Ramsey Defendants served discovery requests on Plaintiffs. The requests sought information both from the group of plaintiffs as a whole and from each plaintiff individually. In total, the requests included 1,412 interrogatories and requests for production.

DATED this 26th day of July, 2024.

By: _____*s/ Gregory W. Albert*_____
Gregory W. Albert, WSBA #42673
3131 Western Ave., Suite 410
Seattle, WA 98121
(206) 576-8044
greg@albertlawpllc.com

*ALBERT DECL. IN SUPPORT OF PLTFFS' RESPONSE TO MTN TO COMPEL ARBITRATION* – Page 4
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446