AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

1101 Laurel Oak Road
Voorhees, NJ 08043

September 2, 2021

Jack Lovejoy, Esq.
Corr Cronin | LLP
1001 4th Avenue
Suite 3900
Seattle, WA 98154-1051
Via Email to: jlovejoy@corrcronin.com

**Case Number: 01-21-0005-0146**

Brian Adolph
-vs-
Reed Hein & Associates, LLC a.k.a.
Timeshare Exit Team

Dear Parties:

We have not received the administrative fees and arbitrator compensation from respondent as requested in our previous correspondence. **Respondent is requested to remit payment in the amount of $3050 to the AAA to be received by September 16, 2021.** As the claimant has met the filing requirements, respondent's fee is due regardless of whether the case settles or is withdrawn.

If payment was already sent, please send an email with the payment details so that payment is properly allocated. If this non-payment is simply an oversight on respondent's behalf, we trust payment will be made without delay.

Please note: should the business not comply with our request by the above response date, we may decline to administer any other consumer disputes involving this business and request that the business remove the AAA name from its arbitration clause so that there is no confusion to the public regarding our decision. Furthermore, pursuant to the R-1(d) of the Consumer Arbitration Rules, should the AAA decline to administer an arbitration, either party may choose to submit its dispute to the appropriate court for resolution.

At this time we are inquiring as to whether the consumer is willing to pay this outstanding amount, minus the expedited review fee of $250, and seek recovery of these fees through the arbitrator's award. Claimant is not obligated to pay respondent's fee. Should claimant decide to advance the business' portion of the fee, please email me before the business' response deadline.

If we do not timely receive the business' portion of the filing fees, we will notify the parties that we have administratively closed this case and refund any payment received from claimant. Please note payment should be submitted by credit card or electronic check. Please confirm the email address AAA may send a secured Paylink with instructions to submit payment via either method. In the event that payment is being made by a third party, such as an insurance company, please request that payment be sent directly to the business' representative. The business' representative should then forward payment to the AAA in accordance with the foregoing instructions.

Thank you for your attention to this matter. If for any reason respondent will not be able to comply with our request by the noted response date, please send an email requesting an extension prior to the deadline. Please email consumerfiling@adr.org if you have any questions.

Sincerely,

Consumer Filing Team
Email: ConsumerFiling@adr.org
Fax: (877)304-8457

Cc:    Gregory Albert, Esq.
       Albert Law PLLC
       3131 Western Avenue
       Suite 410
       Seattle, WA 98121
       Via Email to: greg@albertlawpllc.com

**AMERICAN ARBITRATION ASSOCIATION®** | **INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®**

1101 Laurel Oak Road
Voorhees, NJ 08043

September 24, 2021

Gregory Albert, Esq.
Albert Law, PLLC
3131 Western Avenue
Suite 410
Seattle, WA 98121
Via Email to: greg@albertlawpllc.com

Jack Lovejoy, Esq.
Corr Cronin | LLP
1001 4th Avenue
Suite 3900
Seattle, WA 98154-1051
Via Email to: jlovejoy@corrcronin.com

Case Number: 01-21-0005-0146

Brian Adolph
-vs-
Reed Hein & Associates, LLC a.k.a.
Timeshare Exit Team

Dear Parties:

As of this date we have not received the required fees from Reed Hein & Associates, LLC a.k.a.Timeshare Exit Team in this matter. Accordingly, we must decline to administer this case and have closed our file. According to R-1(d) of the Consumer Arbitration Rules, should the AAA decline to administer an arbitration, either party may choose to submit its dispute to the appropriate court for resolution.

Any payment submitted by a party will be refunded shortly.

Further, because Reed Hein & Associates, LLC a.k.a. Timeshare Exit Team failure to remit the foregoing constitutes a failure to adhere to our policies regarding consumer claims, we may decline to administer future consumer arbitrations involving Reed Hein & Associates, LLC a.k.a. Timeshare Exit Team. The AAA's consumer policies can be found on the AAA's website, www.adr.org . We request that Reed Hein & Associates, LLC a.k.a.
Timeshare Exit Team remove the AAA name from its consumer arbitration clause so that there is no confusion to the public regarding our decision.

If Reed Hein & Associates, LLC a.k.a. Timeshare Exit Team advises the AAA in the future of its intention to comply with the AAA's Consumer Arbitration Rules and if applicable, resolves any outstanding payment obligations, the AAA may consider at its sole discretion, accepting newly filed consumer cases going forward.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system.  Such electronic documents may not constitute a complete case file.  Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

If you have any questions, please email ConsumerFiling@adr.org.

Sincerely,

Consumer Filing Team
Email: ConsumerFiling@adr.org
Fax: (877)304-8457



Neil Currie
Vice President
2355 Highway 36 W.
Suite 400
Roseville, MN 55113
Telephone: (612)332-6545
Fax: (612)342-2334

December 14, 2022

Gregory Albert, Esq.
Albert Law, PLLC
3131 Western Avenue
Suite 410
Seattle, WA 98121
Via Email to: greg@albertlawpllc.com

Reed Hein & Associates LLC
220 120th Avenue NE
Building D
Bellevue, WA 98005
**Via Mail and Email** to: exitteam@reedhein.com

Case Number: 01-20-0014-0799

Ray Andes and Pamela Andes
-vs-
Reed Hein & Associates, d/b/a Timeshare Exit Team
Reed Hein & Associates LLC


Dear Reed Hein & Associates, d/b/a Timeshare Exit Team, Reed Hein & Associates LLC:

Our records indicate we still have not received payment for the outstanding balance previously requested, pursuant to the enclosed invoice.

When parties insert AAA clauses in their contracts, they assume the obligation to pay fees in accordance with our published Rules, of which we know you are aware. In order to maintain our strict role as a neutral administrative service the AAA's fees are not dependent on the outcome of a case, whether awarded, settled, withdrawn, or permanently stayed by a court.

Payment is due on or before **January 4, 2023**. An invoice will be sent separately. Please reference the second page of the invoice for payment options.

If payment is not received by the due date, we will have no other alternative than to decline to administer future cases involving this business and its consumers. Additionally, if the business previously registered its consumer arbitration clause, it would be removed from the Consumer Clause Registry.

Sincerely,
/s/
Heather Stout
Manager of ADR Services
Direct Dial: (612)509-2221
Email: heatherstout@adr.org
Fax: (612)342-2334

Enclosure

Cc:    Jonah Ohm, Esq.
       Carmen Albert