

## AMERICAN ARBITRATION ASSOCIATION

In the Matter of the Arbitration between

Case Number: 01-20-0014-1061

Abigail Messmer (Claimant)
-vs-
Reed Hein (Respondent)

## AWARD OF ARBITRATOR

I, Leah Albert, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above-named parties, and having been duly sworn, and having duly heard the proofs and allegations of the Parties, each represented by counsel, at an evidentiary hearing held on January 12, 2021 via Zoom Platform, do hereby, AWARD, as follows:

The Claimant, having proven that on or about March 28, 2018, Respondent violated RCW 19.86.093 by fraudulently inducing her to enter into an unconscionable contract of adhesion (through false advertising and false promises and thus in trade or commerce).  [Said contract being completely void of consideration] thereby causing Claimant to pay Respondent $8,556.70, and by instructing Claimant to continue payments to Orange Lake in the amount of $3,659.81, (thereby causing injury to Claimant) and by withholding critical information regarding an extant lawsuit between Orange Lake and Respondent, and by refraining to inform Claimant that she was in fact sued by Orange Lake and that her rights were negotiated away without any input or knowledge by Claimant (in violation of its own agreement to allow Claimant the opportunity to evaluate any offer relating to obtaining an "exit"), and, finding that the harms caused to Claimant affect the public interest, and, further finding that permitting Respondent to retain any funds paid by Claimant would inequitably result in unjust enrichment, Abigail Messmer ("Claimant") is awarded:

$12,216.51 in actual damages
$25,000.00 in treble damages (pursuant to RCW 19.86.090)
Mr. Gregory Albert is awarded $9,637.50 in attorney's fees (pursuant to RCW 19.86.090)
Mr. David Hancock is awarded $1,500.00 in attorney's fees (Pursuant to RCW 19.86.090)

The administrative fees of the American Arbitration Association (AAA) totaling $2,495.00 shall be borne as incurred, and the compensation of the arbitrator totaling $4,000.00 shall be borne as incurred.

The above sums are to be paid on or before thirty days from the date of this Award.  If all such sums are not paid by said date, interest shall begin to accrue thereafter at the maximum statutory rate permitted under Washington State Law.

This Award is in full settlement of all claims submitted to this Arbitration.  All claims not expressly granted herein are hereby denied.

|  |  |
|---|---|
| February 2, 2021 | /s/ **Leah Albert, Arbitrator** |
| _____ | _____ |
| Date | Leah Albert, Arbitrator |

012000141061

PLTFFS-000077