

# AMERICAN ARBITRATION ASSOCIATION

In the Matter of the Arbitration between

Case Number: 01-21-0003-6837

| | |
|---|---|
| David Guimond | Claimant |
| -vs- | |
| Timeshare Exit Team d/b/a Reed Hein & Associates | Respondent |

## AWARD OF ARBITRATOR

I, Patrick R. Burns, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above-named parties, and having been duly sworn, and having duly heard the proofs and allegations of the Parties, each represented by counsel, at an evidentiary hearing held on December 15, 2021, do hereby, AWARD, as follows:

Claimant is awarded $20,293.50 for his claims due to Respondent's flagrant, clear violations of common law fraud, civil theft and Washington statutory consumer protection laws. This awarded amount includes an award of attorney fees and treble damages that were proven to be warranted at the final hearing by Claimant. Furthermore, Respondent refused to participate in the arbitration hearing of this matter in bad faith, after requiring that the Claimant do so in its standard form contracts. The result of that bad-faith is an additional award of $10,000 to the Claimant and an assessment of responsibility for all case-associated arbitration fees of the AAA and undersigned arbitrator.

The administrative fees of the American Arbitration Association (AAA) totaling $2,400 shall be borne by the Respondent, and the compensation of the arbitrator compensation totaling $2,500 shall be borne by the Respondent.

The above sums are to be paid on or before 30 days from the date of this Award.

This Award is in full settlement of all claims submitted to this Arbitration. All claims not expressly granted herein are hereby denied.

| | |
|---|---|
| January 20, 2022 | /s/ *Patrick R. Burns* |
| _____ | _____ |
| Date | Patrick R. Burns, Arbitrator |

PLTFFS-000104