THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630-JLR<br><br>**DECLARATION OF TALLMAN H. TRASK, IV IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFNDANT HAPPY HOUR MEDIA GROUP'S JOINDER IN MOTION TO COMPEL ARBITRATION AND MOTION TO COMPEL ARBITRATION**<br><br>Noting Date: August 9, 2024 |

*TRASK DECL. IN SUPPORT OF PLTFFS' RESPONSE TO MTN TO COMPEL ARBITRATION* – Page 1
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

My name is Tallman H. Trask, IV. My Washington State Bar Association number is 60280. I am over the age of eighteen years and make this declaration under penalty of perjury.

1. I, alongside Plaintiffs' other counsel, propounded discovery requests on Happy Hour Media Group on March 6, 2024.

2. Happy Hour Media Group served responses on April 19, 2024. Happy Hour Media Group's responses to Plaintiffs' Requests for Production primarily state that "[o]n September 3, 2021, in the matter of *Siegrist v. Reed Hein & Associates, et al.*, Snohomish County Superior Court No. 21-2-01757-31, Plaintiff's counsel received documents from Reed Hein & Associates labeled 'RHA_Seigrist_001191-141385.' These documents were originally produced by Happy Hour in response to a subpoena in the matter of *State of Washington v. Reed Hein*, King County Superior Court No. 20-2-03141-1 SEA. Happy Hour consents to these documents being treated as if they were produced by Happy Hour in discovery in this matter." These documents, which Plaintiffs' counsel refers to as the Seigrist documents, consist of nearly 140,000 pages of Happy Hour Media Group's records related to this case. No other party to this case has produced responsive documents of a similar volume. A truncated copy of Happy Hour Media Group's responses is attached to this declaration as **Exhibit 1**.

3. On or around June 18, 2024, Plaintiffs served a subpoena on Brandon Reed, the former founder and CEO of Reed Hein & Associates LLC, through his counsel. Plaintiffs were seeking documents related to this case. Mr. Reed responded to Plaintiffs' subpoena on July 15, 2024, substantially stating that he was not in possession of any such documents. Mr. Reed's response is attached to this declaration as **Exhibit 2**.

*TRASK DECL. IN SUPPORT OF PLTFFS'*
*RESPONSE TO MTN TO COMPEL*
*ARBITRATION* – Page 2
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

1

2

3   DATED this 26th day of July, 2024.

4

5

6                                          By:   *s/ Tallman H. Trask IV*
                                                 Tallman H. Trask IV, WSBA #60280
7                                                3131 Western Ave., Suite 410
                                                 Seattle, WA 98121
8                                                (206) 576-8044
                                                 tallman@albertlawpllc.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

*TRASK DECL. IN SUPPORT OF PLTFFS'*
*RESPONSE TO MTN TO COMPEL*
*ARBITRATION* – Page 3
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446