THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, ET AL., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630 JLR<br><br>**HAPPY HOUR MEDIA GROUP, LLC'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** |

**PREFATORY STATEMENT AND GENERAL OBJECTIONS**

Defendant Happy Hour Media Group. LLC ("Defendant") make the following General Objections to each individual Discovery Request. The General Objections are incorporated by this reference into each individual response herein.  The assertion of the same, similar, or additional objections, or the provision of any responses to any of the discovery propounded, shall not waive any of Defendant's General Objections as set forth below:

Defendant objects to the Discovery Requests to the extent that they purport to impose upon Defendants obligations different from, or in excess of, those set forth in the applicable Federal Rules of Civil Procedure and Western District of Washington Local Rules (collectively, "Rules"),

DEFENDANT, HAPPY HOUR MEDIA GROUP, LLC'S RESPONSES TO  PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
 (Case No. 2:23-cv-00630) Page- 1

Corr Cronin llp
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Defendant objects to the Discovery Requests to the extent that they mischaracterize facts or assume facts that are disputed in this litigation. By answering these Discovery Requests, Defendant do not admit, adopt, or otherwise agree to Plaintiff's characterization of facts.

A statement that Defendant will produce documents in response to a Discovery Request, or an objection to the production of documents in response to a Discovery Request, shall not be construed as an admission that any such documents exist.

Defendant's investigation into the factual background of the subject matter of this action is ongoing and incomplete. Accordingly, these responses reflect Defendant's knowledge of the facts to date. Defendant reserves the right to supplement, amend, or modify its responses as its investigation continues and as discovery proceeds, and to rely on any such information or other evidence discovered after the time of these responses, at any time up to and including trial.

Without waiving the foregoing General Objections, all of which are incorporated by reference into the responses below, Defendant specifically respond to Plaintiff's Discovery as follows:

## REQUESTS FOR PRODUCTION

REQUEST FOR PRODUCTION NO. 1: Produce any and all iHeart Radio audio streaming, airings or data with the date aired and geographic listenership location identified for each iHeart Radio streaming in which Time Share Exit Team or Reed Hein was endorsed, advertised, discussed, or mentioned by any Defendant from January 1, 2015 to December 31, 2021.

RESPONSE: Defendant objects to this Request as unduly burdensome to the extent it requests documents, records, or communications already in the possession of Plaintiff's counsel. Conversely, Defendant objects to this Request to the extent it seeks information or records outside of Defendant's custody or control. Defendant objects to this Request to this request as overbroad and vague as to undefined terms "audio streaming, airings, or data," and as to "endorsed,

DEFENDANT, HAPPY HOUR MEDIA GROUP, LLC'S
RESPONSES TO PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION
(Case No. 2:23-cv-00630) Page- 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

advertised, discussed, or mentioned." Defendant further objects to this Request to the extent it improperly requests that Defendant provide additional information regarding the documents without requesting that information in an interrogatory. Defendant further objects to the Request as not reasonably calculated to lead to the discovery of admissible evidence as its temporal scope is overbroad.

Subject to and without waiving the foregoing objections, Defendant responds as follows: On September 3, 2021, in the matter of *Siegrist v. Reed Hein & Associates, et al.*, Snohomish County Superior Court No. 21-2-01757-31, Plaintiff's counsel received documents from Reed Hein & Associates labeled "RHA_Seigrist_001191-141385." These documents were originally produced by Happy Hour in response to a subpoena in the matter of *State of Washington v. Reed Hein*, King County Superior Court No. 20-2-03141-1 SEA. Happy Hour consents to these documents being treated as if they were produced by Happy Hour in discovery in this matter.

REQUEST FOR PRODUCTION NO. 2: Produce any and all DaveRamsey.com audio streaming, airings or data with the date aired and geographic listenership location identified for each DaveRamsey.com streaming in which Time Share Exit Team or Reed Hein was endorsed, advertised or discussed, or mentioned by any Defendant from January 1, 2015 to December 31, 2021.

RESPONSE: Defendant objects to this Request as unduly burdensome to the extent it requests documents, records, or communications already in the possession of Plaintiff's counsel. Conversely, Defendant objects to this Request to the extent it seeks information or records outside of Defendant's custody or control. Defendant objects to this Request to this request as overbroad and vague as to undefined terms "audio streaming, airings, or data," and as to "endorsed, advertised, discussed, or mentioned." Defendant further objects to this Request to the extent it improperly requests that Defendant provide additional information regarding the documents

DEFENDANT, HAPPY HOUR MEDIA GROUP, LLC'S
RESPONSES TO PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION
(Case No. 2:23-cv-00630) Page- 4

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

without requesting that information in an interrogatory. Defendant further objects to the Request as not reasonably calculated to lead to the discovery of admissible evidence as its temporal scope is overbroad.

Subject to and without waiving the foregoing objections, Defendant responds as follows: On September 3, 2021, in the matter of *Siegrist v. Reed Hein & Associates, et al.*, Snohomish County Superior Court No. 21-2-01757-31, Plaintiff's counsel received documents from Reed Hein & Associates labeled "RHA_Seigrist_001191-141385." These documents were originally produced by Happy Hour in response to a subpoena in the matter of *State of Washington v. Reed Hein*, King County Superior Court No. 20-2-03141-1 SEA. Happy Hour consents to these documents being treated as if they were produced by Happy Hour in discovery in this matter.

