THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, ET AL., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630 JLR<br><br>**BRANDON REED'S RESPONSE TO PLAINTIFFS' SUBPOENA** |

Non-Party Brandon Reed responds to Plaintiffs' subpoena to him as follows:

Mr. Reed objects to the subpoena's demand for compliance by May 24, 2024, as the subpoena was not served until after that date.

Mr. Reed objects to Request 2 in the subpoena on the ground that the documents, to the extent they exist and are available, are more readily available from the Plaintiffs.

Mr. Reed objects to Requests 3 and 4 in the subpoena on the ground that the documents, to the extent they exist and are available, are more readily available from the Defendants.

Without waiving the foregoing objections, Mr. Reed responds that after a search that is reasonable under the circumstances, he has not located, and does not believe he has, any

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  responsive documents.

2       DATED July 15, 2024.

3                                          CORR CRONIN LLP

4                                          By: *s/ Jack M. Lovejoy*
                                           Jack M. Lovejoy, WSBA No. 36962
5                                          Maia R. Robbins, WSBA No. 54451
                                           1015 Second Avenue, Floor 10
6                                          Seattle, Washington 98104
                                           Phone: (206) 625-8600
7                                          jlovejoy@corrcronin.com
                                           mrobbins@corrcronin.com
8

9                                          *Attorneys for Brandon Reed for the limited purpose*
                                           *of accepting service of and providing this response*
10                                         *to the subpoena served on Mr. Reed by Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that the following is true and correct: that on July 15, 2024 I electronically served a copy of the documents to all counsel of record.

*s/ Wen Cruz*
Wen Cruz

BRANDON REED'S RESPONSE TO PLAINTIFFS'
SUBPOENA
 (Case No. 2:23-cv-00630) Page- 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900