THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, ET AL., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-00630 JLR<br><br>**JOINDER IN DEFENDANTS DAVID L. RAMSEY, III AND THE LAMPO GROUP, LLC'S MOTION TO STAY PROCEEDINGS PENDING RULING ON MOTION TO COMPEL ARBITRATION**<br><br>**HEARING DATE: August 15, 2024** |

Defendant Happy Hour Media Group, LLC ("Happy Hour") hereby joins in the Motion to Stay Proceedings Pending Ruling on Motion to Compel Arbitration filed by Defendants David Ramsey, III and the Lampo Group, LLC (collectively, "Lampo") on June 25, 2024. Dkt. 88.

I certify that this memorandum contains 42 words, in compliance with the Local Civil Rules.

DATED this 30th day of July, 2024.

JOINDER IN MOTION TO STAY - Case No.: 2:23-cv-00630 JLR - 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

CORR CRONIN LLP

By: *s/ Jack M. Lovejoy*
Jack M. Lovejoy, WSBA No. 36962
Maia R. Robbins, WSBA No. 54451
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Phone: (206) 625-8600
jlovejoy@corrcronin.com
mrobbins@corrcronin.com

*Attorneys for Defendant Happy Hour Media Group, LLC*

JOINDER IN MOTION TO STAY - Case No.: 2:23-cv-00630 JLR - 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                *s/Wen Cruz*
                                                Wen Cruz

JOINDER IN MOTION TO STAY - Case No.: 2:23-cv-00630 JLR - 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900