THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATE DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company, <br><br> Defendants. | Case No. 2:23-cv-00630- JLR <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR THE LAMPO DEFENDANTS' MOTION TO STAY** <br><br> **Noted: August 1, 2024** |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR THE LAMPO DEFENDANTS' MOTION TO STAY – PAGE 1
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1  Defendants David L. Ramsey III and The Lampo Group, LLC (the "Lampo Defendants")
2  and Happy Hour Media Group, LLC and Plaintiffs hereby stipulate and agree as follows:
3  WHEREAS, on July 25, 2024, the Lampo Defendants filed a Motion to Stay Proceedings
4  Pending a Ruling On Defendants' Motion to Compel Arbitration (Dkt. No. 88) (the "Motion to
5  Stay");
6  WHEREAS, the Motion to Stay is currently noted for consideration on August 15, 2024;
7  WHEREAS, the parties have conferred and agree that there is good cause to extend the
8  response and reply deadlines according to the agreed briefing schedule set forth below.
9  THEREFORE, the parties have agreed to the following deadlines and respectfully ask that
10 the Court enter an Order adopting them and re-noting the Motion to Stay for consideration on
11 August 23, 2024:

- Response to the Motion to Stay:  August 15, 2024
- Reply in support of the Motion to Stay and Noting Date:  August 23, 2024

STIPULATED TO this 1st day of August, 2024.

| ALBERT LAW PLLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: *s/ Gregory Albert*<br>Gregory W. Albert, WSBA #42673<br>Jonah L. Ohm Campbell, WSBA #55701<br>Tallman Harlow Trask, IV, WSBA #60280<br>3131 Western Ave, Suite 410<br>Seattle, WA 98121<br>Phone: (206) 576-8044<br>Email: greg@albertlawpllc.com<br>   jonah@albertlawpllc.com<br>   tallman@albertlawpllc.com<br><br>*–and–* | By: *s/ Damon Elder*<br>Patty A. Eakes, WSBA No. 18888<br>Damon C. Elder, WSBA No. 46754<br>Andrew DeCarlow, WSBA No. 54471<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: patty.eakes@morganlewis.com<br>   damon.elder@morganlewis.com<br>   andrew.decarlow@morganlewis.com<br><br>*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC* |

STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR THE LAMPO
DEFENDANTS' MOTION TO STAY – PAGE 2
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

| | |
|---|---|
| **FRIEDMAN RUBIN PLLC** | **CORR CRONIN LLP** |
| By: *s/Roger Davidheiser* | By: *s/ Jack Lovejoy* |
| Roger S. Davidheiser, WSBA #18638 | Jack Lovejoy |
| 1109 1st Ave, Ste 501 | 1015 Second Avenue, Floor 10 |
| Seattle, WA 98101-2988 | Seattle, WA 98104-1001 |
| Phone: (206) 501-4446 | Phone: (206) 625-8600 |
| Email: rdavidheiser@friedmanrubin.com | Email: jlovejoy@corrcronin.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendant Happy Hour Media Group, LLC* |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR THE LAMPO DEFENDANTS' MOTION TO STAY – PAGE 3
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon Elder*
Patty A. Eakes, WSBA No. 18888
Damon C. Elder, WSBA No. 46754
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
       damon.elder@morganlewis.com
       andrew.decarlow@morganlewis.com

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR THE LAMPO DEFENDANTS' MOTION TO STAY – PAGE 4
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401