1

THE HONORABLE JAMES L. ROBART

2

3

4

5

6

7

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

ANNA PATRICK, DOUGLAS MORRILL,
ROSEANNE MORRILL, LEISA
GARRETT, ROBERT NIXON,
SAMANTHA NIXON, DAVID
BOTTONFIELD, ROSEMARIE
BOTTONFIELD, TASHA RYAN,
ROGELIO VARGAS, MARILYN DEWEY,
PETER ROLLINS, RACHAEL ROLLINS,
KATRINA BENNY, SARA ERICKSON,
GREG LARSON, and JAMES KING,
individually and on behalf of all others
similarly situated,

10

11

12

13

14

15

16

17

    Plaintiffs,

18

v.

19

DAVID L. RAMSEY, III, individually;
HAPPY HOUR MEDIA GROUP, LLC, a
Washington limited liability company; THE
LAMPO GROUP, LLC, a Tennessee
limited liability company,

20

21

22

    Defendants.

23

Case No. 2:23-cv-00630- JLR

**STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING BRIEFING SCHEDULE FOR
THE LAMPO DEFENDANTS' MOTION TO
STAY**

**Noted: August 1, 2024**

24

25

26

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
BRIEFING SCHEDULE FOR THE LAMPO
DEFENDANTS' MOTION TO STAY – PAGE 1
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1    Defendants David L. Ramsey III and The Lampo Group, LLC (the "Lampo Defendants")

2    and Happy Hour Media Group, LLC and Plaintiffs hereby stipulate and agree as follows:

3    WHEREAS, on July 25, 2024, the Lampo Defendants filed a Motion to Stay Proceedings

4    Pending a Ruling On Defendants' Motion to Compel Arbitration (Dkt. No. 88) (the "Motion to

5    Stay");

6    WHEREAS, the Motion to Stay is currently noted for consideration on August 15, 2024;

7    WHEREAS, the parties have conferred and agree that there is good cause to extend the

8    response and reply deadlines according to the agreed briefing schedule set forth below.

9    THEREFORE, the parties have agreed to the following deadlines and respectfully ask that

10   the Court enter an Order adopting them and re-noting the Motion to Stay for consideration on

11   August 23, 2024:

12   - Response to the Motion to Stay:                      August 15, 2024

13   - Reply in support of the Motion to Stay and Noting Date:   August 23, 2024

14

15   STIPULATED TO this 1st day of August, 2024.

16

17   **ALBERT LAW PLLC**                    **MORGAN, LEWIS & BOCKIUS LLP**

18   By: _s/ Gregory Albert_                By: _s/ Damon Elder_
     Gregory W. Albert, WSBA #42673        Patty A. Eakes, WSBA No. 18888
19   Jonah L. Ohm Campbell, WSBA #55701     Damon C. Elder, WSBA No. 46754
     Tallman Harlow Trask, IV, WSBA #60280  Andrew DeCarlow, WSBA No. 54471
20   3131 Western Ave, Suite 410            1301 Second Avenue, Suite 3000
     Seattle, WA 98121                      Seattle, WA 98101
21   Phone: (206) 576-8044                  Phone: (206) 274-6400
     Email: greg@albertlawpllc.com          Email: patty.eakes@morganlewis.com
22         jonah@albertlawpllc.com                damon.elder@morganlewis.com
23         tallman@albertlawpllc.com              andrew.decarlow@morganlewis.com

24                                          *Attorneys for Defendants David L. Ramsey, III*
25   *–and–*                                *and The Lampo Group, LLC*

26

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
BRIEFING SCHEDULE FOR THE LAMPO
DEFENDANTS' MOTION TO STAY – PAGE 2
Case No. 2:23-cv-00630-JLR

**FRIEDMAN RUBIN PLLC**

By: *s/Roger Davidheiser*
Roger S. Davidheiser, WSBA #18638
1109 1st Ave, Ste 501
Seattle, WA 98101-2988
Phone: (206) 501-4446
Email: rdavidheiser@friedmanrubin.com

*Attorneys for Plaintiffs*

**CORR CRONIN LLP**

By: *s/ Jack Lovejoy*
Jack Lovejoy
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Phone: (206) 625-8600
Email: jlovejoy@corrcronin.com

*Attorney for Defendant Happy Hour Media Group, LLC*

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
BRIEFING SCHEDULE FOR THE LAMPO
DEFENDANTS' MOTION TO STAY – PAGE 3
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1

### [~~PROPOSED~~] ORDER

2    IT IS SO ORDERED.

3

4    DATED this 1st day of August, 2024.

5

6

7    _____

8    THE HONORABLE JAMES L. ROBART
     UNITED STATES DISTRICT JUDGE

9

10

11   *Presented by:*

12   **MORGAN, LEWIS & BOCKIUS LLP**

13

14   By: *s/ Damon Elder*
     _____
     Patty A. Eakes, WSBA No. 18888

15   Damon C. Elder, WSBA No. 46754
     Andrew DeCarlow, WSBA No. 54471

16   1301 Second Avenue, Suite 3000
     Seattle, WA 98101

17   Phone: (206) 274-6400

18   Email: patty.eakes@morganlewis.com
            damon.elder@morganlewis.com

19          andrew.decarlow@morganlewis.com

20   *Attorneys for Defendants David L. Ramsey, III
     and The Lampo Group, LLC*

21

22

23

24

25

26

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
BRIEFING SCHEDULE FOR THE LAMPO
DEFENDANTS' MOTION TO STAY – PAGE 4
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401