# EXHIBIT 1

Gregory W. Albert, WSBA #42673
ALBERT LAW, PLLC
3131 Western Ave., Suite 410
Seattle, WA 98121
Tel: (206)576-8044
Email: greg@albertlawpllc.com

Roger S. Davidheiser, WSBA #18638
FRIEDMAN │ RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101
Tel: (206) 501-4446
Email: rdavidheiser@friedmanrubin.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630<br><br>**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26** |

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26-**Page- 1

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN │ RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

Pursuant to Fed. R. Civ. P. 26(a)(1) and this Court's Scheduling Order, Plaintiffs submit the following initial disclosures. These disclosures are based upon information reasonably available to Plaintiffs as of this date. Continuing investigation and discovery may alter these disclosures. By making these disclosures, Plaintiffs do not represent that (a) they are identifying every document, tangible thing, or witness possibly relevant to this lawsuit or (b) that any particular document exists within their possession, custody or control. Nor do Plaintiffs waive their rights to object to production of any document or tangible thing disclosed on the basis of any privilege, the work product doctrine, relevancy, undue burden, or any other objection supported by law. Rather Plaintiffs' disclosures represent good faith effort to identify information that they reasonably believe is discoverable and is relevant to the factual disputes set forth in the pleadings, as required by Federal Rule of Civil Procedure 26(a)(I).

Plaintiffs' disclosures are made without in any way waiving (1) the right to object on the grounds of competency, privilege, relevancy, and materiality, hearsay, or any other proper ground, or the use of any such information for any purpose, in whole or in part, in any subsequent proceeding in this action or in any other action; and (2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

Plaintiffs reserve the right to clarify, amend, modify, or supplement the information contained in these initial disclosures if and when they obtain supplemental information, to the extent required by the Federal Rules of Civil Procedure. Plaintiffs expressly reserve the right to identify and call as witness(es) additional persons other than those listed below, if, during the course of discovery and investigation relating to this adversary proceeding, Plaintiffs learn that

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630  
**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26**-Page- 2

ALBERT LAW PLLC  
3131 Western Avenue,  
SUITE 410  
SEATTLE, WA 98121  
(206) 576-8044

FRIEDMAN | RUBIN®  
1109 FIRST AVENUE,  
SUITE 501  
SEATTLE, WA 98101  
(206) 501-4446

such additional persons have knowledge of relevant matters. All addresses listed herein are the last known to Plaintiffs.

All of the disclosures set forth below are made subject to the above objections and qualifications.

**INITIAL DISCLOSURE:**

**INDIVIDUALS WHO MAY HAVE KNOWLEDGE. Fed.R.Civ.P. 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

| Name | Contact Information | Subject Matter |
| --- | --- | --- |
| Anna Patrick | c/o ALBERT LAW PLLC & FRIEDMAN │ RUBIN PLLP | Plaintiff who can testify to personal knowledge involving facts and damages of the case. |
| Douglas Morrill and Roseanne Morrill | c/o ALBERT LAW PLLC & FRIEDMAN │ RUBIN PLLP | Plaintiffs who can testify to personal knowledge involving facts and damages of the case. |
| Leisa Garrett | c/o ALBERT LAW PLLC & FRIEDMAN │ RUBIN PLLP | Plaintiff who can testify to personal knowledge involving facts and damages of the case. |
| Robert Nixon and Samantha Nixon | c/o ALBERT LAW PLLC & FRIEDMAN │ RUBIN PLLP | Plaintiffs who can testify to personal knowledge involving facts and damages of the case. |
| David Bottonfield, Rosemarie Bottonfield | c/o ALBERT LAW PLLC & FRIEDMAN │ RUBIN PLLP | Plaintiffs who can testify to personal knowledge involving facts and damages of the case. |

