# EXHIBIT 2

### PLTFSS-000433

| CASEID | SalesDate | ClosingOffice | OppOwner | Contract Type | CASEDIR MP DATE | CASEDIR MP | CASEDIR SP | Pipeline Exported | MasterStatus | SubStatus |
|---|---|---|---|---|---|---|---|---|---|---|
| 109744 | 7/18/2021 | ReedHein Kirkland Office | | February 2016 - 4th contract (Cli | 8/26/2021 | External 1 | FILE REFERRED | CASE_DIRECTION | External 1 | FILE REFERRED |
| 109562 | 5/30/2021 | ReedHein Kirkland Office | | February 2016 - 4th contract (Cli | 7/9/2021 | External 1 | FILE REFERRED | CASE_DIRECTION | External 1 | FILE REFERRED |

### PLTFSS-000435

| Count | CASEID | SalesDate | ClosingOffice | OppOwner | Contract Type | CASEDIR MP | CASEDIR SP | Pipeline Exported | MasterStatus | SubStatus |
|---|---|---|---|---|---|---|---|---|---|---|
| 6606 | 37272 | 1/18/2017 | ReedHein San Antonio Office | Chris Matzenbacher | February 2016 - 4th contract (Client Pays all) | Exit Complete | SGB | CASE_DIRECTION | Exit Complete | SGB |
| 22 | 102650 | 5/8/2020 | ReedHein Los Angeles Office | Chris Reneau | April 2020 - 6th contract PIF (Client Pays Resort Owner Fees | Exit Complete | ES2 | CASE_DIRECTION | Exit Complete | ES2 |

### PLTFSS-000436

| Count | CASEID | SalesDate | ClosingOffice | OppOwner | Contract Type | MP | CASEDIR SP | Pipeline Exported | MasterStatus | SubStatus |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 102543 | 05/04/20 | Bellevue Office | Alexander Hancock | April 2020 - 6th contract MTG (Client Pays All) | Complete | Requested | CASE_DIRECTION | Complete | Requested |
| 33 | 102544 | 05/04/20 | Bellevue Office | Alexander Hancock | April 2020 - 6th contract MTG (Client Pays All) | Complete | Requested | CASE_DIRECTION | Complete | Requested |

### PLTFSS-000437

| Count | CASEID | SalesDate | ClosingOffice | OppOwner | Contract Type | MP | CASEDIR SP | Pipeline Exported | MasterStatus | SubStatus |
|---|---|---|---|---|---|---|---|---|---|---|
| 3279 | 94127 | 09/13/19 | ReedHein Bellevue Office | Alexander Hancock | March 2019- 5th Contract PIF (Client Pays All) | Orange Lake | File in Progress | CASE_DIRECTION | Orange Lake | File in Progress |
| 1603 | 102539 | 05/04/20 | ReedHein Bellevue Office | Alexander Hancock | April 2020 - 6th contract MTG (Client Pays All) | Granite Spire | Assigned | CASE_DIRECTION | Granite Spire | Assigned |
| 1604 | 102542 | 05/04/20 | ReedHein Bellevue Office | Alexander Hancock | April 2020 - 6th contract MTG (Client Pays All) | Granite Spire | Assigned | CASE_DIRECTION | Granite Spire | Assigned |
| 2495 | 98135 | 12/30/19 | ReedHein Bellevue Office | Alexander Hancock | February 2016 - 4th contract (Client Pays all) | External 1 | FILE REFERRED | CASE_DIRECTION | External 1 | FILE REFERRED |
| 9598 | 60293 | 12/18/17 | ReedHein San Diego (Mira Mesa) Office | Ryan Vorhees | February 2016 - 4th contract (Client Pays all) | Granite Spire | Assigned | CASE_DIRECTION | Granite Spire | Assigned |
| 3411 | 93591 | 08/30/19 | ReedHein Bellevue Office | Alexander Hancock | March 2019- 5th Contract MTG (Client Pays All) | Granite Spire | Assigned | CASE_DIRECTION | Granite Spire | Assigned |
| 3530 | 93098 | 08/19/19 | ReedHein Alexandria Office | Donald Grant | March 2019- 5th Contract MTG (Client Pays All) | Granite Spire | Assigned | CASE_DIRECTION | Granite Spire | Assigned |
| 4913 | 87732 | 04/23/19 | ReedHein Bellevue Office | Tiffany Vela | March 2019- 5th Contract MTG (Client Pays All) | Granite Spire | Assigned | CASE_DIRECTION | Granite Spire | Assigned |
| 3559 | 92943 | 08/15/19 | ReedHein Bellevue Office | Alexander Hancock | March 2019- 5th Contract MTG (Client Pays All) | Granite Spire | Assigned | CASE_DIRECTION | Granite Spire | Assigned |
| 3099 | 94833 | 10/07/19 | ReedHein Chicago Office | Mike Heckerman | March 2019- 5th Contract PIF (Client Pays All) | External 1 | FILE REFERRED | CASE_DIRECTION | External 1 | FILE REFERRED |
| 1561 | 102703 | 05/08/20 | Bellevue Office | Jared Clark | April 2020 - 6th contract PIF (Client Pays Resort Owner Fee | ES2 | Team 2 | CASE_DIRECTION | ES2 | Team 2 |