# EXHIBIT 4



Date: 12/28/15

REED HEIN & ASSOCIATES LLC
3400 188th ST SW Suite 300
Lynnwood, WA 98037
1-855-733-3434

# TIMESHARE OWNER EXIT AGREEMENT

**Owner(s)** ███████████████ [Include All Owners]; is/are referred to herein as the "OWNER", the "CLIENT", "you" or "your".

**Timeshare Exit Team:** REED HEIN & ASSOCIATES LLC, a Washington limited liability company; is referred to herein as "REED HEIN" or "we".

OWNER desires to transfer his/her "Timeshare" ownership, i.e. transfer title and/or membership along with all associated financial obligations (collectively, the "Timeshare Ownership") with the following resort, vacation or timeshare club: _DIAMOND RESORTS_ (the "Resort"). REED HEIN provides their clients with a safe and secure transfer strategy for their Timeshare Ownership, and guarantee as set forth herein. REED HEIN desires to secure your ultimate objective to end your Timeshare Ownership and all the associated financial obligations.

For and in consideration of their mutual and/or respective benefits, obligations and covenants as set forth herein, for which the bargaining for, the receipt of and the sufficiency of which are hereby acknowledged, the undersigned parties agree as follows:

## FEE AMOUNT

REED HEIN's "Fee Amount" for this Agreement is $ _3607_
The Fee Amount is payable in full upon the signing of this Agreement, unless a financing document for delayed payment is simultaneously signed, in which case such financing document is herein incorporated by this reference. The Fee Amount, and any part thereof, becomes immediately non-refundable except as may be set forth herein regarding the Guarantee.

## FEES AND COSTS

Under this Agreement there are absolutely no extra service fees or closing costs to be owed or paid by the CLIENT to REED HEIN. However, some resorts may require a cancellation fee or similar fee to end or exit an ownership, and such fee(s) may be required in your case. These fees will be no greater than the

Page - 1                                     Initial(s) _Lsh_  ____  Date 12/28/15

amount of this current year's maintenance fee. If so, the CLIENT will be required to pay that fee to the Resort for a successful exit. In addition, some resorts require all past maintenance fees to be paid upon the completion of an exit. If required, these past maintenance fees will be paid by the CLIENT. Whether accepted by OWNER or not, an exit agreement obtained by REED HEIN from the Resort shall meet REED HEIN's Guarantee even though the Resort may require the payment by OWNER of an exit fee.

Initial(s)_____ _____ Date_____ L

### CLIENT'S DUTIES

A. Please remember that you own your Timeshare until the closing of the exit is finalized, thereby relieving you of ownership; and you remain responsible for all financial obligations associated with your Timeshare until the exit is completed. The closing of an exit transaction usually takes 3 to 9 months, but in some cases longer due to Resort delays or restrictions.

B. Finally, the CLIENT must sign (and notarize, as requested: typically deeded properties) and send within Fourteen (14) days of receiving them, any of the transfer documents required by the Resort and/or REED HEIN.

### REED HEIN'S DUTIES

Every remaining duty in this Agreement is for REED HEIN to perform in order for you to successfully exit your Timeshare Ownership. If REED HEIN cannot finalize your Timeshare Ownership for any reason whatsoever, you will be entitled to a full refund of the Fee Amount. BUT BE ADVISED: REED HEIN fully plans on successfully completing your exit process, so please anticipate and expect a successful closing to secure the objective: To get you out of your Timeshare Ownership and all associated financial obligations.

### THIS IS NOT A LISTING AGREEMENT!

This is a 100% certain solution Timeshare Ownership Exit Agreement. This is not a listing agreement where a timeshare ownership listing may sit unworked for months. Our Fee Agreement is GUARANTEED for complete performance (total Timeshare Ownership exit including all associated financial obligations).

