THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, ET AL., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>　　　　　　　　　Defendants. | Case No.: 2:23-cv-00630 JLR<br><br>NOTICE OF APPEAL |

TO:　　　　Clerk of the Court;

AND TO:　　All parties and counsel of record.

　　Defendant Happy Hour Media Group, LLC hereby appeal to the U.S. Court of Appeals for the Ninth Circuit from the Court's August 21, 2024 order denying their motion to compel arbitration (ECF Dkt. No. 101). *See* 9 U.S.C. § 16(a).

NOTICE OF APPEAL
Case No.: 2:23-cv-00630 JLR - 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 18th day of September, 2024.

CORR CRONIN LLP

By: *s/ Jack M. Lovejoy*
Jack M. Lovejoy, WSBA No. 36962
Maia R. Robbins, WSBA No. 54451
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Phone: (206) 625-8600
jlovejoy@corrcronin.com
mrobbins@corrcronin.com

*Attorneys for Defendant Happy Hour Media Group, LLC*

NOTICE OF APPEAL
Case No.: 2:23-cv-00630 JLR - 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        *s/Wen Cruz*
                                        Wen Cruz

NOTICE OF APPEAL
Case No.: 2:23-cv-00630 JLR - 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900