UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DAVID L. RAMSEY, III, et al.,<br><br>　　　　　Defendants. | CASE NO. C23-0630JLR<br><br>ORDER |

On August 21, 2024, the court issued an order denying Defendants David L. Ramsey, III and The Lampo Group, LLC's (together, the "Lampo Defendants") motion to compel arbitration and Defendant Happy Hour Media Group LLC's ("Happy Hour") joinder therein.  (8/21/24 Order (Dkt. # 101); *see also* MTC (Dkt. # 82); Joinder (Dkt. # 84).)  On September 18, 2024, the Lampo Defendants and Happy Hour filed notices of appeal of the August 21, 2024 order.  (Lampo NOA (Dkt. # 102); Happy Hour NOA (Dkt. # 103).)

ORDER - 1

1     In *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 744 (2023), the Supreme Court held that when a defendant files an interlocutory appeal of the denial of its motion to compel arbitration, the district court is required to stay its proceedings during the pendency of the appeal. Accordingly, the court ORDERS Plaintiffs to SHOW CAUSE by no later than **September 25, 2024**, why the court should not stay these proceedings until the Ninth Circuit Court of Appeals resolves Defendants' appeals. Failure to respond to this order will result in the court staying this case.

    Dated this 19th day of September, 2024.

JAMES L. ROBART
United States District Judge