THE HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,

   Plaintiffs,

v.

DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,

   Defendants.

Case No. 2:23-cv-00630

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

On September 19, 2024, this court entered an order directing Plaintiffs to show a cause as to why the court should not stay proceedings in this case pending Defendants' appeal of

RESPONSE AND NON-OPPOSITION
TO ORDER TO SHOW CAUSE
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
Page- 1

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA 98101
(206) 501-4446

this court's order denying Defendants' motion to compel arbitration. Dkt. No. 104. Plaintiffs acknowledge that *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023) requires this court to enter an "automatic" stay while Defendants' 9 U.S.C. § 16(a) appeal is pending. Although Plaintiffs believe discovery productions remain outstanding and disagree with the merits of the appeal, Plaintiffs do not believe they can show cause why proceedings should not be stayed.

DATED this 24th day of September, 2024.

**ALBERT LAW, PLLC**

By: *s/Gregory W. Albert*
Gregory W. Albert, WSBA #42673
Tallman Trask IV, WSBA# 60280
3131 Western Ave., Suite 410
Seattle, WA 98121
(206)576-8044
greg@albertlawpllc.com
tallman@albertlawpllc.com

And—

**FRIEDMAN | RUBIN®**

By: *s/Roger S. Davidheiser*
Roger S. Davidheiser, WSBA #18638
1109 First Ave., Ste. 501
Seattle, WA  98101
(206)501-4446
rdavidheiser@friedmanrubin.com
**Attorneys for Plaintiffs**

RESPONSE AND NON-OPPOSITION
TO ORDER TO SHOW CAUSE
*Patrick et al, v. Ramsey, et al.*, Case No. 2:23-cv-00630
Page- 2

ALBERT LAW PLLC
3131 Western Avenue,
SUITE 410
SEATTLE, WA 98121
(206) 576-8044

FRIEDMAN | RUBIN®
1109 FIRST AVENUE,
SUITE 501
SEATTLE, WA  98101
(206) 501-4446