UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, et al., | CASE NO. C23-0630JLR |
| Plaintiffs, | ORDER |
| v. | |
| DAVID L. RAMSEY, III, et al., | |
| Defendants. | |

On August 21, 2024, the court issued an order denying Defendants David L. Ramsey, III and The Lampo Group, LLC's (together, the "Lampo Defendants") motion to compel arbitration and Defendant Happy Hour Media Group LLC's ("Happy Hour" and together with the Lampo Defendants, "Defendants") joinder therein.  (8/21/24 Order (Dkt. # 101); *see also* MTC (Dkt. # 82); Joinder (Dkt. # 84).)  On September 18, 2024, Defendants filed notices of appeal of the August 21, 2024 order denying the motion to compel arbitration.  (Lampo NOA (Dkt. # 102); Happy Hour NOA (Dkt. # 103).)

ORDER - 1

1  In *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 744 (2023), the Supreme Court held that when a defendant files an interlocutory appeal of the denial of its motion to compel arbitration, the district court is required to stay its proceedings during the pendency of the appeal. Accordingly, on September 19, 2024, the court ordered Plaintiffs to show cause why the court should not stay these proceedings until the Ninth Circuit Court of Appeals resolves Defendants' appeals. Plaintiffs timely responded to the order. (OSC Resp. (Dkt. # 107).) They acknowledge that *Coinbase* requires the court to stay this matter and state that they "do not believe they can show cause why proceedings should not be stayed." (*Id.*) Therefore, the court STAYS this matter pending the resolution of Defendants' appeals of the court's August 21, 2024 order.

Dated this 25th day of September, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2