UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** (List **each** party filing the appeal, do not use "et al." or other abbreviations.)

Name(s) of party/parties:

> David L. Ramsey, III; The Lampo Group, LLC

Name(s) of counsel (if any):

> Patricia A. Eakes, Damon C. Elder, and Andrew DeCarlow

Address: Morgan, Lewis & Bockius LLP - 1301 Second Avenue, Suite 3000, Seattle, WA 98101

Telephone number(s): (206) 274-6400

Email(s): patty.eakes@morganlewis.com, damon.elder@morganlewis.com, andrew.decarlow@morganlewis.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

**Appellee(s)** (List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)

Name(s) of party/parties:

> Anna Patrick, Douglas Morrill, Roseanne Morrill, Leisa Garrett, Robert Nixon, Samantha Nixon, David Bottonfield, Rosemarie Bottonfield, Tasha Ryan, Rogelio Vargas, Marilyn Dewey, Peter Rollins, Rachael Rollins, Katrina Benny, Sara Erickson, Greg Larson, and James King

Name(s) of counsel (if any):

> Gregory W. Albert and Tallman Trask IV

Address: Albert Law PLLC - 3131 Western Ave., Suite 410 Seattle, WA 98121

Telephone number(s): (206) 576-8044

Email(s): greg@albertlawpllc.com, tallman@albertlawpllc.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> David L. Ramsey, III; The Lampo Group, LLC

Name(s) of counsel (if any):

> Stephanie Schuster

Address: Morgan, Lewis & Bockius LLP - 1111 Pennsylvania Avenue, NW Washington, DC 20004-2541

Telephone number(s): (202) 739-3000

Email(s): stephanie.schuster@morganlewis.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊗ Yes   ○ No

**Appellees**

Name(s) of party/parties:

> Anna Patrick, Douglas Morrill, Roseanne Morrill, Leisa Garrett, Robert Nixon, Samantha Nixon, David Bottonfield, Rosemarie Bottonfield, Tasha Ryan, Rogelio Vargas, Marilyn Dewey, Peter Rollins, Rachael Rollins, Katrina Benny, Sara Erickson, Greg Larson, and James King

Name(s) of counsel (if any):

> Roger S. Davidheiser

Address: Friedman Rubin - 1109 First Ave., Ste. 501 Seattle, WA 98101

Telephone number(s): (206) 501-4446

Email(s): rdavidheiser@friedmanrubin.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*