# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Happy Hour Media Group LLC |

Name(s) of counsel (if any):

| |
|---|
| Jack M. Lovejoy, WSBA 36962<br>Maia R. Robbins, WSBA 54451<br>Corr Cronin LLP |

Address: 1015 Second Avenue, Floor 10 Seattle, WA 98104

Telephone number(s): (206) 625-8600

Email(s): jlovejoy@corrcronin.com, mrobbins@corrcronin.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Anna Patrick, Douglas Morrill, Roseanne Morrill, Leisa Garrett, Robert Nixon, Samantha Nixon, David Bottonfield, Rosemarie Bottonfield, Tasha Ryan, Rogelio Vargas, Marilyn Dewey, Peter Rollins, Rachael Rollins, Katrina Benny, Sara Erickson, Greg Larson, and James King |

Name(s) of counsel (if any):

| |
|---|
| Gregory W. Albert and Tallman Trask IV |

Address: Albert Law PLLC - 3131 Western Ave., Suite 410 Seattle, WA 98121

Telephone number(s): (206) 576-8044

Email(s): greg@albertlawpllc.com, tallman@albertlawpllc.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

| David L. Ramsey, III; The Lampo Group, LLC |

Name(s) of counsel (if any):

| Stephanie Schuster |

Address: 1111 Pennsylvania Avenue, NW Washington, DC 20004-2541

Telephone number(s): (202) 739-3000

Email(s): stephanie.schuster@morganlewis.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ☒ Yes   ☐ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

**Form 6**                                   2                            *New 12/01/2018*