THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630-JLR<br><br>**NOTICE OF WITHDRAWAL** |

NOTICE OF WITHDRAWAL - 1
(Case No. 2:23-cv-00630-JLR)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE of the withdrawal of Clara Kollm of Morgan, Lewis & Bockius LLP as an attorney of record for Defendants David Ramsey, III and The Lampo Group, LLC., ("Defendants") in the above-captioned matter, effective immediately. Defendants will continue to be represented by Patricia A. Eakes, Damon C. Elder, and Andrew DeCarlow of Morgan, Lewis & Bockius LLP, who have all entered appearances in this action, and there will therefore be no disruption to the Court's calendar or the representation of Defendants in this matter.

DATED: February 10, 2025

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Clara Kollm*
Clara Kollm, *pro hac vice*
*Withdrawing Attorney*

By: *s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA No. 54471
Patricia A. Eakes, WSBA No. 18888
Damon C. Elder, WSBA No. 46754
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: andrew.decarlow@morganlewis.com
   patty.eakes@morganlewis.com
   damon.elder@morganlewis.com

*Attorneys for Defendants David Ramsey III and The Lampo Group, LLC*

NOTICE OF WITHDRAWAL - 2
(Case No. 2:23-cv-00630-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401