UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00630<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**(CLERK'S ACTION REQUIRED)** |

TO: Clerk of the Court;

AND TO: DEFENDANTS and their counsel

AND TO: Anna Patrick, Douglas Morrill, Roseanne Morrill, Leisa Garrett, Robert Nixon, Samantha Nixon, David Bottonfield, Rosemarie Bottonfield, Tasha Ryan, Rogelio Vargas, Marilyn Dewey, Peter Rollins, Rachael Rollins, Katrina Benny, Sara Erickson, Greg Larson, and James King

NOTICE OF WITHDRAWAL
OF COUNSEL - 1

ALBERT LAW PLLC
3131 Western Ave. Suite 410
Seattle, WA 98121
(206) 576-8044

NOTICE IS HEREBY GIVEN that Tallman H. Trask, IV, WSBA # 60280, hereby withdraws as attorney for Plaintiffs Anna Patrick, Douglas Morrill, Roseanne Morrill, Leisa Garrett, Robert Nixon, Samantha Nixon, David Bottonfield, Rosemarie Bottonfield, Tasha Ryan, Rogelio Vargas, Marilyn Dewey, Peter Rollins, Rachael Rollins, Katrina Benny, Sara Erickson, Greg Larson, and James King. Gregory W. Albert, WSBA #42673 remains attorney for Plaintiff Anna Patrick, Douglas Morrill, Roseanne Morrill, Leisa Garrett, Robert Nixon, Samantha Nixon, David Bottonfield, Rosemarie Bottonfield, Tasha Ryan, Rogelio Vargas, Marilyn Dewey, Peter Rollins, Rachael Rollins, Katrina Benny, Sara Erickson, Greg Larson, and James King

All notices, papers, pleadings, exclusive of process, should continue to be served upon Albert Law PLLC at 3131 Western Ave, Suite 410, Seattle, WA 98121. This withdrawal and substitution of counsel is effective as of May 16, 2025. This matter is currently stayed pending appeal.

DATED May 7, 2025.

By: _____
ALBERT LAW PLLC
Gregory W. Albert, WSBA #42673
Tallman H. Trask, IV, WSBA #60280
3131 Western Ave, Suite 410
Seattle, WA 98121
Telephone: (206) 576-8044
greg@albertlawpllc.com
tallman@albertlawpllc.com
*Attorneys for Plaintiffs*

NOTICE OF WITHDRAWAL
OF COUNSEL - 2

ALBERT LAW PLLC
3131 Western Ave. Suite 410
Seattle, WA 98121
(206) 576-8044