| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 4 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

ANNA PATRICK; et al.,

        Plaintiffs - Appellees,

 v.

DAVID L. RAMSEY III and THE LAMPO GROUP, INC., a Tennessee limited liability company,

        Defendants - Appellants,

and

HAPPY HOUR MEDIA GROUP LLC, a Washington limited liability company,

        Defendant.

No. 24-5710

D.C. No. 2:23-cv-00630-JLR

Western District of Washington, Seattle

MANDATE

TASHA RYAN; et al.,

        Plaintiffs - Appellees,

 v.

HAPPY HOUR MEDIA GROUP LLC,

        Defendant - Appellant,

and

THE LAMPO GROUP, INC. and DAVID L. RAMSEY III,

No. 24-5711

D.C. No. 2:23-cv-00630-JLR

Western District of Washington, Seattle

| Defendants. |
|---|

The judgment of this Court, entered November 12, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT