UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA PATRICK, et al., | CASE NO. C23-0630JLR |
| Plaintiffs, | ORDER |
| v. | |
| DAVID L. RAMSEY, III, et al., | |
| Defendants. | |

On August 21, 2024, the court issued an order denying Defendants David L. Ramsey, III and The Lampo Group, LLC's (together, the "Lampo Defendants") motion to compel arbitration and Defendant Happy Hour Media Group LLC's ("Happy Hour" and together with the Lampo Defendants, "Defendants") joinder therein. (8/21/24 Order (Dkt. # 101).) On September 18, 2024, Defendants filed notices of appeal of that order. (Lampo NOA (Dkt. # 102); Happy Hour NOA (Dkt. # 103).) On September 25, 2024, the court stayed this matter pending the Ninth Circuit's resolution of Defendants' appeals. (9/25/24 Order (Dkt. # 108).)

ORDER - 1

1  The Ninth Circuit affirmed the court's order denying Defendants' motion to
2  compel arbitration on November 12, 2025, and issued its mandate on December 4, 2025.
3  (9th Cir. Mem. (Dkt. # 113); 9th Cir. Mandate (Dkt. # 114).)  Accordingly, the court
4  LIFTS the stay in this matter and ORDERS the parties to file, by no later than **January 5,**
5  **2026**, a joint statement regarding how this matter should proceed in light of the Ninth
6  Circuit's decision.
7  Dated this 4th day of December, 2025.

JAMES L. ROBART
United States District Judge