THE HONORABLE JAMES L. ROBART

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,

    Defendants.

Case No. 2:23-cv-00630-JLR

**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE AND CLASS CERTIFICATION DEADLINES FOLLOWING REMAND**

NOTE ON MOTION CALENDAR:
January 5, 2026

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE AND CLASS CERTIFICATION DEADLINES – PAGE 1
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

Pursuant to this Court's December 4, 2025 Order [Dkt. No. 115] ordering the parties to file, by no later than January 5, 2026, a joint statement regarding how this matter should proceed, Plaintiffs Anna Patrick, Douglas Morrill, Roseanne Morrill, Leisa Garrett, Robert Nixon, Samantha Nixon, David Bottonfield, Rosemarie Bottonfield, Tasha Ryan, Rogelio Vargas, Marilyn Dewey, Peter Rollins, Rachel Rollins, Katrina Benny, Sara Erickson, Greg Largson, and James King ("Plaintiffs") and Defendants David L. Ramsey III and the Lampo Group, LLC ("Lampo Defendants") and Happy Hour Media Group, LLC ("Happy Hour") (collectively, the "Parties"), hereby STIPULATE and AGREE, and so jointly move the Court, as follows:

WHEREAS, prior to the recent appeal and related stay of the litigation, the Court issued an order on June 11, 2024 (Dkt. No. 81), setting the following deadlines:

- Deadline for Plaintiffs' disclosure of experts upon whom they may rely in connection with class certification: November 21, 2024

- Deadline for Defendants' disclosure of experts upon whom they may rely in connection with class certification: January 17, 2024

- Deadline for Plaintiffs' disclosure of rebuttal experts upon whom they may rely in connection with class certification: February 14, 2024

- Deadline for motions relating to admissibility of experts on issues pertaining to class certification: April 25, 2025

- Deadline for dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification: April 25, 2025

- Deadline for responses or oppositions to motions relating to admissibility of experts on issues pertaining to class certification and/or dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification: May 30, 2025

- Deadline for replies regarding motions relating to admissibility of experts on issues pertaining to class certification and/or dispositive motions or motions to compel arbitration that any party believes are likely to affect class certification: June 20, 2025

- Deadline to complete discovery on class certification: 30 days after expert motions and dispositive motions or motions to compel arbitration affecting class certification are decided by the Court

STIPULATION AND [PROPOSED] ORDER
EXTENDING CASE SCHEDULE AND CLASS
CERTIFICATION DEADLINES – PAGE 2
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

- Deadline for Plaintiffs to file motion for class certification: 60 days after expert motions and dispositive motions or motions to compel arbitration affecting class certification are decided by the Court

WHEREAS, this case was stayed on September 25, 2024 (Dkt. No. 108) pending Defendants' appeal of the Court's order denying the motions to compel arbitration (Dkt. No. 101);

WHEREAS, the Court's order denying the motions to compel arbitration (Dkt. No. 101) was affirmed by the Court of Appeals for the Ninth Circuit (Dkt. No. 113) and this case was remanded on December 4, 2025 (Dkt. No. 115);

WHEREAS, The Parties have worked cooperatively to negotiate a schedule that considers the present status of the litigation following appeal;

WHEREAS, The parties have conferred and agree that, in the interest of judicial efficiency and fairness, all motions relating to class certification—including motions regarding the admissibility of experts, dispositive motions affecting class certification, and the motion for class certification itself—should be briefed and argued on the same schedule after the close of class certification discovery; that in light of the status of the litigation at this stage of the proceedings, good cause exists to enter the case schedule as set forth below; and that further good cause exists to adopt a case schedule only through the adjudication of class certification at this time;

WHEREAS, the Parties agree that the proposal of this case schedule is without prejudice to any party's right or ability to seek a stay as may be appropriate or to move for other revisions to the case schedule in the future:

WHEREAS, the Parties agree and respectfully propose that the Court enter the following case deadlines:

- Deadline for Plaintiffs' disclosure of experts upon whom they may rely in connection with class certification: September 30, 2026

