UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,

Defendants.

Case No. 2:23-cv-00630

**NOTICE OF WITHDRAWAL**

**(CLERK'S ACTION REQUIRED)**

TO: Clerk of the Court;

AND TO: DEFENDANTS and their counsel;

AND TO: All Plaintiffs and their counsel

     NOTICE IS HEREBY GIVEN that **Jonah L. Ohm Campbell** withdraws as attorney for

NOTICE OF WITHDRAWAL- 1

ALBERT LAW PLLC
3131 Western Ave. Suite 410
Seattle, WA 98121
(206) 576-8044

Plaintiffs Anna Patrick, Douglas Morrill, Roseanne Morrill, Leisa Garrett, Robert Nixon, Samantha Nixon, David Bottonfield, Rosemarie Bottonfield, Tasha Ryan, Rogelio Vargas, Marilyn Dewey, Peter Rollins, Rachael Rollins, Katrina Benny, Sara Erickson, Greg Larson, and James King.

Gregory Albert of Albert Law PLLC and Roger Davidheiser of Friedman Rubin PLLC remain as counsel for all Plaintiffs.

DATED June 8, 2026.

By: */s/ Jonah Ohm Campbell*
Jonah Ohm Campbell, WSBA #55701
Law Office of Kirk C. Davis PLLC
1218 Third Avenue, Suite 1518
Seattle, WA 98101
Jonah@kirkdavislaw.com

By:_____
Gregory W. Albert, WSBA #42673
Albert Law PLLC
3131 Western Ave, Suite 410
Seattle, WA 98121
Telephone: (206) 576-8044
greg@albertlawpllc.com
*Attorneys for Plaintiffs*