UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ANNA PATRICK, DOUGLAS MORRILL, ROSEANNE MORRILL, LEISA GARRETT, ROBERT NIXON, SAMANTHA NIXON, DAVID BOTTONFIELD, ROSEMARIE BOTTONFIELD, TASHA RYAN, ROGELIO VARGAS, MARILYN DEWEY, PETER ROLLINS, RACHAEL ROLLINS, KATRINA BENNY, SARA ERICKSON, GREG LARSON, and JAMES KING, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DAVID L. RAMSEY, III, individually; HAPPY HOUR MEDIA GROUP, LLC, a Washington limited liability company; THE LAMPO GROUP, LLC, a Tennessee limited liability company,

Defendants.

Case No. 2:23-cv-00630

**NOTICE OF APPEARANCE**

**(CLERK'S ACTION REQUIRED)**

TO: Clerk of the Court;

AND TO: DEFENDANTS and their counsel;

AND TO: PLAINTIFFS and their counsel

NOTICE IS HEREBY GIVEN that **Timothy J. Rosewell** of Albert Law PLLC appears

NOTICE OF APPEARANCE - 1

ALBERT LAW PLLC
3131 Western Ave. Suite 410
Seattle, WA 98121
(206) 576-8044

as counsel for plaintiffs Anna Patrick, Douglas Morrill, Roseanne Morrill, Leisa Garrett, Robert Nixon, Samantha Nixon, David Bottonfield, Rosemarie Bottonfield, Tasha Ryan, Rogelio Vargas, Marilyn Dewey, Peter Rollins, Rachael Rollins, Katrina Benny, Sara Erickson, Greg Larson, and James King.

All pleadings and papers shall be served upon Timothy J. Rosewell at Albert Law PLLC 3131 Western Ave. Ste 410 Seattle, WA 98121.

DATED June 8, 2026.

By: _____
Timothy J. Rosewell, WSBA #54095
Albert Law PLLC
3131 Western Ave. Ste 410
Seattle, WA 98121
(206) 576-8044
Tim@albertlawpllc.com

By: _____
Gregory W. Albert, WSBA #42673
Albert Law PLLC
3131 Western Ave, Suite 410
Seattle, WA 98121
Telephone: (206) 576-8044
greg@albertlawpllc.com
*Attorneys for Plaintiffs*

NOTICE OF APPEARANCE - 2

ALBERT LAW PLLC
3131 Western Ave. Suite 410
Seattle, WA 98121
(206) 576-8044