REQUEST FOR PRODUCTION NO. 3:  Produce any and all Dave Ramsey, The Dave Ramsey Show, The Ramsey Show, and The Ramsey Radio audio streaming, airings or data with the date aired and geographic listenership location identified for each streaming in which Time Share Exit Team or Reed Hein was endorsed, advertised, discussed, or mentioned by any Defendant from January 1, 2015 to December 31, 2021.

RESPONSE: Defendant objects to this Request as unduly burdensome to the extent it requests documents, records, or communications already in the possession of Plaintiff's counsel. Conversely, Defendant objects to this Request to the extent it seeks information or records outside of Defendant's custody or control. Defendant objects to this Request to this request as overbroad and vague as to undefined terms "audio streaming, airings, or data," and as to "endorsed, advertised, discussed, or mentioned." Defendant further objects to this Request to the extent it improperly requests that Defendant provide additional information regarding the documents without requesting that information in an interrogatory. Defendant further objects to the Request

DEFENDANT, HAPPY HOUR MEDIA GROUP, LLC'S RESPONSES TO  PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
(Case No. 2:23-cv-00630) Page- 5

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

as not reasonably calculated to lead to the discovery of admissible evidence as its temporal scope is overbroad.

Subject to and without waiving the foregoing objections, Defendant responds as follows: On September 3, 2021, in the matter of *Siegrist v. Reed Hein & Associates, et al.*, Snohomish County Superior Court No. 21-2-01757-31, Plaintiff's counsel received documents from Reed Hein & Associates labeled "RHA_Seigrist_001191-141385." These documents were originally produced by Happy Hour in response to a subpoena in the matter of *State of Washington v. Reed Hein*, King County Superior Court No. 20-2-03141-1 SEA. Happy Hour consents to these documents being treated as if they were produced by Happy Hour in discovery in this matter.

REQUEST FOR PRODUCTION NO. 4: Produce any and all campaign materials by Defendant related to Time Share Exit Team or Reed Hein being endorsed, advertised or discussed by Defendant from January 1, 2015 to December 31, 2021.

RESPONSE: Defendant objects to this Request as unduly burdensome to the extent it requests documents, records, or communications already in the possession of Plaintiff's counsel. Conversely, Defendant objects to this Request to the extent it seeks information or records outside of Defendant's custody or control. Defendant objects to this Request to this request as overbroad and vague as to undefined terms "campaign materials" and as to "endorsed, advertised, discussed, or mentioned." Defendant further objects to the Request as not reasonably calculated to lead to the discovery of admissible evidence as its temporal scope is overbroad. Defendant objects to this Request to the extent it seeks documents protected by the attorney-client, work product, or any other applicable privilege.

Subject to and without waiving the foregoing objections, Defendant responds as follows: On September 3, 2021, in the matter of *Siegrist v. Reed Hein & Associates, et al.*, Snohomish County Superior Court No. 21-2-01757-31, Plaintiff's counsel received documents from Reed

DEFENDANT, HAPPY HOUR MEDIA GROUP, LLC'S
RESPONSES TO PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION
(Case No. 2:23-cv-00630) Page- 6

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  RESPONSE: Defendant objects to this Request as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent it seeks information that exceeds the scope of Fed. R. Civ. P. 26(b)(2).

Subject to and without waiving the foregoing objections, Defendant responds as follows: Counsel for Defendant produced Defendant's insurance policy to Plaintiffs on July 20, 2023, via email. Defendant is not aware of any further responsive documents.

REQUEST FOR PRODUCTION NO. 25: Produce all contracts, insurance agreements, declarations pages, reservation of rights, and blue sky letters, correspondence declining coverage, and correspondence declining to defend from any insurance carrier or person with a duty to insure or indemnify you for any claim of liability whatsoever.

RESPONSE: Defendant objects to this Request as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent it seeks information that exceeds the scope of Fed. R. Civ. P. 26(b)(2).

Subject to and without waiving the foregoing objections, Defendant responds as follows: Counsel for Defendant produced Defendant's insurance policy to Plaintiffs on July 20, 2023, via email. Defendant is not aware of any further responsive documents.

DATED this 19th day of April, 2024.

CORR CRONIN LLP

By: *s/ Jack M. Lovejoy*
Jack M. Lovejoy, WSBA No. 36962
Maia R. Robbins, WSBA No. 54451
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Phone: (206) 625-8600
jlovejoy@corrcronin.com
mrobbins@corrcronin.com
*Attorneys for Defendant Happy Hour Media Group, LLC*

DEFENDANT, HAPPY HOUR MEDIA GROUP, LLC'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
(Case No. 2:23-cv-00630) Page- 22

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that the following is true and correct: that on April 19, 2024 I electronically served a copy of the documents to which this certificate is attached for delivery to all counsel of record.

_s/ Wen Cruz_
Wen Cruz

DEFENDANT, HAPPY HOUR MEDIA GROUP, LLC'S
RESPONSES TO PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION
(Case No. 2:23-cv-00630) Page- 23

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900