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26-**Page- 3

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN │ RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

| Name | Contact Information | Subject Matter |
|---|---|---|
| Tasha Ryan | c/o ALBERT LAW PLLC & FRIEDMAN │ RUBIN PLLP | Plaintiff who can testify to personal knowledge involving facts and damages of the case. |
| Rogelio Vargas | c/o ALBERT LAW PLLC & FRIEDMAN │ RUBIN PLLP | Plaintiff who can testify to personal knowledge involving facts and damages of the case. |
| Marilyn Dewey | c/o ALBERT LAW PLLC & FRIEDMAN │ RUBIN PLLP | Plaintiff who can testify to personal knowledge involving facts and damages of the case. |
| Peter Rollins and Rachael Rollins | c/o ALBERT LAW PLLC & FRIEDMAN │ RUBIN PLLP | Plaintiffs who can testify to personal knowledge involving facts and damages of the case. |
| Katrina Benny | c/o ALBERT LAW PLLC & FRIEDMAN │ RUBIN PLLP | Plaintiff who can testify to personal knowledge involving facts and damages of the case. |
| Sara Erickson | c/o ALBERT LAW PLLC & FRIEDMAN │ RUBIN PLLP | Plaintiff who can testify to personal knowledge involving facts and damages of the case. |
| Greg Larson | c/o ALBERT LAW PLLC & FRIEDMAN │ RUBIN PLLP | Plaintiff who can testify to personal knowledge involving facts and damages of the case. |
| James King | c/o ALBERT LAW PLLC & FRIEDMAN │ RUBIN PLLP | Plaintiff who can testify to personal knowledge involving facts and damages of the case. |
| David Ramsey | c/o MORGAN, LEWIS & BOCKIUS LLP | Defendant who can testify to personal knowledge involving facts and damages of the case. |

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26-**Page- 4

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

| Name | Contact Information | Subject Matter |
|---|---|---|
| Corporate Representatives of The Lampo Group, LLC | c/o MORGAN, LEWIS & BOCKIUS LLP | Corporative Representatives of Defendant who can testify to personal knowledge involving facts and damages of the case. |
| Corporate Representatives of Happy Hour Media Group, LLC | c/o CORR CRONIN, LLP | Corporative Representatives of Defendant who can testify to personal knowledge involving facts and damages of the case. |
| Brandon Reed | c/o CORR CRONIN, LLP | Reed Hein owner who can testify to Reed Hein business operations, strategy and customer relations. |

**DOCUMENTS PLAINTIFFS MAY RELY UPON. Fed.R.Civ.P. 26(a)(1)(A)(ii):** a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

| Bates Stamp | Documents |
|---|---|
| PLTFFS-000001-000076 | Westgate Resorts Order (Case No. 6:17-cv-1467-Orl-37DCI) dated May 31, 2019 |
| PLTFFS-000077-000111 | Arbitration Awards |
| PLTFFS-000112-307 | Reed Hein Website Screenshots |
| PLTFFS-000308-430 | Sale Scripts |
| PLTFFS-000431-439 | Nine (9) Excel Spreadsheets from the case of *Adolph v. Reed Hein et al*, Case No. 2:21-cv-01378-BJR |
| PLTFFS-000440-444 | Select Videos from the David Ramsey Show |

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26-**Page- 5

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

Plaintiffs are in possession of the below materials, which are currently being reviewed, organized and bates stamped and will be made available for inspection upon request.

1. Various pleadings and voluminous documents from the matter of *Siegrist v. Reed Hein & Associates*, Cause No. 21-2-01757-3, Snohomish County. This includes approximately 140,000 TIF files produced and labeled as RHA_SIEGRIST 001191 through 141385.

2. Various pleadings and documents from the matter of *State of Washington v. Reed Hein & Associates, et al.*, Cause No. 20-2-03141-1, King County.

3. Various pleadings and documents from the matter of *Adolph v. Reed Hein et al*, Case No. 2:21-cv-01378-BJR.

4. Various deposition transcripts and declarations from the matter of *Wyndham Vacation Ownership v. Reed Hein*, Cause No. 6:18-cv-02171, Middle District of Florida.