### INDEPENDENT REVIEW/ADVICE; BINDING AGREEMENT

OWNER is fully satisfied with the binding terms of this Agreement. By signing below the OWNER acknowledges that he/she has had the opportunity to obtain his/her own independent legal and/or tax advice. OWNER now wants to engage REED HEIN. All terms of this Agreement become binding upon signing, and no Fee Amounts will be refunded except as specifically set forth herein. If there is any dispute under our Agreement, the laws of the state of Washington shall apply with jurisdiction granted to the Washington Superior Courts venued in Snohomish County. REED HEIN's liability under this Agreement is strictly limited to contract damages not to exceed the Fee Amount. Prior to any litigation, the parties agree to first attempt good faith mediation.

### AVOID OWNER DEFAULT

REED HEIN wants you to receive what you paid for (and to be able to end your Timeshare Ownership without unnecessary costs). As discussed on Page 1, you have few duties owed under this Agreement,

Page - 2

Initial(s) _lsh_ _____ Date 12/28/15

TT-00457
PRR-2023-0164

but they are important to accomplish in order to avoid a default and forfeiture of your deposited funds. You will only have a few documents to properly and timely sign. So please avoid an unnecessary delay and call immediately if you think there could be any problem with performance. (We can help!)

**GUARANTEE**

REED HEIN guarantees that it will obtain exit agreement from the Resort regarding your Timeshare Ownership, or your Fee Amount will be refunded. This Guarantee is met even though the OWNER may not accept the terms of the Resort's exit agreement. This Guarantee is contingent upon: (a) all information that is provided to REED HEIN by the CLIENT as having been accurate and complete, and (b) full cooperation with the CLIENT to respond to any RFI ("Request For Information") by REED HEIN or the Resort. This Guarantee does not apply to any transaction where the CLIENT stops or delays the exit process or refuses to sign a procured exit offer. This Guarantee is valid only when the CLIENT fulfills the duties required of them. If the CLIENT delays the process or does not properly or timely respond to REED HEIN's requests, then the Guarantee is void. If the requested exit from Timeshare Ownership cannot be obtained, and CLIENT has fully cooperated with REED HEIN, the Fee Amount you have paid for this Agreement will be fully refunded.

*[Select and mark the applicable Box]:*

[X] CLIENT warrants that his/her Timeshare is owned free and clear of any mortgages or other lien encumbrances.

[ ] CLIENT acknowledges the existence of a mortgage.

**RIGHT TO CANCEL THIS AGREEMENT**

You may cancel this Agreement at any time prior to midnight of the third (3rd) business day after the date of signing this Agreement. In order to be a valid cancellation, you must mail your signed cancellation notice to REED HEIN's address listed at the top of this Agreement, by certified mail, return receipt requested, postage prepaid. Please call us first for rapid resolution of any concerns. REED HEIN has never had a Better Business Bureau or Washington State Attorney General complaint, or any other form of government action in all 50 states and Canada. We plan on keeping this unblemished record with the consumer public and our valued clients. So if anything concerns you please call us: we are committed to making this a positive closing chapter to your timeshare ownership.

**NOTICES**

Any notices or other communications desired or required to be given under this Agreement shall be in writing and shall be sent by certified mail, return receipt requested, postage prepaid to REED HEIN to their address listed at the top of this Agreement, and/or, to the OWNER to their address listed in the attached Membership Processing form.

Page - 3         Initial(s) _lsk_ _____ Date 12/28/15

**COSTS; ATTORNEYS FEES**

If any dispute should arise between the parties, the prevailing party shall be awarded by the court its reasonable costs and expenses, including reasonable attorney's fees.

**SUCCESSORS AND ASSIGNS**

This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns. REED HEIN may assign this Agreement or all or any part of its rights and obligations hereunder to one or more parties without the consent of OWNER.

**AMENDMENTS**

This Agreement may not be changed, modified or terminated except by a written instrument executed by both parties hereto.

**ENTIRE AGREEMENT**

This Agreement contains all of the terms agreed upon between the parties with respect to the subject matter hereof and supersedes any and all prior written or oral understandings.

12/28/15 OWNER_____ Date_____

REED HEIN Authorized Agent: Bryan Wuth    Date 12/28/15



Page - 4                                    Initial(s) lsh    Date 12/28/15

TT-00459
PRR-2023-0164