- Deadline for Defendants' disclosure of experts upon whom they may rely in connection with class certification: December 16, 2026

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CASE SCHEDULE AND CLASS CERTIFICATION DEADLINES – PAGE 3
Case No. 2:23-cv-00630-JLR

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

- Deadline for Plaintiffs' disclosure of rebuttal experts upon whom they may rely in connection with class certification: January 18, 2027

- Deadline to complete class certification specific discovery, including class certification expert discovery: February 22, 2027

- Deadline for motions relating to class certification, admissibility of experts on issues pertaining to class certification, and/or dispositive motions that any party believes are likely to affect class certification: March 30, 2027

- Deadline for responses or oppositions to motions relating to class certification, admissibility of experts on issues pertaining to class certification, and/or dispositive motions that any party believes are likely to affect class certification: May 31, 2027

- Deadline for replies regarding motions relating to class certification, admissibility of experts on issues pertaining to class certification, and/or dispositive motions that any party believes are likely to affect class certification: July 14, 2027

WHEREAS, the Parties agree that meeting the deadlines set forth in this proposed case schedule is dependent upon the timely completion of class discovery;

WHEREAS, the Parties therefore commit to diligent compliance with their discovery obligations under the applicable court rules; and

WHEREAS, the Parties further commit to promptly resolving any discovery disputes that arise without delay.

THEREFORE, the Parties stipulate and jointly move the Court for an order setting the deadlines through the adjudication of class certification as set forth above. This stipulation is made without prejudice to any party, individually or collectively, to seek extension of the deadlines herein, as litigation continues, and/or to file dispositive motions and other motions that any party believes are not likely to affect class certification.

STIPULATION AND [PROPOSED] ORDER
EXTENDING CASE SCHEDULE AND CLASS
CERTIFICATION DEADLINES – PAGE 4
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

STIPULATED TO this 5th day of January, 2026.

| | |
|---|---|
| **ALBERT LAW PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Gregory W. Albert (w/permission)* | By: *s/ Kit W. Roth* |
| Gregory W. Albert, WSBA #42673 | Patty A. Eakes, WSBA #18888 |
| Jonah L. Ohm Campbell, WSBA #55701 | Kit W. Roth, WSBA #33059 |
| Tallman Harlow Trask, IV, WSBA #60280 | Damon C. Elder, WSBA #46754 |
| 3131 Western Ave, Suite 410 | Andrew DeCarlow, WSBA #54471 |
| Seattle, WA 98121 | 1301 Second Avenue, Suite 3000 |
| Phone: (206) 576-8044 | Seattle, WA 98101 |
| Email: greg@albertlawpllc.com | Phone: (206) 274-6400 |
| jonah@albertlawpllc.com | Email: patty.eakes@morganlewis.com |
| tallman@albertlawpllc.com | kit.roth@morganlewis.com |
| | damon.elder@morganlewis.com |
| | andrew.decarlow@morganlewis.com |

*Attorneys for Defendants David L. Ramsey, III and The Lampo Group, LLC*

**FRIEDMAN RUBIN PLLC (SEATTLE-DOWNTOWN)**

By: *s/ Roger S. Davidheiser (w/permission)*
Roger S. Davidheiser, WSBA #18638
1109 1st Ave Ste 501
Seattle, WA 98101-2988
Phone: (206) 501-4446
Email: rdavidheiser@friedmanrubin.com

*Attorneys for Plaintiffs*

**CORR CRONIN, LLP**

By: *Jack Lovejoy (w/permission)*
Jack Lovejoy, WSBA #36962
1015 Second Ave. Floor 10
Seattle, WA 98104
Phone: (206) 812-0894
Email: jlovejoy@corrcronin.com

*Attorneys for Happy Hour Media Group, LLC*

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING CASE SCHEDULE AND CLASS
CERTIFICATION DEADLINES – PAGE 5
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

DATED this 5th day of January, 2026.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CASE SCHEDULE AND CLASS CERTIFICATION DEADLINES – PAGE 6
Case No. 2:23-cv-00630-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401