5. Various deposition transcripts and declarations from the matter of *Westgate Resorts v. Reed Hein*, Cause No. 6:18-cv-01088, Middle District of Florida.

6. Various deposition transcripts from the matter of *Orange Lake Country Club v. Reed Hein*, Cause No. 17-cv-01542, Middle District of Florida.

7. Various deposition transcripts from the matter of *Karen Hudson v. Ardent Law Group*, Cause No. 19-2-30176-7, King County.

8. Public Records documents from the Washington Attorney General's Office, PRR-2023-0164 and CPR-2020-0031.

9. Timeshare Owner Exit Agreements and Power of Attorney forms.

10. Arbitration Exhibits from Case Numbers:

    01-20-0014-1061.

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26-**Page- 6

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

```
01-21-0002-3001
01-21-0003-9337
01-21-0001-0691
01-21-0003-9350
01-20-0014-0799
01-21-0003-7800
01-21-0004-0667
01-21-0003-9748
01-21-0004-1416
01-21-0003-6837
01-21-0003-6820
01-21-0003-6669
```

**DAMAGES. Fed.R.Civ.P. 26(a)(1)(A)(iii):** a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

Plaintiffs claim general damages and special damages. A jury shall determine the general damages at the time of trial. Plaintiffs claim damages based upon the fees the Plaintiffs paid Timeshare Exit Team for a worthless service (PLTFFS-435-437), including treble damages under the CPA, in excess of $150 million, including attorneys' fees and costs.

**INSURANCE AGREEMENTS. Fed.R.Civ.P. 26(a)(1)(A)(iv):** Not applicable for Plaintiffs.

DATED this 10th day of July, 2023.

       **ALBERT LAW, PLLC**

      By: *s/Gregory W. Albert*
        Gregory W. Albert, WSBA #42673
        Jonah Ohm Campbell, WSBA# 55701
        Tallman Trask IV, WSBA# 60280

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26**-Page- 7

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

    3131 Western Ave., Suite 410
    Seattle, WA 98121
    (206)576-8044
    greg@albertlawpllc.com
    tallman@albertlawpllc.com
    jonah@albertlawpllc.com

And —

**FRIEDMAN | RUBIN®**

By: *s/Roger S. Davidheiser*
    Roger S. Davidheiser, WSBA #18638
    1109 First Ave., Ste. 501
    Seattle, WA  98101
    (206)501-4446
    rdavidheiser@friedmanrubin.com
    ***Attorneys for Plaintiffs***

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26-**Page- 8

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA  98101
(206) 501-4446

# CERTIFICATE OF SERVICE

I certify that on this day, a copy of the foregoing document was served on the following individuals via the manner indicated below:

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Patricia A. Eakes, WSBA No. 18888<br>Damon C. Elder, WSBA No. 46754<br>Tyler Weaver, WSBA No. 29413<br>Andrew DeCarlow, WSBA No. 54471<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: patty.eakes@morganlewis.com<br>damon.elder@morganlewis.com<br>tyler.weaver@morganlewis.com<br>andrew.decarlow@morganlewis.com<br>*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC* | [ ] Hand Delivery<br>[ ] ABC Legal Messenger<br>[ ] US Mail, postage prepaid<br>[X] Email<br>[ ] WAWD Clerk's ECF |
| **CORR CRONIN LLP**<br>Jack Lovejoy<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104-1001<br>Phone: (206) 625-8600<br>Email: jlovejoy@corrcronin.com<br><br>*Attorney for Defendant Happy Hour Media Group, LLC* | [ ] Hand Delivery<br>[ ] ABC Legal Messenger<br>[ ] US Mail, postage prepaid<br>[X] Email<br>[ ] WAWD Clerk's ECF |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated: July 10, 2023.

By: ___s/Brooke E. Marvin___
Brooke E. Marvin, Paralegal
**Friedman | Rubin® PLLP**

*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26-**Page- 9

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446